

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LUXFORD INTERNATIONAL INC, Individually
and on behalf of GRIFFIN MARINE TRAVEL, SIA,
VICAND LIISGREN AS, N.W. BALTIC SUPPLY
IMPORT-EXPORT GMBH, BALTROSS MARINE
SUPPLY LLC, HANSA ELECTRONICS SIA,
JESSCO MARITIME RESOURCES LTD,
WILHELMSEN SHIP SERVICES AS, FLORENCIA
MANAGEMENT BVI, MEGA MARINE LLP,
and TOTAL LUBRIFIANTS,



              Plaintiff,

-v-

DUCK MARITIME CORP a/k/a DUCK
MARITIME S.A. and INTERAGROEXPORT
LTD.,

              Defendants.
------------------------------------------------------------------x

09 CV  8062  (AKH)

**VERIFIED COMPLAINT**

Plaintiff, LUXFORD INTERNATIONAL INC (hereinafter "LUXFORD"), Individually

and on behalf of GRIFFIN MARINE TRAVEL, SIA, VICAND LIISGREN AS, N.W. BALTIC

SUPPLY IMPORT-EXPORT GMBH, BALTROSS MARINE SUPPLY LLC, HANSA

ELECTRONICS SIA, JESSCO MARITIME RESOURCES LTD, WILHELMSEN SHIP

SERVICES AS, FLORENCIA MANAGEMENT BVI, MEGA MARINE LLP and TOTAL

LUBRIFIANTS, by its attorneys, CHALOS & CO, P.C., as and for their Verified Complaint

against Defendants, DUCK MARITIME CORP a/k/a DUCK MARITIME S.A. (hereinafter

"DUCK MARITIME") and INTERAGROEXPORT LTD., (hereinafter "INTERAGRO"),

alleges upon information and belief as follows:

### JURISDICTION

1.     The Court has subject matter jurisdiction by virtue that the underlying claim

herein is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules

1

2166.001

of Civil Procedure and within the admiralty and maritime jurisdiction of this Court under 28
U.S.C. § 1333.

## THE PARTIES

2.      At all times material hereto, Plaintiff, LUXFORD INTERNATIONAL INC, was
and still is a foreign business entity duly organized and existing pursuant to the laws of the
Panama, with a principal place of business at: IBC Tower, 9th Floor, Manuel Espinosa Batista
Avenue, P.O. Box: 55-2484, Patilla Panama, Panama, Republic of Panama.

3.      At all times material hereto, Defendant, DUCK MARITIME, was and still is a
foreign business entity organized and existing under the laws of Panama, with a principal place
of business at: Global Bank Tower, 18th Floor, 50th Street, Panama City, Republic of Panama.

4.      At all times material hereto, Defendant, INTERAGRO, was and still is a foreign
business entity duly organized and existing pursuant to the laws of Hungary, with a principal
place of business at: 1064 Budapest, Szegfu utca 6, Hungary.

## AS A FIRST CAUSE OF ACTION

5.      On or about December 28, 2007, Defendant DUCK MARITIME, as owners, and
SIA Akvaships, as managers, entered into a (BIMCO) Standard Ship Management Agreement.
*A copy of the agreement is annexed hereto as Exhibit 1.*

6.      Addendum No 1 to the agreement provided that Plaintiff LUXFORD would
provide ship management services for DUCK MARITIME as a subcontractor. *A copy of the
Addendum is annexed hereto as Exhibit 2.*

2

7.    To secure performance of DUCK MARITIME's obligations under the Ship Management Agreement, INTERAGRO executed a Guarantee for "punctual performance of all the terms and conditions of Ship Management Agreement on behalf of the Owners." *A copy of the Guarantee is annexed hereto as Exhibit "3".*

8.    These ship management agreements and Guarantee are maritime contract.

9.    Pursuant to the terms and conditions agreed between the parties in the ship management agreement, LUXFORD as managers, paid on behalf of DUCK MARITIME, as owners, for certain maritime goods, services and necessaries.

10.    LUXFORD has complied with its obligations under the ship management agreement, however, despite demands to pay by LUXFORD, and DUCK MARITIME's promises to reimburse for goods and services paid by LUXFORD in a timely manner, DUCK MARITIME, in breach of the terms of the ship management agreement, has failed, neglected and/or otherwise refused to pay plaintiff the full amount due and owing to it for costs it has incurred. To date, the total amount due and owing to LUXFORD by DUCK MARITIME is US $97,171.07. *A copy of Luxford's general ledger for Duck Maritme is annexed hereto as Exhibit "4".*

11.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, GRIFFIN MARINE TRAVEL SIA provided supplies and services for the M/V DUCK FORTUNE.

12.    GRIFFIN MARINE TRAVEL SIA provided DUCK MARITIME with its invoices for direct payment. However, despite GRIFFIN MARINE TRAVEL SIA's demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said

3

invoices in full. *A copy of Griffin's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "5."*

13.    In total, GRIFFIN MARINE TRAVEL SIA is owed USD $44,395.00.

14.    On September 17, 2009, GRIFFIN MARINE TRAVEL SIA executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Griffin's letter of authorization is annexed hereto as Exhibit "6."*

15.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, VICAND LIISGREN AS provided supplies and services for the M/V DUCK FORTUNE.

16.    VICAND LIISGREN AS provided DUCK MARITIME with its invoices for direct payment. However, despite VICAND LIISGREN's demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Vicand's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "7."*

17.    In total, VICAND LIISGREN is owed USD $214,486.00.

18.    On September 17, 2009, VICAND LIISGREN executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Vicand's letter of authorization is annexed hereto as Exhibit "8."*

19.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH provided supplies and services for the M/V DUCK FORTUNE.

4

20.    N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH provided DUCK
MARITIME with its invoices for direct payment. However, despite N.W. BALTIC SUPPLY
IMPORT-EXPORT GMBH's demands for payment, DUCK MARITIME has failed, neglected,
and/or otherwise refused to pay said invoices in full. *A copy of N.W. Baltic's invoices and
summary of outstanding invoices is collectively annexed hereto as Exhibit "9."*

21.    In total, N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH is owed USD
$17,888.85.

22.    On September 17, 2009, N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH
executed a letter authorizing LUXFORD to represent its interests regarding DUCK
MARITIME's breach of the subject Ship Management Agreement. *A copy of N.W. Baltic's
letter of authorization is annexed hereto as Exhibit "10."*

23.    Also, in accordance with the Ship Management Agreement dated December 28,
2007, BALTROSS MARINE SUPPLY LLC provided supplies and services for the M/V DUCK
FORTUNE.

24.    BALTROSS MARINE SUPPLY LLC provided DUCK MARITIME with its
invoices for direct payment. However, despite BALTROSS MARINE SUPPLY's demands for
payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said
invoices in full. *A copy of Baltross' invoices and summary of outstanding invoices is collectively
annexed hereto as Exhibit "11."*

25.    In total, BALTROSS MARINE SUPPLY LLC is owed USD $157,320.47.

26.    On September 17, 2009, BALTROSS MARINE SUPPLY LLC executed a letter
authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the

subject Ship Management Agreement. *A copy of Baltross' letter of authorization is annexed hereto as Exhibit "12."*

27.     Also, in accordance with the Ship Management Agreement dated December 28, 2007, HANSA ELECTRONICS SIA provided supplies and services for the M/V DUCK FORTUNE.

28.     HANSA ELECTRONICS SIA provided DUCK MARITIME with its invoices for direct payment. However, despite HANSA ELECTRONIC's demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Hansa's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "13."*

29.     In total, HANSA ELECTRONICS SIA is owed USD $27,439.75.

30.     On September 17, 2009, HANSA ELECTRONICS SIA executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Hansa's letter of authorization is annexed hereto as Exhibit "14."*

31.     Also, in accordance with the Ship Management Agreement dated December 28, 2007, JESSCO MARITIME RESOURCES LTD provided supplies and services for the M/V DUCK FORTUNE.

32.     JESSCO MARITIME RESOURCES LTD provided DUCK MARITIME with its invoices for direct payment. However, despite GRIFFIN MARINE TRAVEL SIA's demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Jessco's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "15."*

6

33.    In total, JESSCO MARITIME RESOURCES LTD is owed USD $11,221.50.

34.    On April 20, 2009, JESSCO MARITIME RESOURCES LTD executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Jessco's letter of authorization is annexed hereto as Exhibit "16."*

35.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, WILHELMSEN SHIPS SERVICE provided supplies and services for the M/V DUCK FORTUNE.

36.    WILHELMSEN SHIP SERVICE provided DUCK MARITIME with its invoices for direct payment. However, despite WILHELMSEN SHIP SERVICES' demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Wilhelmsen's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "17."*

37.    In total, WILHELMSEN SHIP SERVICE is owed USD $6,574.63.

38.    On September 18, 2009, WILHELMSEN SHIP SERVICE executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Wilhelmsen's letter of authorization is annexed hereto as Exhibit "18."*

39.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, FLORENCIA MANAGEMENT BVI provided legal services for the M/V DUCK FORTUNE.

40.    FLORENCIA MANAGEMENT BVI provided DUCK MARITIME with its invoices for direct payment. However, despite FLORENCIA MANAGEMENT BVI's demands

7

for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Florencia's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "19."*

41.    In total, FLORENCIA MANAGEMENT BVI is owed USD $11,057.93.

42.    On September 18, 2009, FLORENCIA MANAGEMENT BVI executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Florencia's letter of authorization is annexed hereto as Exhibit "20."*

43.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, MEGA MARINE LLP provided supplies and services for the M/V DUCK FORTUNE.

44.    MEGA MARINE LLP provided DUCK MARITIME with its invoices for direct payment. However, despite MEGA MARINE LLP's demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Mega Marine's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "21."*

45.    In total, MEGA MARINE LLP is owed USD $22,029.25.

46.    On September 18, 2009, MEGA MARINE LLP executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Mega Marine's letter of authorization is annexed hereto as Exhibit "22."*

47.    Also, in accordance with the Ship Management Agreement dated December 28, 2007, TOTAL LUBRIFIANTS provided supplies and services for the M/V DUCK FORTUNE.

8

48.     TOTAL LUBRIFIANTS provided DUCK MARITIME with its invoices for direct payment. However, despite TOTAL LUBRIFIANTS' demands for payment, DUCK MARITIME has failed, neglected, and/or otherwise refused to pay said invoices in full. *A copy of Total's invoices and summary of outstanding invoices is collectively annexed hereto as Exhibit "23."*

49.     In total, TOTAL LUBRIFIANTS is owed USD $55,030.65.

50.     On September 18, 2009, TOTAL LUBRIFIANTS executed a letter authorizing LUXFORD to represent its interests regarding DUCK MARITIME's breach of the subject Ship Management Agreement. *A copy of Total's letter of authorization is annexed hereto as Exhibit "24."*

51.     Pursuant to the terms of the Ship Management Agreement, disputes between the parties are to be submitted to arbitration in London with English law to apply. Plaintiff will commence arbitration after the commencement of this action and jurisdiction is obtained over Defendants.

52.     This action is brought in order to obtain jurisdiction over Defendants and also to obtain security for Plaintiff's claims and in aid of London arbitration proceedings. Interest, costs and attorneys' fees are routinely awarded to the prevailing party under English Law. Section 63 of the English Arbitration Act of 1996 specifically allows for recovery of these items as part of an award in favor of the prevailing party.

53.     As best as can now be estimated, the Plaintiff LUXFORD expects to recover the following amounts in London Arbitration from Defendants DUCK MARITIME:

|   |   |   |
|---|---|---|
| A. | Principal claim: | $ 664,616.00 |
| B. | Estimated interest on Principal claim: 3 years at 7.5%, compounded quarterly | $ 165,965.50 |

9

|    | C. | Estimated attorneys' fees:   | $ 100,000.00     |
|    | D. | Estimated arbitration fees:  | $ 100,000.00     |
|    |    | **Total Claim:**             | **$ 1,030,581.50** |

54.     Therefore, LUXFORD's total claim for breach of the ship management agreement against Defendant DUCK MARITIME is in the aggregate USD $1,030,581.50.

### LUXFORD'S CLAIM AGAINST INTERAGRO AS GUARANTOR

55.     INTERAGRO agreed to guarantee DUCK MARITIME's performance under the Ship Management Agreement.

56.     Specifically, INTERAGRO agreed to guarantee "punctual performance of all the terms and conditions of the Ship Management Agreement on behalf of Owners." (See Exhibit 3).

57.     Defendant INTERAGRO is obligated to make payment to LUXFORD for any and all amounts owed under the Ship Management Agreement by DUCK MARITIME because DUCK MARITIME has failed to perform its obligation to make payments in accordance with the Agreement.

58.     INTERAGRO has failed to make any such payment to LUXFORD for the amounts due and owing by DUCK MARITIME.

59.     By failing to make payments on behalf of DUCK MARITIME, INTERAGRO has breached its Guarantee.

60.     By virtue of this breach, LUXFORD has sustained damages in the amount of USD $276,917.44.

### BASIS FOR ATTACHMENT

10

2166.001

61.    Defendants cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendants are believed to have or will have during the pendency of this action, certain assets, accounts, freights, monies, charter hire, credits, effects, payment for bunkers, goods or services, bills of lading, cargo and the like belonging to, claimed by, or for the benefit of, the Defendants within this District held by various parties, as garnishees, including by not limited to electronic fund transfers.

62.    Defendants DUCK MARITIME and INTERAGRO are continuously engaged in international shipping and conduct business in U.S. Dollars.  Nearly all companies engaged in the international shipping industry transact business in U.S. Dollars and therefore regularly have assets in New York City.  Dollars are the *lingua franca* of international commerce.

63.    All international U.S. dollar transfers are processed by intermediary banks in the United States, mainly in New York City.  The Clearing House Interbank Payment System represents that it processes 95% of those transfers.

64.    Plaintiff believes that some of these assets of Defendants, to wit: accounts; bank accounts; monies; charter hire; credits; debts owed to the defendants; effects; payments for bunkers, cargo, goods or services; debts; unmatured debts; bills of lading; payments from the purchasers of cargoes; freight and/or hire payments to or from owners of vessels, or charterers, to, from, or for the benefit of, Defendants and/or Clearing House Interbank Payment System (CHIPS) credits or funds being transferred through intermediary banks, are located in this District in the possession of garnishees, including: ABN AMRO BANK, Bank of America, Bank of China, Bank of New York, Bank of Tokyo Mitsubishi UFJ Ltd., Barclay's Bank, BNP Paribas SA, Calyon, Calyon Financial, Inc., Citibank N/A, Credit Suisse Securities (USA) LLC,

11

Deutsche Bank, HSBC (USA), JPMorgan Chase Bank, Mashreqbank, Societe Generale, Standard Chartered Bank, UBS AG, U.S. Bank, Wachovia Bank,  and Wells Fargo Bank.

WHEREFORE, Plaintiff prays:

A.    That process in due form of law issue against the Defendants, citing them to appear and answer under oath all, and singular, the matters alleged in the Verified Complaint;

B.    That since the Defendants cannot be found within the District, *(See Affidavit of George M. Chalos, a copy of which is annexed hereto as Exhibit "25")*, and pursuant to Rule B and Rule E of the Supplemental Rules of Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B and Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of the Defendant's tangible or intangible property or any other funds held by any garnishees in the district which are due and owing, or other property of, or for the benefit of, the Defendants, up to the amount of USD $ 1,030,581.50 to secure and satisfy the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B and Rule E answer the matters alleged in the Complaint;

C.    That Plaintiff may have such other, further and different relief as may be just and proper.

2166.001

Dated: Oyster Bay, New York
        September 21, 2009

                                    CHALOS & CO, P.C.
                                    Attorneys for Plaintiff
                                    LUXFORD INTERNATIONAL INC.

                        By:         _____
                                    George M. Chalos (GC-8693)
                                    123 South Street
                                    Oyster Bay, New York 11771
                                    Tel: (516) 714-4300
                                    Fax: (866) 702-4577
                                    Email: gmc@chaloslaw.com

2166.001

EXHIBIT 1

| | |
|---|---|
| **1. Date of Agreement**<br><br>28 December 2007   *DUCK* [handwritten] | THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)<br>STANDARD SHIP MANAGEMENT AGREEMENT<br>CODE NAME: "SHIPMAN 98"<br><br>Part I |
| **2. Owners** (name, place of registered office and law of registry) (Cl. 1)<br><br>DUCK MARITIME Corp.<br><br>Global Bank Tower, 18th Floor, 50th Street<br>Place of registered office<br>Panama City, Republic of Panama<br>Law of registry<br>Republic of Panama | **3. Managers** (name, place of registered office and law of registry) (Cl. 1)<br><br>SIA AKVAŠIPS (Aquaship Ltd.)<br><br>Name<br>8b, Gunara Astras iela<br>Place of registered office<br>LV-1082 Riga,<br>Law of registry<br>Latvia |
| **4. Day and year of commencement of Agreement (Cl. 2)**<br>20 January 2008 (or exact date of vessel physical delivery to the Owners) | |
| **5. Crew Management** (state "yes" or "no" as agreed) (Cl. 3.1)<br><br>YES (see clauses 22, 23) | **6. Technical Management** (state "yes" or "no" as agreed) (Cl. 3.2)<br><br>Yes |
| **7. Commercial Management** (state "yes" or "no" as agreed) (Cl. 3.3)<br><br>No | **8. Insurance Arrangements** (state "yes" or "no" as agreed) (Cl. 3.4)<br><br>Yes |
| **9. Accounting Services** (state "yes" or "no" as agreed) (Cl. 3.5)<br><br>Yes | **10. Sale or purchase of the Vessel** (state "yes" or "no" as agreed) (Cl. 3.6)<br><br>NO |
| **11. Provisions** (state "yes" or "no" as agreed) (Cl. 3.7)<br><br>Yes | **12. Bunkering** (state "yes" or "no" as agreed) (Cl. 3.8)<br><br>NO |
| **13. Chartering Services Period** (only to be filled in if "yes" stated in Box 7) (Cl. 3.3(i))<br><br>No | **14. Owners' Insurance** (state alternative (i), (ii) or (iii) of Cl. 6.3)<br><br>Cl.6.3(i) |
| **15. Annual Management Fee** (state annual amount) (Cl. 8.1)<br><br>Clause 21 to apply | **16. Severance Costs** (state maximum amount) (Cl. 8.4(ii))<br><br>Clause 24 to apply |
| **17. Day and year of termination of Agreement (Cl. 17)**<br><br>At least before 20 January 2009 and until termination by either party giving in writing | **18. Law and Arbitration** (state alternative 19.1, 19.2 or 19.3, 19.3 place of arbitration must be stated) (Cl. 19)<br><br>Clause 19.3 to apply |
| **19. Notices** (state postal and cable address, telex and telefax number for serving notice and communication to the Owners) (Cl. 20)<br><br>DUCK MARITIME CORP.<br>Global Bank Tower, 18th Floor, 50th Street,<br>Panama City,<br>Republic of Panama | **20. Notices** (state postal and cable address, telex and telefax number for serving notice and communication to the Managers) (Cl. 20)<br><br>SIA AKVAŠIPS (AQUASHIP LTD.)<br><br>8b, Gunara Astras iela<br>Riga LV-1082<br>Latvia |

It is mutually agreed between the party stated in Box 2 and the party stated in Box 3 that this Agreement consisting of PART I and PART II as well as Annexes "A" (Details of Vessel), "B" (Details of Crew), "C" (Budget) and "D" (Associated vessels) attached hereto, shall be performed subject to the conditions contained herein. In the event of a conflict of conditions, the provisions of PART I and Annexes "A", "B", "C" and "D" shall prevail over those of PART II to the extent of such conflict but no further.

| Signature(s) (Owners) | Signature(s) (Managers) |
|---|---|
|  |  <br>Aquaship Ltd.,<br>A.MINAIJENKO<br>Deputy Director |

PART II
"Shipman 98" Standard Ship Management Agreement

Definitions

In this Agreement save where the context otherwise requires, the following words and expressions shall have the meanings hereby assigned to them.

"Owners" means the party identified in Box 2.

"Managers" means the party identified in Box 3.

"Vessel" means the vessel or vessels details of which are set out in Annex "A" attached hereto.

"Crew" means the Master, officers and ratings of the numbers, rank and nationality specified in Annex "B" attached hereto.

"Crew Support Costs" means all expenses of a general nature which are not particularly referable to any individual vessel for the time being managed by the Managers which are incurred by the Managers for the purpose of providing an efficient and economic management service and, without prejudice to the generality of the foregoing, shall include the cost of crew standby pay, training schemes for officers and ratings, cadet training schemes, sick pay, study pay, recruitment and interviews.

"Severance Costs" means the costs which the employers are legally obliged to pay to or in respect of the Crew as a result of the early termination of any employment contract for service on the Vessel.

"Crew Insurances" means insurances against Crew risks which includes but not be limited to death, sickness, repatriation, injury, shipwreck unemployment indemnity and loss of personal effects.

"Management Services" means the services specified in sub-clauses 3.1 to 3.8 as indicated affirmatively in Boxes 5 to 12.

"ISM Code" means the International Management Code for the Safe Operation of Ships and for Pollution Prevention as adopted by the International Maritime Organization (IMO) by resolution A.741 (18) or any subsequent amendment thereto.

"STCW 95" means the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 1978, as amended in 1995 or any subsequent amendment thereto.

Appointment of Managers

With effect from the day and year stated in Box 4 and continuing unless and until terminated as provided herein, the Owners hereby appoint the Managers and the Managers hereby agree to act as the Managers of the Vessel.

Basis of Agreement

Subject to the terms and conditions herein provided, during the period of this Agreement, the Managers shall carry out Management Services in respect of the Vessel as agents for and on behalf of the Owners. The Managers shall have authority to take such actions as they may from time to time in their absolute discretion consider to be necessary to enable them to perform this Agreement in accordance with sound ship management practice.

Crew Management

(only applicable if agreed according to Box 5)

The Managers shall provide suitably qualified Crew for the Vessel as required by the Owners in accordance with the STCW 95 requirements, provision of which includes but is not limited to the following functions:

(i) selecting and engaging the Vessel's Crew, including payroll arrangements, pension administration, and insurances for the Crew other than those mentioned in Clause 6;

(ii) ensuring that the applicable requirements of the law of the flag of the Vessel are satisfied in respect of manning levels, rank, qualification and certification of the Crew and employment regulations including Crew's tax, social insurance, discipline and other requirements;

(iii) ensuring that all members of the Crew have passed a medical

examination with a qualified doctor certifying that they are fit for the duties for which they are engaged and are in possession of valid medical certificates issued in accordance with appropriate flag State requirements. In the absence of applicable flag State requirements the medical certificate shall be dated not more than three months prior to the respective Crew members leaving their country of domicile and maintained for the duration of their service on board the Vessel;

(iv) ensuring that the Crew shall have a command of the English language of a sufficient standard to enable them to perform their duties safely;

(v) arranging transportation of the Crew, including repatriation;

(vi) training of the Crew and supervising their efficiency;

(vii) conducting union negotiations;

(viii) operating the Managers' drug and alcohol policy unless otherwise agreed.

3.2   Technical Management

(only applicable if agreed according to Box 6)

The Managers shall provide technical management which includes, but is not limited to, the following functions:

(i) provision of competent personnel to supervise the maintenance and general efficiency of the Vessel;

(ii) arrangement and supervision of dry dockings, repairs, alterations and the upkeep of the Vessel to the standards required by the Owners provided that the Managers shall be entitled to incur the necessary expenditure to ensure that the Vessel will comply with the law of the flag of the Vessel and of the places where she trades, and all requirements and recommendations of the classification society;

(iii) arrangement of the supply of necessary stores, spares and lubricating oil;

(iv) appointment of surveyors and technical consultants as the Managers may consider from time to time to be necessary;

(v) development, implementation and maintenance of a Safety Management System (SMS) in accordance with the ISM Code (see sub-clauses 4.2 and 5.3).

3.3   Commercial Management ........................ 102
(only applicable if agreed according to Box 7)
The Managers shall provide the commercial operation of the Vessel, as required by the Owners, which includes, but is not limited to, the following functions:
(i) providing chartering services in accordance with the Owners' instructions which include, but are not limited to, seeking and negotiating employment for the Vessel and the conclusion (including the execution thereof) of charter parties or other contracts relating to the employment of the Vessel. If such a contract exceeds the period stated in Box 17, consent thereto in writing shall first be obtained from the Owners;
(ii) arranging the proper payment to Owners or their nominees of all hire and/or freight revenues or other moneys of whatsoever nature to which Owners may be entitled arising out of the employment of or otherwise in connection with the Vessel;
(iii) providing voyage estimates and accounts and calculating of hire, freights, demurrage and/or despatch moneys due from or due to the charterers of the Vessel;
(iv) issuing of voyage instructions;
(v) appointing agents;
(vi) appointing stevedores;
(vii) arranging surveys associated with the commercial operation of the Vessel;
3.4   Insurance Arrangements ........................ 127
(only applicable if agreed according to Box 8)
The Managers shall arrange insurances in accordance with ........................ 128

ISM Standard Ship Management Agreement

on such terms and conditions as the Owners shall
be instructed or agreed, in particular regarding conditions,
insured values, deductibles and franchises.                           130
                                                                      131
                                                                      132

Accounting Services
Only applicable if agreed according to Box 9)
the Managers shall:                                                   133
establish an accounting system which meets the                       134
requirements of the Owners and provide regular accounting            135
records, supply regular reports and records,                         136
maintain the records of all costs and expenditure incurred           137
as well as data necessary for or proper for the settlement of        138 (i)
accounts between the parties.                                         139

Sale or Purchase of the Vessel                                       140 (ii)
(only applicable if agreed according to Box 9)                       141
the Managers shall, in accordance with the Owners instructions,      142 (iii)
supervise the sale or purchase of the Vessel, including              143
the performance of any sale or purchase agreement, but not          144
the negotiation of the same.                                         145
                                                                      146

Provisions (only applicable if agreed according to Box 11)           147 6.2
the Managers shall arrange for the supply of provisions.            148

Bunkering (only applicable if agreed according to Box 12)            149 6.3
the Managers shall arrange for the provision of bunker fuel of        150
the quality specified by the Owners as required for the Vessel's trade. 152

Managers' Obligations                                                 153
the Managers undertake to use their best endeavours to               154
provide the agreed Management Services as agents for and on          155
behalf of the Owners in accordance with sound ship management        156
practice and to protect and promote the interests of the Owners in   157
all matters relating to the provision of services hereunder.         158
Provided, however, that the Managers in the performance of their     159
management responsibilities under this Agreement shall be entitled   160
to have regard to their overall responsibility in relation to all    161
vessels as may from time to time be entrusted to their management    162 6.4
and in particular, but without prejudice to the generality of the    163
foregoing, the Managers shall be entitled to allocate available      164
supplies, manpower and services in such manner as in the             165
prevailing circumstances the Managers in their absolute discretion   166
consider to be fair and reasonable.                                  167
                                                                      168
Where the Managers are providing Technical Management in             169 7.
accordance with sub-clause 3.2, they shall procure that the          170
requirements of the law of the flag of the Vessel are satisfied      171
and that they shall be deemed to be the "Company" as defined         172
by the ISM and ISPS Codes, assuming the responsibility for the       173
operation of the Vessel and taking over the duties and               174 7.1
responsibilities imposed by the ISM and ISPS Codes when applicable;  175 7.2
and to obey all reasonable orders in connection with the operation
of the Vessel's safety management system provided that all officers
and ratings employed by them or on their behalf comply with the
requirements of the ISM Code.

Owners' Obligations                                                   176
the Owners shall pay all sums due to the Managers punctually          176 8.
in accordance with the terms of this Agreement.                      177
Where the Managers are providing Technical Management in             178
accordance with sub-clause 3.2, the Owners shall:                    179
(i) procure that all officers and ratings supplied by them or on      180
their behalf comply with the requirements of STCW 95;                181 8.1
(ii) instruct such officers and ratings to obey all reasonable       182
orders of the Managers in connection with the operation of the       183
Managers' safety management system.                                  184
Where the Managers are not providing Technical Management in         185
accordance with sub-clause 3.2, the Owners shall procure that all    186
requirements of the law of the flag of the Vessel are satisfied      187 8.3
and that they, or such other party as may be appointed by them       188
and notified to the Managers, shall be deemed to be the              189
"Company" as defined by the ISM Code assuming the responsibility     190
for the operation of the Vessel and taking over the duties and       191

responsibilities imposed by the ISM Code when applicable.            192

6.    Insurance Policies
The Owners shall procure, whether by instructing the Managers        193
under sub-clause 3.4 or otherwise, that throughout the period of     194
this Agreement:                                                      195
6.1   at the Owners' expense, the Vessel is insured for not less     196
than her sound market value or entered for her full gross tonnage,   197
as the case may be for:                                              198
usual hull and machinery marine risks (including crew                199
negligence) and excess liabilities;                                  200
protection and indemnity risks (including pollution risks and        201
crew insurances), and                                                202
war risks (including protection and indemnity and crew risks)        203
in accordance with the best practice of prudent owners of            204
vessels of a similar type to the Vessel, with first class insurance  205
companies, underwriters or associations ("the Owners'               206
insurances").                                                        207
6.2   all premiums and calls on the Owners' insurances are paid      208
promptly by their due date.                                          209
the Owners' insurances name the Managers and, subject                210
to underwriters' agreement, any third party designated by the        211
Managers as a joint assured, with full cover, with the Owners        212
obtaining cover in respect of each of the insurances specified in    213
sub-clause 6.1:                                                      214
(i) on terms whereby the Managers and any such third party           215
are liable in respect of premiums or calls arising in connection     216
with the Owners' insurances; or                                      217
(ii) if reasonably obtainable, on terms such that neither the        218
Managers nor any such third party shall be under any                 219
liability in respect of premiums or calls arising in connection      220
with the Owners' insurances.                                         221
(iii) on such other terms as may be agreed in writing                222
indicate alternative (i), (ii) or (iii) in Box 14, if Box 14 is left 223
blank then (i) applies.                                              224
6.4   written evidence is provided, to the reasonable satisfaction   225
of the Managers, of their compliance with their obligations under    226
Clause 6 within a reasonable time of the commencement of             227
the Agreement, and of each renewal date and, if specifically         228
requested, of each payment date of the Owners' insurances.           229
                                                                      230

7.    Income Collected and Expenses Paid on Behalf of Owners
7.1   All moneys collected by the Managers under the terms of        231
this Agreement (other than monies payable by the Owners to           232
the Managers) and any interest thereon shall be held to the          233
credit of the Owners in a separate bank account.                     234
7.2   All expenses incurred by the Managers under the terms          235
of this Agreement on behalf of the Owners (including expenses        236
as provided in Clause 8) may be debited against the Owners           237
in the account referred to under sub-clause 7.1 but shall in any     238
event remain payable by the Owners to the Managers on                239
demand.                                                              240
                                                                      241

8.    Management Fee
8.1   The Owners shall pay to the Managers for their services        242
as Managers under this Agreement an annual management               243
fee as stated in Box 15 which shall be payable by equal              244
monthly instalments in advance, the first instalment being           245
payable on the commencement of this Agreement (see Clause            246
2 and Box 4) and subsequent instalments being payable every         247
ensuing month in advance.                                           248
8.2   The management fee shall be subject to an annual review        249
on the anniversary date of this Agreement and the proposed           250
fee shall be presented in the annual budget referred to in sub-      251
clause 9.1.                                                          252
8.3   The Managers shall, at no extra cost to the Owners, provide    253
their own office accommodation, office staff, facilities and         254
stationery. Without limiting the generality of Clause 7 the Owners   255

This document is issued by authority of BIMCO. Any insertion or deletion to the form must the clearly visible. In event of any modification being made to the approved text of this document, the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss or damage caused as a result of discrepancies between the original BIMCO approved document.

...man 98" Standard Ship Management Agreement

to reimburse the Managers for postage and communication  257
...enses, travelling expenses, and other out of pocket  258
...enses properly incurred by the Managers in pursuance of  259
...Management Services.  260

...e event of the appointment of the Managers being  261
...ated by the Owners or the Managers in accordance with  262
...provision of Clauses 17 and 18 other than by reason of  263
...fault by the Managers, or if the Vessel is lost, sold or otherwise  264
...osed of, the "management fee" payable to the Managers  265
...rding to the provisions of sub-clause 8.1, shall continue to  266
...ayable for a further period of three calendar months as  267
...the termination date. In addition, provided that the  268
...agers provide Crew for the Vessel in accordance with sub-  269
...se 3.1 :  270

...Owners shall continue to pay Crew Support Costs during  271
...said further period of three calendar months and  272
...Owners shall pay an equitable proportion of their  273
...rance Costs which may materialize, not exceeding  274
...mount stated in Box 15.  275

...Owners decide to lay-up the Vessel whilst this  276
...reement remains in force and such lay-up lasts for more  277
...three months, an appropriate reduction of the management  278
...for the period exceeding three months until one month  279
...re the Vessel is again put into service shall be mutually  280
...eed between the parties.  281

...ss otherwise agreed in writing all discounts and  282
...missions obtained by the Managers in the course of the  283
...agement of the Vessel shall be credited to the Owners.  284

...ets and Management of Funds
...Managers shall present to the Owners annually a  285
...et for the following twelve months in each form as the  286
...ers require. The budget for the first year hereof is set out  287
...Box "C" hereto. Subsequent annual budgets shall be  288
...ared by the Managers and submitted to the Owners not  289
...than two months before the anniversary date of the  290
...mmencement of this Agreement (see Clause 2 and Box 4).  291
...wners shall indicate to the Managers their acceptance  292
...approval of the annual budget within one month of  293
...sentation and in the absence of any such indication the  294
...agers shall be entitled to assume that the Owners have  295
...ted the proposed budget.  296

...ring the agreement of the budget, the Managers shall  297
...and present to the Owners their estimate of the working  298
...al requirement of the Vessel and the Managers shall each  299
...th up-date this estimate. Based thereon, the Managers  300
...month request the Owners in writing for the funds required  301
...un the Vessel for the ensuing month, including the payment  302
...occasional or extraordinary item of expenditure, such as  303
...avy repair costs, additional insurance premiums, bunkers  304
...stores. Such funds shall be received by the Managers  305
...thin banking-working days after the receipt by the Owners of the  306

...gers' written request and shall be held to the credit of the  307
...ners in a separate bank account.  308
...Managers shall produce a comparison between  309
...udget and actual income and expenditure of the Vessel in  310
...form as required by the Owners quarterly or at such other  311
...rvals as mutually agreed.  312
...withstanding anything contained herein to the contrary,  313
...Managers shall be under no circumstances be required to use or  314
...it their own funds to finance the provision of the  315
...nagement Services.  316

...gers' Right to Sub-Contract
...Managers shall not have the right to sub-contract any of  318
...obligations hereunder, including those mentioned in sub-  319
...e 3.1, without the prior written consent of the Owners which  320
...not be unreasonably withheld. In the event of such a sub-  321
...  322

...contract the Managers shall remain fully liable for the due  323
...performance of their obligations under this Agreement.  324

11.   Responsibilities
11.1  Force Majeure - Neither the Owners nor the Managers  325
...shall be under any liability for any failure to perform any of their  326
...obligations hereunder by reason of any cause whatsoever of  327
...any nature or kind beyond their reasonable control.  328
11.2  Liability to Owners - (i) Without prejudice to sub-clause  329
...11.1, the Managers shall be under no liability whatsoever to the  330
...Owners for any loss, damage, delay or expense of whatsoever  331
...nature, whether direct or indirect, (including but not limited to  332
...loss of profit arising out of or in connection with delegation prior  333
...delay to the Vessel and howsoever arising in the course of  334
...performance of the Management Services UNLESS same is  335
...proved to have resulted solely from the negligence, gross  336
...negligence or wilful default of the Managers or their employees  337
...or agents or sub-contractors employed by them in connection  338
...with the Vessel, in which case (save where loss, damage, delay  339
...or expense has resulted from the Managers' personal act or  340
...omission committed with the intent to cause same or recklessly  341
...and with knowledge that such loss, damage, delay or expense  342
...would probably result) the Managers' liability for each incident  343
...or series of incidents giving rise to a claim or claims shall never  344
...exceed a total of ten times the annual management fee payable  345
...hereunder.  346
...(ii) Notwithstanding anything that may appear to the contrary in  347
...this Agreement, the Managers shall not be liable for any of the  348
...actions of the Crew, even if such actions are negligent, grossly  349
...negligent or wilful, except only to the extent that they are shown  350
...to have resulted from a failure by the Managers to discharge  351
...their obligations under sub-clause 3.1, in which case their liability  352
...shall be limited in accordance with the terms of this Clause 11.  353
11.3  Indemnity - Except to the extent and solely for the amount  354
...therein set out that the Managers would be liable under sub-  355
...clause 11.2, the Owners hereby undertake to keep the Managers  356
...and their employees, agents and sub-contractors indemnified  357
...and to hold them harmless against all actions, proceedings,  358
...claims, demands or liabilities whatsoever or howsoever arising  359
...which may be brought against them or incurred or suffered by  360
...them arising out of or in connection with the performance of the  361
...Agreement, and against any and in respect of all costs, losses,  362
...damages and expenses (including legal costs and expenses on  363
...a full indemnity basis) which the Managers may suffer or incur  364
...(either directly or indirectly) in the course of the performance of  365
...this Agreement.  366
11.4  "Himalaya" - It is hereby expressly agreed that no  367
...employee or agent of the Managers (including every sub-  368
...contractor from time to time employed by the Managers) shall in  369
...any circumstances whatsoever be under any liability whatsoever  370
...to the Owners for any loss, damage or delay of whatsoever kind  371
...arising or resulting directly or indirectly from any act, neglect or  372
...default on his part while acting in the course of or in connection  373
...with his employment and, without prejudice to the generality of  374
...the foregoing provisions in this Clause 11, every exemption,  375
...limitation, condition and liberty herein contained and every right,  376
...exemption from liability, defence and immunity of whatsoever  377
...nature applicable to the Managers or to which the Managers are  378
...entitled hereunder shall also be available and shall extend to  379
...protect every such employee or agent of the Managers acting  380
...as aforesaid and for the purpose of all the foregoing provisions  381
...of this Clause 11 the Managers are or shall be deemed to be  382
...acting as agent or trustee on behalf of and for the benefit of all  383
...persons who are or might be their servants or agents from time  384
...to time (including sub-contractors as aforesaid) and all such  385
...persons shall to this extent be or be deemed to be parties to this  386
...Agreement.  387
...  388

han 98th Standard Ship Management Agreement

cumentation

ure the Managers are providing Technical Management in 389
cordance with sub-clause 3.2 and/or Crew Management in 390
cordance with sub-clause 3.1, they shall make available, 391
n Owners' request, all documentation and records related 392
he Safety Management System (SMS) and/or the Crew 393
ch the Owners need in order to demonstrate compliance 394
h the ISM and ISPS Codes and STCW 95 or to defend a claim 395

inst 396
ird party. 397

neral Administration (Clause 28 to apply)
Managers shall handle and settle all claims arising 398
of the Management Services hereunder and keep the Owners 400
rmed regarding any incident and/or the Managers become 401
are which gives or may give rise to claims or disputes involving 402
d parties. 403
Managers shall, as instructed by the Owners, bring 404
defend actions, suits or proceedings in connection with matters 405
lated to the Management according to this Agreement. 406
Managers shall also have power to obtain legal or 407
hnical or other outside expert advice in relation to the handling 408
settlement of claims and disputes and all other matters 409
cting the interests of the Owners in respect of the Vessel. 410
Owners shall arrange for the provision of any 411
essary guarantee bond or other security. 412
costs reasonably incurred by the Managers in 413
rying out their obligations according to Clause 13 shall be 414
bursed by the Owners. 415

iting 416
Managers shall at all times maintain and keep true and 417
ct accounts and shall make the same available for inspection 418
auditing by the Owners at such times as may be mutually 419
ed. On the termination, for whatever reasons, of this 420
eement, the Managers shall establish to the Owners, if so 421
ested, the originals where possible or otherwise certified 422
es, of all such accounts and all documents specifically relating 423
e Vessel and her operation. 424

pection of Vessel 425
Owners shall have the right at any time after giving 426
sonable notice to the Managers to inspect the Vessel for any 427
son they consider necessary. 428
pliance with Laws and Regulations 429
Managers will not do or permit to be done anything which 430
ht cause any breach or infringement of the laws and 431
ulations of the Vessel's flag, or of the places where she trades. 432
ration of the Agreement 433
Agreement shall come into effect on the day and year stated 434
ox 4 and shall continue until the date stated in Box 17. 435
ereafter it shall continue until terminated by either party giving 436
other notice in writing, in which event the Agreement shall 437
minate upon the expiration of a period of two months from the 438
e upon which such notice was given. 439

ination
ers' default 440
Managers shall be entitled to terminate the Agreement 441
immediate effect by notice in writing if any moneys 442
able by the Owners under this Agreement and/or the 443
s of any associated vessel, details of which are noted 444
Box 10, shall not have been received in the Managers' 445
inated account within ten running days of receipt by the 446
ers of the Managers' written request or if the Vessel 447
possessed by the Mortgagee. 448
Owners: 449
450

(n)  fail to meet their obligations under sub-clauses 5.7 451
and 5.3 of this Agreement for any reason within their 452
control, or 453
proceed with the employment of or continue to employ 454
the Vessel in the carriage of contraband, blockade- 455
running, or in an unlawful trade, or in a voyage which 456
in the reasonable opinion of the Managers is unduly 457
hazardous unsafe or improper, or in contravention of any IMO 458
conventions 459
the Managers may give notice of the default to the Owners, 460
requiring them to remedy it as soon as practically possible. 461
In the event that the Owners fail to remedy it within a 462
reasonable time to the satisfaction of the Managers, the 463
Managers shall be entitled to terminate the Agreement 464
with immediate effect by notice in writing.

18.2  Managers' Default 465
If the Managers fail to meet their obligations under Clauses 3 466
and 4 of this Agreement for any reason within the control of the 467
Managers, the Owners may give notice to the Managers of the 468
default, requiring them to remedy it as soon as practically 469
possible. In the event that the Managers fail to remedy it within a 470
reasonable time to the satisfaction of the Owners, the Owners 471
shall be entitled to terminate the Agreement with immediate effect 472
by notice in writing. 473

18.3  Extraordinary Termination 474
This Agreement shall be deemed to be terminated in the case of 475
the sale of the Vessel or if the Vessel becomes a total loss or is 476
declared as a constructive or compromised or arranged total 477
loss or is requisitioned. 478
18.4  For the purpose of sub-clause 18.3 hereof 478
(i)  the date upon which the Vessel is to be treated as having 479
been sold or otherwise disposed of shall be the date on 480
which the Owners cease to be registered as Owners of 481
the Vessel; 482
(ii)  the Vessel shall not be deemed to be lost unless either 483
she has become an actual total loss or agreement has 484
been reached with her underwriters in respect of her 485
constructive, compromised or arranged total loss or if such 486
agreement with her underwriters is not reached it is 487
adjudged by a competent tribunal that a constructive loss 488
of the Vessel has occurred. 489
18.5  This Agreement shall terminate forthwith in the event of 490
an order being made or resolution passed for the winding up, 491
dissolution, liquidation or bankruptcy of either party (otherwise 492
than for the purpose of reconstruction or amalgamation) or if a 493
receiver is appointed, or if it suspends payment, ceases to carry 494
on business or makes any special arrangement or composition 495
with its creditors. 496
18.6  The termination of this Agreement shall be without 497
prejudice to all rights accrued due between the parties prior to 498
the date of termination. 499
500

19.  Law and Arbitration 501
19.1  This Agreement shall be governed by and construed in 502
accordance with English law and any dispute arising out of or 503
in connection with this Agreement shall be referred to arbitration 504
in London in accordance with the Arbitration Act 1996 or 505
any statutory modification or re-enactment thereof save to 506
the extent necessary to give effect to the provisions of this 507
Clause. 508
The arbitration shall be conducted in accordance with the 509
London Maritime Arbitrators Association (LMAA) Terms 510
current at the time when the arbitration proceedings are 511
commenced. 512
The reference shall be to three arbitrators. A party wishing 513
to refer a dispute to arbitration shall appoint its arbitrator 514
and send notice of such appointment in writing to the other 515
party requiring the other party to appoint its own arbitrator 516
within 14 calendar days of that notice and stating that it will 517

# PART II
## "Shipman 98" Standard Ship Management Agreement

point its arbitrator as sole arbitrator unless the other party 518
points its own arbitrator and gives notice that it has done 519
within the 14 days specified. If the other party does not 520
point its own arbitrator and give notice that it has done so, 521
in the 14 days specified, the party referring a dispute to 522
tration may, without the requirement of any further prior 523
ice to the other party, appoint its arbitrator as sole 524
trator and shall advise the other party accordingly. The 525
rd of a sole arbitrator shall be binding on both parties 526
if he had been appointed by agreement. 527
thing herein shall prevent the parties agreeing in writing 528
vary these provisions to provide for the appointment of a 529
e arbitrator. 530
ses where neither the claim nor any counterclaim 531
eeds the sum of USD50,000 (or such other sum as the 532
ties may agree) the arbitration shall be conducted in 533
ordance with the LMAA Small Claims Procedure current 534
the time when the arbitration proceedings are commenced. 535
Agreement shall be governed by and construed 536
accordance with Title 9 of the United States Code and 537
Maritime Law of the United States and any dispute 538
ng out of or in connection with this Agreement shall be 539
rred to three persons at New York, one to be appointed 540
each of the parties hereto, and the third by the two so 541
sen; their decision or that of any two of them shall be 542
al, and for the purpose of enforcing any award, 543
dgment may be entered on an award by any court of 544
petent jurisdiction. The proceedings shall be conducted 545
accordance with the rules of the Society of Maritime 546
itrators, Inc. 547
ses where neither the claim nor any counterclaim 548
eeds the sum of USD50,000 (or such other sum as the 549
ties may agree) the arbitration shall be conducted in 550
ordance with the Shortened Arbitration Procedure of the 551
iety of Maritime Arbitrators, Inc. current at the time when 552
arbitration proceedings are commenced. 553
Agreement shall be governed by and construed 554
accordance with the laws of the place mutually agreed by 555
Parties and any dispute arising out of or in connection 556
this Agreement shall be referred to arbitration at a 557
tually agreed place, subject to the procedures applicable 558

if it is not appropriately filled in, sub- 559
use 16.1 of this Clause shall apply. 560
(b) 16.2 and 16.3 are alternatives; indicate 561
ative agreed in Box 19. 562
ate. 563

notice to be given by either party to the other 564
ich shall be in writing and may be sent by fax, telex, 565
tered or recorded mail or by personal service. 566
address of the Parties for service of such 567
munication shall be as stated in Boxes 19 and 20, 568
ectively. 569
570

ANNEX "A" (DETAILS OF VESSEL OR VESSELS) TO
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)
STANDARD SHIP MANAGEMENT AGREEMENT - CODE NAME: "SHIPMAN 98"

Date of Agreement

28 of December 2007
Name of Vessel(s)

MV "DUCK FORTUNE" ( ex. HUA HUI)  BUILT 1981

Particulars of Vessel(s)

TYPE – BULK CARRIER

FLAG – ST.VINCENT & GRENADINES

IMO NUMBER – 7929334

LENGTH / BREADTH / DEPTH – 156.06  / 22.86 / 13.56 M.

GT /NRT – 13792 / 9085

# Additional Clauses to Ship Management Agreement
## M.v. "DUCK FORTUNE"
### Riga, dated 28 December , 2007

**Clause 21.**

It's mutually agreed between the parties that Owners shall pay the management fee of USD 1 Dollars                          er day pro rata.

Notwithstanding to the terms and conditions contained in Clause 8.3 of this Agreement the Managers can request the Owners to reimburse the Managers long distance communication expenses in a average lump sum amount payable monthly at the same time as management fee but sub further agreement with Owners. Managers shall an option to decrease or increase the Lump sum communication expenses amount provided the average estimated actual expenses for the period which both Owners and Managers consider are reasonable to reimburse to the Managers.

**Clause 22.**

As agreed by the parties in Clause 3 of this Ship Management Agreement if Managers to provide suitable Crew for the Vessel as required in accordance with the STCW 95 and Clauses 3, but always excluding the following service:

-   pension administration
-   crew's tax, social insurance
-   any insurance for the crew other than those mentioned in Clause 6
-   training of the crew

**Clause 23.**

In addition to Clause 1 (definition) of this Agreement the following words and expressions shall have the meaning hereby assigned to:

"ISPS Code" means the International Ship and Port Facility Securing Code" for the Security of ship's operation as adopted by the International Maritime Organization (IMO) by Resolution A.924(22) or any subsequent amendment thereto.

**Clause 24.**

The Crew severance Costs is subject to the terms and condition of the Owners statutory Individual Seaman's Employment Agreement and/or Collective Bargain Agreement but in any case to be provided on the Owners responsibilities and expenses.

Clause 25.

Is been mutually agreed between the parties that during the currency of this Agreement either the Owners to instruct the Managers to paint the vessel in their colors, install and display their funnel insignia (logo) or the Managers shall have the liberty to paint vessel in their own colors, install and display their funnel insignia (logo) by the reasonable cost of the Owners and fly their own house flag, Managers always use their insignia (logo) on all relevant ships documents they deem necessary for the purpose of safety and vessel's current exploitation.

Clause 26.

In compliance with the Clauses 8.1, 9.3 and 18.1(i) the Owners keep the responsibilities for due payment of the budget funds within 10 banking days after the receipt of the Managers's written request. Notwithstanding any reasons this Agreement is being terminated by any reason and/or as per terms and conditions of Clauses 17 and 18 the Owners remain fully responsible for complete payment of all budgeted funds and/or voyage expenses if any and/or other expenses whatsoever incurred by the Managers under the terms of this Agreement on the Owners behalf (including expenses as provided in clause 8). The Managers have the rights for proper legal actions against the Owners includes the maritime liens upon the vessels and all freights and other earnings of the vessels and all monies received by them for the account of the Owners for all such amounts for which Owners shall be indebted to the Managers upon any account and said Lien shall also extend to secure payment in due to monies to the Managers for outlays not immediately payable accruing and anticipated liabilities and contingency provisions. In any case the Owners indemnify the Managers from any responsibilities for payment to any third parties for the expenses incurred by the vessel's running voyage expenses and guarantee any outstanding payment whatsoever to be arranged by them in due course.

Clause 27.

In compliance with the Clauses 3.1, 3.2, and 9 the Managers shall at their best endeavours to advise the Owners and agree in due time any occasional or extraordinary item/expenses of expenditure, such as emergency repair costs, required modification expenses, supply and/or other expenses may be incurred for the vessels seaworthiness and condition which are considering over the agreed budget capital. Based hereon, the Managers shall request the Owners in writing for the required funds. However without prejudice to the generality of the foregoing, the Managers shall be entitled to allocate available supplies, manpower and services in such manner as in the prevailing circumstances the Managers in their absolute discretion consider to be fair and reasonable. Any costs reasonably incurred by the Managers in their obligations according to any reasonable extra expenses shall be reimbursed by the Owners, but subject to prior written confirmation of the Owners otherwise the Managers' forthwith actions within the narrowed time limit avoiding the emergency/near miss conditions, life saving and/or environment protection. Notwithstanding anything contained herein to the contrary, the Managers shall in no circumstances be required to use or commit their own funds to finance the provision of the Management services.

Clause 28.

Pursuant to the Managers' rights in respect of crew management, provided by Clauses 3 and 13 of this Ship Management Agreement, the Managers are entitle and obliged to perform the following actions: on the Owners' behalf and all their additional instructions to conclude and cancel the employment contracts with the members of the Crew and/or any dispute whatsoever, to represent the Owners in any disputes, related to the conclusion and/or cancelling of employment contracts of the members of the Crew and/or any dispute whatsoever, as well as to any issues, connected with the performance of the said contracts, including, but no limited to representing the Owners before all courts and institutions incidental to claims of the Owners against any legal entity or individual or to claims of such legal entity or individual against the Owners, giving them all rights provided by law to act in order to protect the Owners' interests, including the right to file and sign statement of claim, court and arbitration submission and requests, to accept, abide by, receive, settle, transact, desist and to file, to produce, summon or receive documents, sign, seal and deliver or otherwise execute all kinds of petition, remedies, resources, appeals, amicable settlement and other agreement, and commit all activities allowed by law in conjunction with the said claims, to appoint lawyers or substitutes to carry out all or any objects listed hereabove and to revoke any such appointment. Any costs reasonably incurred by the Managers in carrying out their obligations according to this Clause shall be reimbursed by the Owners.

Clause 29.

Referring to the terms and condition of Memorandum of Agreement dated 17th September and the Addendum I thereto ("MOA") entered between the Sellers Ocean Beauty Company Limited, Marshall Island and the Buyers and its nominee (Duck Maritime Corp., Panama) all expenses incurred by the Managers in respect of the Clause 15 of MOA (traveling, air tickets, life insurance, victualling, in/out handing cost and agency expenses, etc.) shall be for the Buyers/Owners account in full whether this Shipmanagement Agreement come to force as agreed in box 4 or not by any reason whatsoever included but not limited by any reason the MOA be terminated prior the vessel's delivery to the Buyers /Owners.

The Clauses 21-29 are the integral part of the Agreement.

All other terms and conditions, exceptions and exemptions from liability contain in the above mentioned Ship Management Agreement are to remain unaltered. Any alternations and/or addendums to be agreed by the parties in written and to be considered as the integral part of this Agreement.

Signature                                                    Signature

Duck Maritime Corp.                          SIA AKVASIPS (AQUASHIP LTD.)

EXHIBIT 2

## Addendum No. 1.

### Riga, Dated 20 December 2007

To Ship Management Agreement M.v. "DUCK FORTUNE"
dated Riga 20 December, 2007

It is this day agreed between DUCK MARITIME CORP. of Global Bank Tower, 18th Floor, 50th Street, Panama City, Republic of Panama, hereafter referred to as the Owners, and SIA AkvaSips (Aquaship Ltd.) of 8b, Gunara Astras iela, Riga LV1082, Latvia, hereafter referred to as the Managers, that:

Following mutual understanding the both parties to the Ship Management Agreement dated 20 December, 2007 regarding the vessel "DUCK FORTUNE" have agreed the following:

1. In accordance with Clause 10 of this Agreement the Owners hereby agreed that the Managers shall sub contract their duties in accordance with Clauses 3,5 and 7 to LUXFORD INTERNATIONAL INC. of IBC Tower, 9th Floor, Manuel Espinosa Batista Avenue, Panama City, Republic of Panama and/or by the Owners option alternatively to Aquaship Inc. of IBC Tower, 9th Floor, Manuel Espinosa Batista Avenue, Panama City, Republic of Panama (sub Managers).

2. Delete Clause 3,5(i) lines 137-138: "provide regular accounting service".
3. Clause 7.1, line 232: replace "by the Managers" to "by the sub Managers".
4. Clause 7.2, line 236: replace "by the Managers" to "by the sub Managers".
5. Clause 7.2, line 240: replaced "to the Managers" to "to the sub Managers".
6. Following to the Clause 10 of this Agreement the Managers shall remain fully liable for the due performance of their obligation under Clauses 3,5 and 7.

The Managers will not request conclusion of any sub-contract may be deemed as per item 1 of this Addendum.

Other terms and condition of this Agreement remain unaltered.

Signature

and on behalf of Owners
Duck Maritime Corp.

Signature

For and on behalf of Managers
SIA Akvasips (Aquaships Ltd.)

EXHIBIT 3

# GUARANTEE

In order to secure all obligations of the Owners "Duck Maritime S.A." against SIA "Akvaships" (Aquaship Ltd.) and/or any third parties (i.e. crew wages, ship-chandlers, suppliers, insurance co, etc.) arising from their Ship Management Agreement(BIMCO Form "SHIPMAN98") for mv Duck Fortunatex, HUA RUI), IMO Number 7929334, dated 25./12.2007 entered between SIA "Akvaships" (Aquaship Ltd.), Riga, Latvia as the Managers And Duck Maritime Corp, Panama as the Owners it is hereby agreed that "Interagroexport Ltd." of 1054 Budapest, Szegfu utca 6, Hungary, to guarantee to the Managers the punctual performance of all the terms and conditions of Ship Management Agreement on behalf of the Owners.

Parties agreed that the responsibility of Interagroexport under this Agreement arises only and solely in case of any failure of Duck Maritime under terms and conditions of this Agreement. This Agreement is strictly private and confidential and by no means reportable to any third party.

Guarantor:
INTERAGROEXPORT
Registration No.01-09-711241
Legal address 1054 Budapest, Szegfu utca 6, Hungary

Signed this ____ day of December, 2007.

Guarantor:

EXHIBIT 4

AQUASHIP STA

**Company's General Ledger with Progressive Balance**

Period: 01/11/08 - 30/09/09

**11. DUCK MARITIME CORP.**

2700 INTERCOMPANY ACCOUNTS WITHIN THE GROUP

AG&0 AQUASHIP    Ctrl Acc: Balance As Of    Sub. Acc: Balance As Of

| Document | Doc. Date | Ves. Code | Ref. Code | Date From | Date To | Description | Cur. | Amount in Local | Amount in USD | Progr. Balance in USD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | : 31/10/08 | : 31/10/08 | | | 116 681.74 | 116 681.74 |
| R2098AG002239 | 15/11/08 | | | | | RCVD OVERHEADS JAN-SEP ( 2 PART ) | USD | 50 000.00 | 50 000.00 | 107 652.01 |
| R2098SA002458 | 13/11/08 | | | | | PMT SALARY AUG-OCT 08 | USD | (3 023.33) | (3 023.33) | 57 652.01 |
| R2098SA002458 | 12/11/08 | | | | | PMT SALARY AUG-OCT 08 | USD | (95.00) | 155.00 | 60 675.34 |
| R2098SA002458 | 12/11/08 | | | | | PMT SALARY JUL-OCT 08 | USD | (42 833.40) | 142 833.40 | 60 730.34 |
| R2098SA002452 | 05/11/08 | | | | | PMT SALARY JUL-OCT 08 | USD | (825.00) | (825.00) | 103 563.74 |
| R2098SA002451 | 05/11/08 | | | | | PMT SALARY OCT 08 VIA EL GRECO | USD | (3 615.92) | (3 615.00) | 104 388.74 |
| R2098RE002450 | 05/11/08 | | | | | PMT JESCO RESOURCES | USD | (55.00) | (55.00) | 108 005.74 |
| R2098RE002450 | 05/11/08 | | | | | PMT JESCO RESOURCES | USD | (8 603.03) | (8 603.03) | 108 058.74 |
| R2098LY002450 | 05/11/08 | | | | | PMT TO ALY LTD | USD | (20.00) | (20.00) | 116 661.74 |
| | | | | | : 31/10/08 | : 31/10/08 | | | | |
| R2098GR002483 | 14/11/08 | | | | | PMT TO ALY LTD | USD | (376.47) | (376.47) | 107 275.54 |
| R2098GR002481 | 14/11/08 | | | | | PMT TO EL GRECO SHIP MANNING | USD | (55.00) | (55.00) | 107 220.54 |
| R2098RE002486 | 14/11/08 | | | | | PMT TO EL GRECO SHIP MANNING | USD | (705.00) | (705.00) | 106 515.54 |
| R2098EL002485 | 14/11/08 | | | | | PMT TO HANSA ELECTRONICS | USD | (22.50) | (22.50) | 106 493.04 |
| R2098EL002485 | 14/11/08 | | | | | PMT TO HANSA ELECTRONICS | USD | (4 208.26) | (4 208.26) | 102 284.78 |
| R2098RE002486 | 14/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (20.00) | (20.00) | 102 264.78 |
| R2098RE002486 | 14/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (29 022.55) | (29 022.55) | 73 242.23 |
| R2098MA002487 | 14/11/08 | | | | | PMT TO BUSINESS MARINE | USD | (20.00) | (20.00) | 73 222.23 |
| R2098MA002487 | 14/11/08 | | | | | PMT TO BUSINESS MARINE | USD | (745.00) | (745.00) | 72 477.23 |
| R2098SC002455 | 19/11/08 | | | | | PMT TO EL GRECO SHIP MANNING | USD | (2 782.50) | (2 782.50) | 117 694.73 |
| R2098SC002455 | 19/11/08 | | | | | PMT TO EL GRECO SHIP MANNING | USD | (55.00) | (55.00) | 117 639.73 |
| R2098RE002454 | 20/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (20.00) | (20.00) | 117 619.73 |
| R2098RE002454 | 20/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (5 385.00) | (5 385.00) | 112 234.73 |
| R2098SC002455 | 20/11/08 | | | | | PMT TO SCHIERBECK | USD | (31.50) | (31.50) | 112 203.23 |
| R2098SC002455 | 20/11/08 | | | | | PMT TO SCHIERBECK | USD | (1 515.81) | (1 515.81) | 110 687.42 |
| R2098MA002453 | 21/11/08 | | | | | PMT TO MEGA MARINE | USD | (1 200.29) | (1 200.29) | 109 487.13 |
| R2090SA002469 | 21/11/08 | | | | | PMT TO MEGA MARINE | USD | (55.00) | (55.00) | 109 432.13 |
| R2098MS002469 | 24/11/08 | | | | | PMT TO WINTON MARINE SERVICE | USD | (13 465.78) | (13 463.73) | 95 968.35 |
| R2098MS002505 | 24/11/08 | | | | | PMT TO WINTON MARINE SERVICE | USD | (20.00) | (20.00) | 95 948.35 |
| R2098RE002505 | 24/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (20.00) | (20.00) | 95 922.35 |
| R2098RE002506 | 24/11/08 | | | | | PMT TO JESCO RESOURCES | USD | (20.00) | (20.00) | 71 013.81 |
| R2098RE002507 | 24/11/08 | | | | | PMT TO ST.VINCENT AND GRENADINES | USD | (1 315.44) | (1 315.44) | 69 698.37 |

Company's General Ledger with Progressive Balance

11 DUCK MARITIME CORP.

Period: 01/11/08 - 30/09/09

| Document | Doc. Date | Ves. Code | Ref. Code | Date | Date From | Date To | Description | Cur. | Amount in Local | Amount in USD | Progr. Balance in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R2C0810C0507 | 24/11/08 | | | | | | PYM TO ST.VINCENT AND GRENADINES | USD | (55.00) | (55.00) | 69 663.37 |
| R3C081C0C519 | 24/12/08 | | | | | | PYMT TO ST.VINCENTS SHIPPING SERVICE | USD | (220.00) | (220.00) | 44 680.92 |
| R22081C05C22 | 25/12/08 | | | | | | PYMT TO ST.VINCENT SHIPPING SERVICES | USD | (22.50) | (22.50) | 44 658.42 |
| R22081C05C22 | 25/12/08 | | | | | | PYMT TO BALTROSS MARINE | USD | (257.15) | (257.15) | 44 401.27 |
| R22081C05C25 | 25/12/08 | | | | | | PYMT TO BALTROSS MARINE | USD | (60.00) | (60.00) | 44 341.27 |
| R22081C05C25 | 25/12/08 | | | | | | PYMT SALARY NOV 08 | USD | (40.00) | (40.00) | 44 161.27 |
| R22081C05C28 | 25/12/08 | | | | | | PYMT SALARY NOV 08 | USD | (4 426.50) | (4 426.50) | 39 734.77 |
| R32081C05C29 | 10/12/08 | | | | | | PYMT SALARY SEP-NOV 08 | USD | (550.00) | (550.00) | 39 184.77 |
| R32091C05C29 | 10/12/08 | | | | | | PYMT SALARY SEP-NOV 08 | USD | (27 679.51) | (27 679.51) | 11 505.26 |
| R32091C00529 | 10/12/08 | | | | | | PYMT TO AQUASHIP | USD | (55.00) | (55.00) | 11 450.26 |
| R32091C00530 | 10/12/08 | | | | | | PYMT TO AQUASHIP | USD | (5 700.00) | (5 700.00) | 5 750.26 |
| R32091C00530 | 10/12/08 | | | | | | PYMT SALARY VIA EL.GRECO | USD | (55.00) | (55.00) | 5 695.26 |
| R22091C00533 | 12/12/08 | | | | | | PYMT SALARY VIA EL.GRECO | USD | (55.92) | (55.92) | 1 134.55 |
| R22091C00533 | 12/12/08 | | | | | | PYMT TO ST.VINCENT & THE GRENADINES | USD | (4 560.71) | (4 560.71) | 1 034.55 |
| K30081C00533 | 12/12/08 | | | | | | PYMT TO ST.VINCENT & THE GRENADINES | USD | (100.00) | (100.00) | 979.55 |
| R3C081015C537 | 22/12/08 | | | | | | PYMT TO MEGA MARINE | USD | (55.00) | (55.00) | 924.55 |
| R3C081015C537 | 22/12/08 | | | | | | PYMT TO MEGA MARINE | USD | (1 331.31) | (1 331.31) | (606.76) |
| R22091C00C08 | 05/01/09 | | | | | | PYMT SALARY VIA ST.GRECO & INVOICES | USD | (3 870.00) | (3 870.00) | (4 276.76) |
| R2C091005C58 | 08/01/09 | | | | | | PYMT SALARY VIA EL.GRECO | USD | (55.00) | (55.00) | (4 331.76) |
| R22091005C23 | 09/01/09 | | | | | | PYMT TO GALAXY EXPRESS | USD | (150.00) | (150.00) | (4 481.76) |
| R22091005C17 | 09/01/09 | | | | | | PYMT SALARY SEP-DEC 08 | USD | (425.00) | (425.00) | (4 906.76) |
| R23091005C21 | 09/01/09 | | | | | | PYMT SALARY SEP-DEC 08 | USD | (54 668.76) | (54 668.76) | 59 575.52 |
| R23091005C24 | 29/01/09 | | | | | | PYMT TO BUREAU VERITAS | USD | (1375.84) | (1375.84) | 59 751.36 |
| R22091005C15 | 29/01/09 | | | | | | PYMT TO MEGA MARINE | USD | (4 142.67) | (4 142.67) | 63 896.03 |
| R22091005C13 | 29/01/09 | | | | | | PYMT SALARY VIA EL.GRECO | USD | (2 665.00) | (2 665.00) | 66 561.03 |
| R22091005C17 | 29/01/09 | | | | | | PYMT SALARY VIA EL.GRECO | USD | (95.00) | (95.00) | 66 656.03 |
| R24092C00C4 | 04/02/09 | | | | | | PYMT JESCO RESOURCES | USD | (18 053.90) | (18 053.90) | 84 669.93 |
| R22091005C17 | 05/02/09 | | | | | | PYMT TO CLEMENT | USD | (39 812.50) | (39 812.50) | 124 482.43 |
| R22091005C03 | 05/02/09 | | | | | | PYMT TO CLEMENT | USD | (37.50) | (37.50) | 124 519.93 |
| R2C091C00C02 | 16/02/09 | | | | | | PYMT TO EL GRECO SHIP MANING | USD | (555.00) | (555.00) | 125 074.93 |
| K3C091C00C27 | 17/02/09 | | | | | | PYMT SALARY NOV-JAN 09 | USD | (35 053.41) | (35 053.41) | 160 128.34 |

**AQUASHIP SIA**

## Company's General Ledger with Progressive Balance

Period: 01/11/08 - 30/09/09

| Document | Doc. Date | Veh. Code | Ref. Code | Date | Date From | Date To | Description | Curr. | Amount in Local | Amount in USD | Progr. Balance in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R2009110C0037 | 17/02/09 | | | | | | PYMT SALARY NOV-JAN 09 | USD | (480.03) | (480.00) | (160 608.34) |
| R3005110C0031 | 26/02/09 | | | | | | PYMT TO JESSO MARITIME RESOURCES INV 06.05.07,08,09.19/06 | USD | (10 003.60) | (10 003.60) | (170 611.94) |
| R3309110C0043 | 06/03/09 | | | | | | PYMT TO JESSCO RESOURCES INV DF/AGB/03/PM/02/09 | USD | (22 629.00) | (22 629.00) | (193 240.94) |
| R2005110C00344 | 06/03/09 | | | | | | PYMT CTM VIA JESSO 06.03.09 | USD | (27 695.00) | (27 695.00) | (220 935.94) |
| R2005110C0046 | 09/03/09 | | | | | | PYMT CTM VIA JESSO 09.03.09 | USD | (10 270.00) | (10 270.00) | (231 205.94) |
| R2009110C0047 | 10/03/09 | | | | | | PYMT SALARY | USD | (32 500.42) | (32 500.42) | (263 706.36) |
| R2005110C0048 | 11/03/09 | | | | | | PYMT TO MERA MARINE INV M578,M99172 | USD | (1 444.40) | (1 444.40) | (265 150.76) |
| R2009110C0049 | 17/03/09 | | | | | | PYMT SALARY | USD | (4 260.00) | (4 260.00) | (269 410.76) |
| R2009110C0056 | 16/03/09 | | | | | | PYMT TO JESSCO RESOURSES INV DF/AGS/01/GB/03/09 | USD | (18 863.38) | (18 863.38) | (288 274.14) |
| R2009110C0057 | 17/03/09 | | | | | | RCVD BALANCE D/A IN WALLIS BAY 22217-19 | USD | 179.98 | 179.98 | (288 094.16) |
| R2009110C0058 | 20/03/09 | | | | | | PYMT TO EL GRECO SHIP MANING INV | USD | (610.00) | (610.00) | (288 704.16) |
| R2009110C0064 | 23/03/09 | | | | | | PYMT TO JESSCO CTM | USD | (25 876.00) | (25 876.00) | (314 580.16) |
| R2009110C0067 | 01/04/09 | | | | | | PYMT TO JESSCO MARITIME RESOURCES | USD | (30 398.80) | (30 398.80) | (345 028.96) |
| R2009110C00069 | 07/04/09 | | | | | | PYMT CTM VIA JESSO RESOURCES | USD | (22 000.00) | (22 000.00) | (367 028.96) |
| R3009110C0088 | 06/04/09 | | | | | | PYMT TO CLEMENT 123/09 JC/09.31/09 | USD | (39 850.00) | (39 850.00) | (406 878.96) |
| R2009110C0075 | 07/04/09 | | | | | | RCVD BALANCE D/A 330/08 | USD | 355.29 | 355.29 | (406 523.67) |
| R2009110C0077 | 15/04/09 | | | | | | RCVD INSURANCE PREMIUM CLAIM 16/8 | USD | 7 408.21 | 7 408.21 | (399 105.46) |
| R2009110C0075 | 17/04/09 | | | | | | PYMT TO MERA MARINE INV M99016 | USD | (1 481.62) | (1 481.62) | (400 587.08) |
| R2009110C0065 | 11/04/09 | | | | | | PYMT TO EL GRECO SALARY & INV 22239, 22240, 22241 | USD | (3 275.00) | (3 275.00) | (403 862.08) |
| R3009110C0097 | 38/05/09 | | | | | | PYMT TO JESCO INV 014/GR/05/09 | USD | (3 104.00) | (3 104.00) | (406 966.08) |
| R3009110C0108 | 08/05/09 | | | | | | PYMT TO ST.VINCENT MARINE ADMINISTRATION | USD | (264.00) | (264.00) | (407 230.08) |
| R2009110C0111 | 21/05/09 | | | | | | PYMT TO JESSCO MARITIME RESOURCES | USD | (5 029.00) | (5 029.00) | (412 259.08) |
| R2009110C0117 | 29/05/09 | | | | | | PYMT TO JESSO MARITIME RESOURCES INV 02/PM/02/09,01/GM/03/9 | USD | (20 531.17) | (20 531.17) | (432 790.25) |
| R2009110C0218 | 29/05/09 | | | | | | PYMT SALARY | USD | (45 417.27) | (66 417.27) | (479 207.52) |
| R3009110C0120 | 03/06/09 | | | | | | PYMT TO ST.VINCENT AND THE GRENADINES INV CMA/9972/300905295 | USD | (114.00) | (114.00) | (479 322.52) |
| R2009110C0137 | 04/06/09 | | | | | | CHARGE | USD | (22.50) | (22.50) | (479 344.02) |
| R2009110C0122 | 08/06/09 | | | | | | PYMT TO JESSCO MARITIME RESOURCES INV 03/09,04/09,02/09,03/9 | USD | (15 056.66) | (15 058.46) | (494 402.48) |

Issued : 17/09/09    14:35:32

AQUASHIP SIA

Company's General Ledger with Progressive Balance

Period: 01/11/08 - 30/09/09

11 DUCK MARITIME CORP.

| Document | Doc. Date | Ves. Code | Ref. Code | Date | Date From | Date To | Description | Cur. | Amount in Local | Amount in USD | Progr. Balance in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R2009110C0124 | 08/06/09 | | | | | | PYMT TO ST.VINCENT SHIPPING SERVICES INV SSS/9972/20050604/G | USD | (545.00) | (545.00) | (454 547.48) |
| R2009110C0139 | 06/06/09 | | | | | | PYMT CYS VIA JESSCO RESOURCES | USD | (46 408.77) | (46 408.77) | (540 956.25) |
| R2009110C0140 | 12/05/09 | | | | | | PYMT TO JESSCO MARITIME RESOURCES | USD | (61 002.38) | (61 002.38) | (601 958.63) |
| R2009110C0151 | 12/06/09 | | | | | | PYMT SALARY | USD | (2 037.50) | (2 037.50) | (603 996.13) |
| R2009A00C0053 | 12/06/09 | | | | | | RCVD PART OF SALE OF VESSELS | USD | 575 000.00 | 575 000.00 | (28 996.13) |
| R2009110C0152 | 15/06/09 | | | | | | PYMT TO EL GRECO SHIP MANINGEMANAG. INV 22257-259, 22256 | USD | (2 679.16) | (2 679.16) | (32 675.29) |
| R2009120C0154 | 15/06/09 | | | | | | PYMT TO CHEMOIL MONDE EXPORT INV 408 | USD | (60 625.80) | (60 625.80) | (72 301.09) |
| R2009110C0155 | 26/06/09 | | | | | | PYMT SALARY | USD | (13 840.98) | (13 840.98) | (86 142.07) |
| R2009110C0159 | 10/08/09 | | | | | | PYMT TO JESSCO MARITIME RESOURCES INV DN/AQS/012/GB/9/09 | USD | (11 029.00) | (11 029.00) | (97 171.07) |

|  |  |  |  |
|---|---|---|---|
| Sub. Acc. Balance As Of | : | 30/09/09 | (97 171.07) |
| Ctrl Acc. Balance As Of | : | 30/09/09 | (97 171.07) |

EXHIBIT 5

Outstanding (Open) Accounts Analysis

Period: 01/01/08 - 30/09/09

Company: 11 DOCK MARITIME CORP.
Company Cash Flow
Control Account :5311
Subsidiary Account :G011

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| | | SUPPLIERS | | | | |
| | | GRIFFIN MARINE TRAVEL SIA | | | | |
| 11  2008110600547  22547 | 27/11/08 | INV 1/22547 CREW TRAVEL | 06/12/08 | USD | (13,623.00) | (13,623.00) |
| | | Cash Flow Balance | | USD | (13,623.00) | (13,623.00) |
| 11  2009110600050  25706 | 18/03/09 | INV 1/23706 CREW TRAVEL | 28/03/09 | USD | (7,011.00) ✓ | (7,011.00) |
| | | Cash Flow Balance | | USD | (7,011.00) | (7,011.00) |
| 11  2009110600051  23717 | 19/03/09 | INV 1/23717 TICKETS | 29/03/09 | USD | (826.00) ✓ | (826.00) |
| | | Cash Flow Balance | | USD | (826.00) | (826.00) |
| 11  2009110600081  23918 | 31/03/09 | INV 1/23918 TICKETS | 11/04/09 | USD | (1,732.00) ✓ | (1,732.00) |
| | | Cash Flow Balance | | USD | (1,732.00) | (1,732.00) |
| 11  2009110600122  24322 | 30/04/09 | INV 1/24322 CREW TRAVEL | 10/05/09 | USD | (867.00) ✓ | (867.00) |
| | | Cash Flow Balance | | USD | (867.00) | (867.00) |
| 11  2009110600082  24107 | 20/04/09 | INV 1/24107 TICKETS | 20/05/09 | USD | (10,355.00) ✓ | (10,355.00) |
| | | Cash Flow Balance | | USD | (10,355.00) | (10,355.00) |
| 11  2009110600125  24718 | 29/05/09 | INV 1/24718 CREW TRAVEL | 29/05/09 | USD | (2,583.00) ✓ | (2,583.00) |
| | | Cash Flow Balance | | USD | (2,583.00) | (2,583.00) |
| 11  2009110600134  24898 | 12/06/09 | INV 1/24898 TICKETS FOR CREW | 12/06/09 | USD | (5,983.00) | (5,983.00) |
| | | Cash Flow Balance | | USD | (5,983.00) | (5,983.00) |
| | | Subsidiary Balance | | USD | (42,980.00) | (42,980.00) |

Outstanding (Open) Accounts Analysis

Company: 11 DOCK MARITIME CORP.

Period: 01/01/08 - 30/09/09

Company Cash Flow

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | Balance In USD |
|---|---|---|---|---|---|---|
| Control Account | :5340 | REPAIR AND MAINTENANCE | | | | |
| Subsidiary Account | :6011 | GRIFFIN MARINE TRAVEL SIA | | | | |
| 11 | 22133 | INV 1/22133 REPAIR TEAM | 02/11/08 | USD | (920.00) | (920.00) |
| 2008.1000591 | 22/10/08 | INV 1/22133 REPAIR TEAM | | USD | (920.00) | |
| | | Cash Flow Balance | | USD | (920.00) | |
| 11 | 22565 | INV 1/22565 OVERE BUDGET CREW | 06/12/08 | USD | (495.00) | (495.00) |
| 2008.1000546 | 27/11/08 | INV 1/22565 OVERE BUDGET CREW | | USD | (495.00) | (495.00) |
| | | Cash Flow Balance | | USD | (495.00) | (495.00) |
| | | Subsidiary Balance | | USD | (1,415.00) | (1,415.00) |
| | | Control Account Balance | | USD | (1,415.00) | (1,415.00) |
| | | Control Account Balance | | USD | (42,980.00) | (42,980.00) |



**GRIFFIN**

l09094-126

Griffin Marine Travel, SIA

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com    Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

IATA

| | INVOICE: | 1/24718 | DATE: | 29-May-09 | Page 1 of 1 |
|---|---|---|---|---|---|

**CUSTOMER DETAILS:**

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

Copy: Aquaship
000352201
Balozu Street 16;
Riga, LV1007
Latvia

**ORDER DETAILS:**     Vessel Name:  Duck Fortune

| Date: | 22.05.09 | | Fare: | 620.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 246.00 USD |
| To: | Vilnius | Via FRA | Total/ticket: | 875.00 USD |
| Carrier: | LH | | Total for group: | 875.00 USD |
| Pers.: | 1 | NIKOLAJEV/VIKTOR MR | | |

| Date: | 22.05.09 | | Fare: | 608.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 246.00 USD |
| To: | Riga | Via FRA | Total/ticket: | 854.00 USD |
| Carrier: | LH | | Total for group: | 1,708.00 USD |
| Pers.: | 2 | ABRAMOVICS/ANATOLIJS | | |
| | | MAKARENKOVS/IGORS MR | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00 **

**Intermediary Bank:**
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

**Total Due:      2,583.00 USD**

Payable within 10 days

Solvita Berzina
Board Member

BUDGET CODE:

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GIR vers 3.02.1

 **GRIFFIN**

lekog11-82

**Griffin Marine Travel, SIA**

28 - 4, Torbntes Str., Riga LV-1011, Latvia
Tel. +371 726 5428   Fax. +371 726 9792   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 92B



| | INVOICE: | 1 / 24107 | DATE: | 20-Apr-09 | Page 1 of 2 |

**CUSTOMER DETAILS:**

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 65-2484
Panama

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

**ORDER DETAILS:**    Vessel Name:  Duck Fortune

| Date: | 03.04.09 | | Fare: | 724.00 USD |
|---|---|---|---|---|
| From: | Kaliningrad | | Airport Taxes: | 221.00 USD |
| To: | Accra | Via LED-FRA | Total/ticket: | 945.00 USD |
| Carrier: | FV+LH | | Total for group: | 945.00 USD |
| Pers.: | 1 | VYSKVORKIN/ALEKSEY MR | | |

| Date: | 06.04.09 | | Fare: | 764.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 324.00 USD |
| To: | Manila | Via AMS | Total/ticket: | 1,088.00 USD |
| Carrier: | KL | | Total for group: | 7,616.00 USD |
| Pers.: | 7 | BALLESPIN/GLENN MR | | |
| | | BENITO/ARNEL MR | | |
| | | CARIASO/RODEL MR | | |
| | | CHAN/ARNEL MR | | |
| | | DE GUZMAN/ALEXANDER M | | |
| | | PAPA/RICHARD MR | | |
| | | VILLANUEVA/ROMEO MR | | |

| Date: | 09.04.09 | | Fare: | 608.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 241.00 USD |
| To: | Riga | Via FRA | Total/ticket: | 849.00 USD |
| Carrier: | LH | | Total for group: | 849.00 USD |
| Pers.: | 1 | DVORNIKOVS/ALEKSANDR | | |

Please see next page

 **GRIFFIN**

Griffin Marine Travel, SIA

28 - 4. Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com    Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928



| | INVOICE: | 1 / 24107 | DATE: | 20-Apr-09 | Page 2 of 2 |

CUSTOMER DETAILS:

Duck Maritimo Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
.

Copy:  Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

| | | | Fare: | 724.00 USD |
|---|---|---|---|---|
| Date: | 13.04.09 | | Airport Taxes: | 221.00 USD |
| From: | Kaliningrad | | Total/ticket: | 945.00 USD |
| To: | Accra | Via LED-FRA | Total for group: | 945.00 USD |
| Carrier: | FV+LH | | | |
| Pers.: | 1 | POPOV/SERGEY MR | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00   **

Intermediary Bank:
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

| Total Due: | 10,355.00 USD |
|---|---|

Payable within 10 days

Uldis Martinsons
Chairman of the Board

** I.R Legislation, Article 7 Paragraph 1 Section 11

prepared by GIН, vers. 3.02.1

BUDGET CODE: 4440
V/H   25. 05. 2009

 **GRIFFIN**

LVKG911-51

**Griffin Marine Travel, SIA**

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

 **IATA**

| | INVOICE: 1 / 23717 | DATE: 19-Mar-09 | Page 1 of 1 |
|---|---|---|---|

**CUSTOMER DETAILS:**

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

**ORDER DETAILS:**     Vessel Name: Duck Fortune

| Date: | 21.03.09 | | | Fare: | 624.00 USD |
|---|---|---|---|---|---|
| From: | Kiev | | | Airport Taxes: | 202.00 USD |
| To: | Accra | Via FRA | | Total/ticket: | 826.00 USD |
| Carrier: | LH | | | Total for group: | 826.00 USD |
| Pers.: | 1 | SHUKOV/OLEKSANDR MR | | | |

ATTN! The corresponding bank charges are
for Your Company account.

**Intermediary Bank:**
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

Payable within 10 days

| V.A.T. (0%) = 0.00 ** | |
|---|---|
| Total Due: | 826.00 USD |

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by OBR, vers. 3.02 1

BUDGET CODE: 4140
VH 19.03.09

 GRIFFIN

1/24-0311 - 112 .

Griffin Marine Travel, SIA
28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 405 033 928

 IATA

| | | INVOICE: | 1/24322 | DATE: | 30-Apr-09 | Page 1 of 1 |

**CUSTOMER DETAILS:**

Duck Maritime Corp.          .

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
•

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

**ORDER DETAILS:**          Vessel Name:   Duck Fortune

| Date: | 28.04.09 | | Fare: | 641.00 USD |
| From: | Accra | | Airport Taxes: | 226.00 USD |
| To: | Riga | Via AMS | Total/ticket: | 867.00 USD |
| Carrier: | KL | | Total for group: | 867.00 USD |
| Pers.: | 1 | NICKASOVS/MIHAILS MR | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00   **

Total Due:          867.00 USD

**Intermediary Bank:**
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-346

Payable within 10 days

Uldis Martinsons
Chairman of the Board

GRIFFIN MARINE TRAVEL, SIA
GRIFFIN
LATVIJAS REPUBLIKA

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GtR, vers. 3.02.1

BUDGET CODE: 7510
VM    25 05 2009

 **GRIFFIN**

184091-91.

Griffin Marine Travel, SIA

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5426   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

 IATA

| | INVOICE: | 1 / 23918 | DATE: | 31-Mar-09 | Page 1 of 1 |

CUSTOMER DETAILS:

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

ORDER DETAILS:              Vessel Name:   Duck Fortune

| Date: | 25.03.09 | | Fare: | 567.00 USD |
| From: | Riga | | Airport Taxes: | 157.00 USD |
| To: | Accra | Via AMS | Total/ticket: | 724.00 USD |
| Carrier: | KL | | Total for group: | 724.00 USD |
| Pers.: | 1 | UTKINS/VJACESLAVS MR | | |

| Date: | 26.03.09 | | Fare: | 719.00 USD |
| From: | Accra | | Airport Taxes: | 289.00 USD |
| To: | Varna | Via FRA-SOF | Total/ticket: | 1,008.00 USD |
| Carrier: | LH+FB | | Total for group: | 1,008.00 USD |
| Pers.: | 1 | DIMOV/DIMCHO GRIGOROV | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00  **

Intermediary Bank:
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-346

| Total Due: | 1,732.00 USD |

Payable within 10 days

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GST, vers  3.02.1

BUDGET CODE: 7140
VH

 **GRIFFIN**

*N040811 - 547*

Griffin Marine Travel, SIA
28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

HANSABANKA
SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

 **IATA**

|  | INVOICE: **1 / 22547** | DATE:  **27-Nov-08** | Page 1 of 3 |

<u>CUSTOMER DETAILS:</u>

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
*

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

<u>ORDER DETAILS:</u>          Vessel Name:  **Duck Fortune**

| Date: | 06.11.08 | | Fare: | 662.00 USD |
|---|---|---|---|---|
| From: | Moscow | | Airport Taxes: | 223.00 USD |
| To: | Port harcourt | Via **CDG** | Total/ticket: | 885.00 USD |
| Carrier: | **AF** | | Total for group: | 885.00 USD |
| Pers.: | 1 | GADZHI KERIMOV/YURIY M | | |

| Date: | 08.11.08 | | Fare: | 777.00 USD |
|---|---|---|---|---|
| From: | Port harcourt | | Airport Taxes: | 446.00 USD |
| To: | Kiev | Via **LOS-AMS** | Total/ticket: | 1,223.00 USD |
| Carrier: | **VK+KL** | | Total for group: | 2,446.00 USD |
| Pers.: | 2 | KONDRATEVYCH/FEDIR MR PANAYEV/SERGIY MR | | |

| Date: | 08.11.08 | | Fare: | 777.00 USD |
|---|---|---|---|---|
| From: | Port harcourt | | Airport Taxes: | 473.00 USD |
| To: | Riga | Via **LOS-AMS** | Total/ticket: | 1,250.00 USD |
| Carrier: | **VK+KL** | | Total for group: | 1,250.00 USD |
| Pers.: | 1 | PUZANOVS/ALEKSANDRS | | |

Please see next page



**GRIFFIN**

**Griffin Marine Travel, SIA**

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

HANSABANKA
SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928



| INVOICE: | 1 / 22547 | DATE: | 27-Nov-08 | Page 2 of 3 |

*CUSTOMER DETAILS:*

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

---

| Date: | 12.11.08 | | | Fare: | 700.00 USD |
| From: | Riga | | | Airport Taxes: | 279.00 USD |
| To: | Port harcourt | Via AMS-CDG | | Total/ticket: | 979.00 USD |
| Carrier: | AF | | | Total for group: | 1,114.00 USD |
| Pers.: | 1 | DIMOV/DIMCHO GRIGOROV | | | (Includes PTA Fees of 135 USD) |
| | | | Notes: | PTA fee includes one night stay in hotel in Paris 135 USD. |

| Date: | 15.11.08 | | | Fare: | 742.00 USD |
| From: | Lagos | | | Airport Taxes: | 201.00 USD |
| To: | Manila | Via DOH | | Total/ticket: | 943.00 USD |
| Carrier: | QR | | | Total for group: | 1,886.00 USD |
| Pers.: | 2 | BALINTAG/BRIAN REY MR | | | |
| | | NISPEROS/REY MR | | | |

| Date: | 15.11.08 | | | Fare: | 737.00 USD |
| From: | Port harcourt | | | Airport Taxes: | 270.00 USD |
| To: | Kiev | Via LOS-FRA | | Total/ticket: | 1,007.00 USD |
| Carrier: | VK+LH | | | Total for group: | 6,042.00 USD |
| Pers.: | 6 | FULGA/OLEKSIY MR | | | |
| | | GAVRYLYUK/VOLODYMYR | | | |
| | | LEBAKIN/DENYS MR | | | |
| | | PANAYEV/SERGIY MR | | | |
| | | SYVETS/DMYTRO MR | | | |
| | | VLYEZKO/OLEKSANDR MR | | | |

---

Please see next page



# GRIFFIN

Griffin Marine Travel, SIA

28 - 4, Torbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

HANSABANKA
SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 409 033 928



| | INVOICE: **1 / 22547** | DATE: **27-Nov-08** | Page 3 of 3 |

**CUSTOMER DETAILS:**

Duck Maritime Corp.

Global Bank Tower, 18th floor, 60th Str.,
Panama, PO Box 55-2484
Panama

Copy: Aquaship
000352201
Balozu Street 16;
Riga, LV1007
Latvia

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00   **

**Intermediary Bank:**
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

| Total Due: | 13,623.00 USD |

Payable within 10 days

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GIR, vers. 3.02.1

BUDGET CODE: 7140
VM   22.12.2008

 **GRIFFIN**

$\mathcal{L}\&0911 - 134$

Griffin Marine Travel, SIA
28 - 4, Terbates Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928



| INVOICE: | 1 / 2489B | DATE: | 15-Jun-09 | Page 1 of 2 |

_CUSTOMER DETAILS:_

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

**Copy: Aquaship**

000352201
Balozu Street 18;
Riga, LV1007
Latvia

_ORDER DETAILS:_          Vessel Name:  Duck Fortune

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 12.06.09 | | | Fare: | 726.00 USD | |
| From: | Accra | | | Airport Taxes: | 276.00 USD | |
| To: | Kaliningrad | Via FRA-LED | | Total/ticket: | 1.002.00 USD | |
| Carrier: | LH+FV | | | Total for group: | 2.004.00 USD | |
| Pers.: | 2 | POPOV/SERGEY MR | | | | |
| | | VYSKVORKIN/ALEKSEY MR | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 12.06.09 | | | Fare: | 552.00 USD | |
| From: | Accra | | | Airport Taxes: | 242.00 USD | |
| To: | Kiev | Via AMS | | Total/ticket: | 794.00 USD | |
| Carrier: | KL | | | Total for group: | 2.382.00 USD | |
| Pers.: | 3 | BATURIN/IGOR MR | | | | |
| | | RYBALCHENKO/OLEKSAND | | | | |
| | | SHUKOV/OLEKSANDR MR | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | 12.06.09 | | | Fare: | 552.00 USD | |
| From: | Accra | | | Airport Taxes: | 251.00 USD | |
| To: | Moscow | Via AMS | | Total/ticket: | 803.00 USD | |
| Carrier: | KL | | | Total for group: | 803.00 USD | |
| Pers.: | 1 | GADZHI KERIMOV/YURI MR | | | | |

Please see next page



Griffin Marine Travel, SIA

26 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9702   www.griffintravel.com   Reg. Nr. LV40003385571

'Swedbank' AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

|  | INVOICE: | 1 / 24898 | DATE: | 16-Jun-09 | Page 2 of 2 |

CUSTOMER DETAILS:

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
.

Copy:  Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

| Date: | 12.06.09 | | Fare: | 552.00 USD |
| From: | Accra | | Airport Taxes: | 242.00 USD |
| To: | Riga | Via  AMS | Total/ticket: | 794.00 USD |
| Carrier: | KL | | Total for group: | 794.00 USD |
| Pers.: | 1 | LITKINS/VJACESLAVS MR | | |

V.A.T. (0%) = 0.00      **

ATTN! The corresponding bank charges are
for Your Company account.

Intermediary Bank:
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

Payable within 10 days

| Total Due: | 5.983,00  USD |

*Bērzine*
Solvita Berzine
Board Member

** LR Legislation, Article 7 Paragraph 1 Section 11

GRIFFIN MARINE TRAVEL, SIA
GRIFFIN
LATVIJAS REPUBLIKA

powered by GIR vers. 3.02.1

BUDGET CODE  4140

 **GRIFFIN**



Griffin Marine Travel, SIA

28 - 4, Torbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9782   www.griffintravel.com   Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

**IATA**

| INVOICE: | 1 / 23706 | DATE: | 18-Mar-09 | Page 1 of 3 |

*CUSTOMER DETAILS:*

Duck Maritime Corp.

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
*

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

*ORDER DETAILS:*          Vessel Name:  Duck Fortune

| Date: | 10.03.09 |
| From: | Riga |
| To: | Accra |         Via AMS |
| Carrier: | KL |
| Pers.: | 3 |

ABRAMOVICS/ANATOLIJS
DVORNIKOVS/ALEKSANDR
MAKARENKOVS/IGORS MR

| Fare: | 542.00 USD |
| Airport Taxes: | 152.00 USD |
| Total/ticket: | 694.00 USD |
| Total for group: | 2,082.00 USD |

| Date: | 10.03.09 |
| From: | Kiev |
| To: | Accra |         Via FRA |
| Carrier: | LH |
| Pers.: | 1 |

RYBALCHENKO/OLEKSAND

| Fare: | 624.00 USD |
| Airport Taxes: | 192.00 USD |
| Total/ticket: | 816.00 USD |
| Total for group: | 816.00 USD |

| Date: | 10.03.09 |
| From: | Riga |
| To: | Accra |         Via AMS |
| Carrier: | KL |
| Pers.: | 1 |

NICKASOVS/MIHAILS MR

| Fare: | 542.00 USD |
| Airport Taxes: | 152.00 USD |
| Total/ticket: | 694.00 USD |
| Total for group: | 694.00 USD |   ~ 7510

Please see next page

 GRIFFIN

**Griffin Marine Travel, SIA**

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003385571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928

 IATA

| INVOICE: | 1 / 23706 | DATE: | 18-Mar-09 | Page 2 of 3 |

CUSTOMER DETAILS:

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

**Copy: Aquaship**
000352201
Balozu Street 18;
Riga, LV1007
Latvia

---

| Date: | 13.03.09 | | Fare: | 640.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 244.00 USD |
| To: | Odessa | Via AMS-KBP | Total/ticket: | 884.00 USD |
| Carrier: | VV+KL | | Total for group: | 884.00 USD |
| Pers.: | 1 | GAVRYLYUK/MYKOLA MR | | |

| Date: | 13.03.09 | | Fare: | 640.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 244.00 USD |
| To: | Odessa | Via AMS-KBP | Total/ticket: | 884.00 USD |
| Carrier: | KL+VV | | Total for group: | 1,768.00 USD |
| Pers.: | 2 | GRISHYN/SERGIY MR | | |
| | | PROKOSHEV/BORIS MR | | |

| Date: | 13.03.09 | | Fare: | 547.00 USD |
|---|---|---|---|---|
| From: | Accra | | Airport Taxes: | 220.00 USD |
| To: | Kiev | Via AMS | Total/ticket: | 767.00 USD |
| Carrier: | KL | | Total for group: | 767.00 USD |
| Pers.: | 1 | PRYCHYSHYN/MAKSYM MR | | |

---

Please see next page



Griffin Marine Travel, SIA

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com    Reg. Nr. LV40003365571

"Swedbank" AS
BIC/SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928



| INVOICE: | 1 / 23706 | DATE: | 18-Mar-09 | Page 3 of 3 |

CUSTOMER DETAILS:

**Duck Maritime Corp.**

Global Bank Tower, 16th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
.

Copy: **Aquaship**
000362201
Balozu Street 1B;
Riga, LV1007
Latvia

ATTNI The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00    **

| Total Due: | 7,011.00 USD |

Intermediary Bank:
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

Payable within 10 days

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prpared by GRI, vers. 3.02.5

BUDGET CODE: 7510
694,00 ƒ    VH

BUDGET CODE: 9140
6317,00 ƒ    VH

25. 05. 2009

NCF0811-481

 GRIFFIN

Griffin Marine Travel, SIA
28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

HANSABANKA
SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0018 408 033 028

 IATA

|  | INVOICE: | 1 / 22133 | DATE: | 22-Oct-08 | Page 1 of 1 |

*CUSTOMER DETAILS:*

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama
*

Copy: Aquaship
000352201
Balozu Street 18;
Riga, LV1007
Latvia

*ORDER DETAILS:*          Vessel Name:  **Duck Fortune**

| Date: | 02.10.08 | | Fare: | 616.00 USD |
| From: | Lagos | | Airport Taxes: | 304.00 USD |
| To: | Riga | Via AMS | Total/ticket: | 920.00 USD |
| Carrier: | KL | | Total for group: | 920.00 USD |
| Pers.: | 1 | KLEMENTJEVS/ANATOLIJS | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00  **

Intermediary Bank:

BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

| Total Due: | 920.00 USD |

Payable within 10 days

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GIR, vers 3.02.1

BUDGET CODE: 9488
VN

*NCF0811 – 576*



Griffin Marine Travel, SIA

28 - 4, Terbatas Str., Riga LV-1011, Latvia
Tel. +371 728 5428   Fax. +371 728 9792   www.griffintravel.com   Reg. Nr. LV40003365571

HANSABANKA
SWIFT Code: HABA LV 22, IBAN Account: LV34 HABA 0019 408 033 928



| | INVOICE: | 1 / 22665 | DATE: | 27-Nov-08 | Page 1 of 1 |
|---|---|---|---|---|---|

*CUSTOMER DETAILS:*

**Duck Maritime Corp.**

Global Bank Tower, 18th floor, 50th Str.,
Panama, PO Box 55-2484
Panama

Copy: **Aquaship**
000352201
Balozu Street 18;
Riga, LV1007
Latvia

*ORDER DETAILS:*      Vessel Name:  **Duck Fortune**

| Date: | 10.11.08 | | Fare: | 366.00 USD |
|---|---|---|---|---|
| From: | Varna | | Airport Taxes: | 129.00 USD |
| To: | Riga | Via LGW | Total Ticket: | 495.00 USD |
| Carrier: | FB+BT | | Total for group: | 495.00 USD |
| Pers.: | 1 | DIMOV/DIMCHO GRIGOROV | | |

ATTN! The corresponding bank charges are
for Your Company account.

V.A.T. (0%) = 0.00     **

Intermediary Bank:
BANKERS TRUST COMPANY, New York
SWIFT BKTR US 33
Account: 04-097-348

Payable within 10 days

**Total Due:**          495.00 USD

Uldis Martinsons
Chairman of the Board

** LR Legislation, Article 7 Paragraph 1 Section 11

prepared by GIR, vers. 3.02.1

BUDGET CODE: *4199*
VN *27.12.2008*

— *arrival to Riga*
*Mct Dimov.*

EXHIBIT 6



Griffin Marine Travel, SIA
Reg. Nr. LV40003365571     28 – 4 Terbatas Str.    Riga LV 1011    Latvia
Tel. +371 6726 5428    Fax. +371 6726 9792    www.griffintravel.com

"Swedbank" AS
Balasta dambis 15, Rīga, LV-1048, Latvia
BIC/SWIFT Code: HABA LV 22    IBAN Account: LV34 HABA 0019408033928



To:. LUXFORD INTERNATIONAL  INC.
    IBC Tower, 9th Floor,
    Manuel Espinoza Batista Avenue,
    P.O. Box: 55-2484, Paitilla Panama
    Panama , Rep. Panama


### AUTHORIZATION LETTER


is made on the 17th day of September Two Thousand and Ninth  (2009).


We, the undersigned Griffin Marine Travel, SIA (VAT number: 40003365571), a company registered in 04.11.1997 and having its office at Terbates street 28-4, Riga, Latvia (hereinafter - the "Company"), hereby authorizes LUXFORD INTERNATIONAL  INC acting as the Financial Managers (hereafter-the "Managers") of motor vessel "Duck Fortune", IMO number 7929334, flag St.Vincent and the Grenadines for the Owners DUCK MARITIME CORP. of Panama (thereafter - the "Owners") to represent our interests in the case of all existent outstanding payments for the supply and/or services have effected for the said motor vessel pursuant to the terms of Shipmanagement Agreement dated 28 December 2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving  third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.


This Authorization Letter is issued with the rights of further authorization in place and on the date above written and is valid for indefinite period from the mentioned date or until it is revoked.


Signed
Duly authorized for and on behalf of  Griffin Marine Travel, SIA


Uldis Martinsons                 G.CIRVLIS
Chairman of the Board

EXHIBIT 7

# VICAND LIISGREN AS

To: LUXFORD INTERNATIONAL Inc.
IBC Tower, 9th Floor
Manuel Espinosa Batista Avenue
P.O. Box: 55-2484, Paitilla Panama
Panama, Rep. Panama

## LETTER OF AUTHORIZATION

Dear Sir,

Hereby we confirm all legal activities against Owners of motor vessel "Duck Fortune", IMO
number 7929334, flag St.Vincent and the Grenadines to the LUXFORD INTERNATIONAL
Inc. acting as the Financial Managers for the Owners DUCK MARITIME CORP. of
Panama for receipt of all settlements the below listed unpaid invoices to our account:

| | | |
|---|---|---|
| invoice 2008-0619A | - | 39,617.75 EUR |
| invoice 2008-0779 | - | 5,156.90 |
| invoice 2008-0847A | - | 50,546.25 |
| invoice 2008-0947A | - | 1,390.70 |
| invoice 2008-0948A | - | 3,056.30 |
| invoice 2008-1016A | - | 17,641.80 |
| invoice 2008-1022A | - | 5,276.70 |
| invoice 2008-1340 | - | 22,788.00 |

Total amount:        145,474.40 EUR

With kind regards,

Vicand Liisgren AS
Sergei Gontsarenko
Chairmen of the Board

Address: Vicand Liisgren AS          Phone: +372 6 318 635          Bankers:
Kalevipoja põik 1 - 5                    +372 6 318 636          SWEDBANK Account no.: 221001169664
13614 TALLINN, Estonia          Fax:   +372 6 318 638          IBAN: EE60 2200 2210 0116 9664
Co. Reg. No. 10055083                                           e-mail: vicand@anet.ee          SEB Fank
V.A.T. Registration No. EE100117673                            Account no.: 10220043316013

AQUASHIP SIA

## Outstanding (Open) Accounts Analysis

Period: 01/01/08 - 30/09/09

Company: 11 DUCK MARITIME CORP.
Company Cash Flow

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| **Control Account** | **:5311** | **SUPPLIERS** | | | | |
| **Subsidiary Account** | **:V002** | **VICAND LIISGREN AS** | | | | |
| 11  0947A | | INV 2008-0947A ME SPARES | 01/10/08 | | | |
| 2008I1000422 | 01/10/08 | INV 2008-0847A ME SPARES | | EUR | (50 546.25)- | (73 015.23) |
| | | Cash Flow Balance | | EUR | (50 546.25) | (73 015.23) |
| 11  0947A | | INV 2008-0947A AE SPARES | 01/11/08 | | | |
| 2008I1000515 | 01/11/08 | INV 2008-0947A AE SPARES | | EUR | (1 390.70) | (1 815.25) |
| | | Cash Flow Balance | | EUR | (1 390.70) | (1 815.25) |
| 11  0948A | | INV 2008-0948A AE SPARES | 01/11/08 | | | |
| 2008I1000514 | 01/11/08 | INV 2008-0948A AE SPARES | | EUR | (3 056.30) | (3 989.32) |
| | | Cash Flow Balance | | EUR | (3 056.30) | (3 989.32) |
| 11  1340 | | INV 2008-1340 ME SPARES | 01/01/09 | | | |
| 2009I1000150 | 01/01/09 | INV 2008-1340 ME SPARES | | EUR | (22 788.00) | (32 327.99) |
| | | Cash Flow Balance | | EUR | (22 788.00) | (32 327.99) |
| | | Subsidiary Balance | | EUR | (77 781.25) | (111 147.79) |
| | | Control Account Balance | | EUR | (77 781.25) | (111 147.79) |
| **Control Account** | **:5340** | **REPAIR AND MAINTENANCE** | | | | |
| **Subsidiary Account** | **:V002** | **VICAND LIISGREN AS** | | | | |
| 11  0691A | | INV 2008-0691A SPARES ME | 16/08/08 | | | |
| 2008I1000425 | 01/10/08 | INV 2008-0691A SPARES ME | | EUR | (39 617.75) | (57 228.75) |
| | | Cash Flow Balance | | EUR | (39 617.75) | (57 228.75) |
| 11  0779 | | INV 2008-0779 OVER BUDGET | 12/10/08 | | | |
| 2008I1000594 | 12/09/08 | INV 2008-0779 OVER BUDGET | | EUR | (5 156.90) | (7 192.73) |
| | | Cash Flow Balance | | EUR | (5 156.90) | (7 192.73) |
| 11  1016A | | INV 2008-1016A OVER BUDGET | 01/11/08 | | | |
| 2008I1000512 | 01/11/08 | INV 2008-1016A OVER BUDGET | | EUR | (17 641.80) | (23 027.46) |
| | | Cash Flow Balance | | EUR | (17 641.80) | (23 027.46) |

Issued : 18/09/2009  12:45:13

AQUASHIP SIA

Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.

Period: 01/01/08 - 30/09/09

Company Cash Flow

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Local Currency | Balance In USD |
|---|---|---|---|---|---|---|
| 11 | 1022A | INV 2008-1022A OVER BUDGET | | | | |
| 200081100051i | 01/11/08 | INV 2008-1022A OVER BUDGET | 02/11/08 | EUR | (5 276.70) | (6 887.56) |
| | | Cash Flow Balance | | EUR | (5 276.70) | (6 887.56) |
| | | Subsidiary Balance | | EUR | (67 693.15) | (94 336.50) |
| | | Control Account Balance | | EUR | (67 693.15) | (94 336.50) |

Page  2  of  2

Issued : 18/09/2009  12:45:13

*NCF-0811~ 575*

# VICÄND LIISGREN AS

RECEIVE
1 7 -11- 2008

ARVE / INVOICE No. 2008-0947A
Kuupäev / Date: 16.09.08

Deliver to:   m/v DUCK FORTUNE
Invoice to:   Duck Maritime Corp., St.Vincent and The Grenadines
              Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
              8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Makseringimus / Terms of payment: 30 päeva/days          Meie nr. / Our ref.:   Quotation dd 11.09.2008
Vilvls / Delayed payment interest: 0.5 % päevas/per day   Tarneringimused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik /Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|------|-----------|--------------------------------------|-----------|------------------|-------------------|----------------|
|      |      | *Vessel's Requisition E138/08 (your ref. 110908 KV 3263)* | | | | |
|      |      | *Spares for Aux.Engine YANMAR type 6 MAL-HTF:* | | | | |
| 1 | 8409 | Adjusting screw for tappet / 137600-54201 | pc | -6.000 | 20.00 | 120.00 |
| 2 | 8409 | Oil stopper plate / 137603-54221 | pc | 10.000 | 20.00 | 200.00 |
| 3 | 8409 | Packing / 137600-54040 | pc | 12.000 | 3.00 | 36.00 |
| 4 | 8409 | Tappet assy / 737600-54500 | unit | 3.000 | 100.00 | 300.00 |
| 5 | 8409 | Roller / 137600-14220 | pc | 3.000 | 24.00 | 72.00 |
| 6 | 8409 | Roller pin / 137676-54231 | pc | 3.000 | 18.00 | 54.00 |
| 7 | 8409 | Mount, fuel oil pump / 137600-54011 | pc | 3.000 | 150.00 | 450.00 |

*1232.00    Euro*        *158.10   Euro*

BUDGET CODE: *4480*        BUDGET CODE: *4495*

| | |
|---|---|
| Summa KM-ta / Total goods exc.VAT   EUR | 1,232.00 |
| Pakkimine ja käsitlus / Packing & Handling charges   EUR | 20.00 |
| Tarnekulud / Delivery freight   EUR | 338.70 |
| Käibemaks / V.A.T. 0%   (KMS par. 15 lg 3 p. 3)   EUR | 0.00 |
| Kokku / Invoice value   EUR | 1,590.70 |

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
     +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anol.ee

Bankers:
SWEDBANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
SEB Pank
Account No: 10220043316013

*NCF0811~ 574*

**RECEIVE**

17 -11- 2008

# VICAND LIISGREN AS

ARVE / INVOICE No. 2008-0948A
Kuupäev / Date: 16.09.08

Deliver to:  m/v DUCK FORTUNE
Invoice to:  Duck Maritime Corp., St.Vincent and The Grenadines
Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Maksetingimus / Terms of payment: 30 päeva/days
Viivis / Delayed payment interest: 0.5 % päevas/per day

Meie nr. / Our ref.:  *Quotation dd 01.09.2008*
Tarnetingimused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik /Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|---|---|---|---|---|---|---|
| | | *Vessel's Requisition E121/08 (your ref. 110908 KV 3250)* | | | | |
| | | *Spores for Aux.Engine YANMAR type GMAL-HT.* | | | | |
| 1 | 8409 | Suction valve guide / 137600-11520 | pc | 6.000 | 9.60 | 57.60 |
| 2 | 8409 | Exhaust valve guide / 137600-11170 | pc | 6.000 | 9.60 | 57.60 |
| 3 | 8409 | Zinc / 136600-11750 | pc | 6.000 | 3.60 | 21.60 |
| 4 | 8409 | Rubber packing for push rod cover / 137676-14450 | pc | 24.000 | 0.20 | 4.80 |
| 5 | 8409 | Rubber packing for push rod cover / 137600-14450 | pc | 12.000 | 0.20 | 2.40 |
| 6 | 8409 | Oil seal / 137600-32900 | pc | 6.000 | 0.50 | 3.00 |
| 7 | 8409 | Oil seal / 139654-52630 | pc | 6.000 | 0.60 | 3.60 |
| 8 | 8409 | Oil seal / 138613-52670 | pc | 12.000 | 0.60 | 7.20 |
| 9 | 8409 | Needle valve complete, short type / 137600-53000 | pc | 12.000 | 48.00 | 576.00 |
| 10 | 8409 | Lub. oil pump assy / 737600-32531 | pc | 1.000 | 1,600.00 | 1,600.00 |
| 11 | 8409 | Inner & outlet rotor assy / 137600-32601 | pc | 1.000 | 400.00 | 400.00 |

*1439.00  euro*     *322.50  euro*

BUDGET CODE: *4420*     BUDGET CODE: *4195*

| | |
|---|---|
| Summa KM-ta / Total goods exc.VAT  EUR | 2,733.80 |
| Pakkimine ja käsitlus / Packing & Handling charges  EUR | 35.00 |
| Tarnekulud / Delivery freight  EUR | 287.50 |
| Käibemaks / V.A.T. 0% (KMS par. 15 lg 3 p. 3)  EUR | 0.00 |
| Kokku / Invoice value  EUR | 3,056.30 |

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
     +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
SWEDBANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
SEB Pank
Account No: 10220043316013

# VICAND LIISGREN AS

ARVE / INVOICE No. 2008-0847A
Kuupäev / Date: 01.09.08

Deliver to:  m/v DUCK FORTUNE
Invoice to:  Duck Maritime Corp., St.Vincent and The Grenadines
             Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
             8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

RECEIVED
0 3 -10- 2008

Maksetingimus / Terms of payment: 30 päeva/days
Viivis / Delayed payment interest: 0.5 % päeva/per day

Meie nr. / Our ref.: IMQ879
Tarnetinglmused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühs. /Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|---|---|---|---|---|---|---|
| | | Spares for M/Engine IHI PIELSTIC 16 PC2.2 V400: | | | | |
| | | Vessel's Requisition E98/08 (your ref. 150808 KV 2926) | | | | |
| 1 | 8409 | Connecting rod cpl. with Lloyd's Certificate / 2.403.9001.00/R | pc | 1.000 | 4,650.00 | 4,650.00 |
| 2 | 8409 | Fitted connecting rod bolt / 2.003.005 | pc | 2.000 | 134.90 | 269.80 |
| 3 | 8409 | Clearance bolt for connecting rod / 2.003.006 | pc | 2.000 | 143.80 | 287.60 |
| 4 | 8409 | Nut for connecting rod bolt / 2.003.007 | pc | 4.000 | 62.20 | 248.80 |
| 5 | 8409 | Locksting pin (pegs for connecting rod bolt) / 2.003.008 | pc | 4.000 | 16.50 | 66.00 |
| 6 | 8409 | Split pin for connecting rod bolt / 2.003.009 | pc | 20.000 | 0.40 | 8.00 |
| 7 | 8409 | Tap washer for connecting rod / 2.003.026 | pc | 1.000 | 1.90 | 1.90 |
| 8 | 8409 | Stop screw for connecting rod small end bush / 2.003.032 | pc | 1.000 | 62.50 | 62.50 |
| 9 | 8409 | Connecting rod bearing, (top\bottom shell), std size / 2.003.029 | pair | 5.000 | 330.00 | 1,650.00 |
| 10 | 8409 | Piston ring with bronze insert / 2.005.018 | pc | 10.000 | 54.40 | 544.00 |
| 11 | 8409 | Compression ring 9.00mm, copper plated / 2.005.017 | pc | 20.000 | 45.80 | 916.00 |
| 12 | 8409 | Oil scraper ring / 2.005.024 | pc | 20.000 | 58.20 | 1,164.00 |
| 13 | 8409 | Compression ring 9.00mm, 1st groove / 2.005.315 | pc | 10.000 | 81.20 | 812.00 |
| 14 | 8409 | Exhaust valve spindle, Steilite / 2.015.002 | pc | 16.000 | 141.90 | 2,270.40 |
| 15 | 8409 | Injection nozzle 10x0.55x140 dgr. / 2.016.155 | pc | 16.000 | 98.20 | 1,571.20 |
| 16 | 8409 | Safety valve, complete / 525.017.01 | pc | 1.000 | 800.10 | 800.10 |
| 17 | 8409 | Pump element complete, dia 27mm / 2.030.015 | pair | 4.000 | 324.50 | 1,298.00 |
| 18 | 8409 | Injector cooling water inlet pipe / 2.142.049 | pc | 5.000 | 208.40 | 1,042.00 |
| 19 | 8409 | Water outlet pipe from injector / 2.142.052 | pc | 1.000 | 192.00 | 192.00 |
| 20 | 8409 | Joint ring for inlet and outlet injector pipes / 2.142.056 | pc | 5.000 | 0.50 | 2.50 |
| | | Vessel's Requisition E114/08 (your ref. 150808 KV 2937) | | | | |
| 21 | 8409 | Inlet valve seat / 29.158 (142x115x10mm) | pc | 6.000 | 63.10 | 378.60 |
| 22 | 8409 | Inlet valve seat / 29.161 (145x115x12mm) | pc | 6.000 | 63.10 | 378.60 |
| 23 | 8409 | Inlet valve seat / SC9839 (142x115x12mm) | pc | 6.000 | 63.10 | 378.60 |
| | | Vessel's Requisition E115/08 (your ref. 150808 KV 2938) | | | | |
| 24 | 8409 | Joint for water connection / 2.015.018 | pc | 20.000 | 0.90 | 18.00 |
| 25 | 8409 | Ferrule for exhaust valve water connection / 2.015.019 | pc | 12.000 | 9.40 | 112.80 |
| 26 | 8409 | O-ring for exhaust valve water connection bush / 2.015.020 | pc | 100.000 | 0.30 | 30.00 |
| 27 | 8409 | Water connection / 2.015.016 | pc | 4.000 | 114.80 | 459.20 |
| 28 | 8409 | O-ring for exhaust valve cage / 2.015.028 | pc | 32.000 | 2.20 | 70.40 |
| Leht / Page: 1 | | Jätkub / Continue | | | | 19,683.00 |

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
    +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
HANSAPANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
EESTI ÜHISPANK
Account No: 10220043316013

BUDGET CODE: 7410

BUDGET CODE: 7415

24.10.08

# VICAND LIISGREN AS

ARVE / INVOICE No. 2008-0847A
Kuupäev / Date: 01.09.08

Deliver to: m/v DUCK FORTUNE
Invoice to: Duck Maritime Corp., St.Vincent and The Grenadines
Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Maksetingimus / Terms of payment: 30 päeva/days
Viivis / Delayed payment interest: 0.5 % päevas/per day          Tarnetingimissed / Terms of delivery: CIP LAGOS

| Pos | Kauba kood | Kauba nimetus / Description of goods | Ühik /Unit | Kogust / Quantity | Hind / Unit price | Summa / Amount |
|---|---|---|---|---|---|---|
| 29 | 8409 | Safety valve, complete / 02.417.9005.01 | pc | 2.000 | 800.10 | 1,600.20 |
| 30 | 8409 | Inlet valve spindle / 2.015.051 | pc | 16.000 | 129.50 | 2,072.00 |
| 31 | 8409 | Valve spring, internal / 2.015.022 | pc | 8.000 | 25.40 | 203.20 |
| 32 | 8409 | Valve spring, external / 2.015.023 | pc | 8.000 | 32.00 | 256.00 |
| 33 | 8409 | O-ring for admission valve guide / 2.015.029 | pc | 32.000 | 0.30 | 9.60 |
| 34 | 8409 | Stud bolt for inlet valve / 2.010.026 | pc | 12.000 | 7.70 | 92.40 |
| 35 | 8409 | Stud for exh.valve cage with water cooled seat / 2.010.00C | pc | 12.000 | 17.30 | 207.60 |
| 36 | 8409 | Spring for fuel injector / 2.016.106 | pc | 6.000 | 13.00 | 78.00 |
| 37 | 8409 | Spring collar / 2.016.007 | pc | 6.000 | 19.80 | 118.80 |
| 38 | 8409 | Dowel pin (locating pin for valves body) / 2.016.020 | pc | 50.000 | 0.20 | 10.00 |
| 39 | 8409 | O-ring / 2.016.019 | pc | 32.000 | 0.30 | 9.60 |
| 40 | 8409 | Injection nozzle 10x0.55x140 dgr. / 2.016.155 | pc | 12.000 | 98.20 | 1,178.40 |
| 41 | 8409 | Spring spindle for injector / 2.016.008 | pc | 6.000 | 19.10 | 114.60 |
| 42 | 8409 | Injector pipe, complete / 2.042.021 | pc | 5.000 | 232.60 | 1,163.00 |
| | | *Vessel's Requisition E79/08 (your ref. 020708 KV 2304)* | | | | |
| 43 | 8409 | Piston with double ring carrier and cooling coil / 2.005.401 | pc | 2.000 | 5,306.40 | 10,612.80 |
| 44 | 8409 | Piston gudgeon pin assy / 2.005.002 | set | 2.000 | 2,534.40 | 5,068.80 |
| 45 | 8409 | Compression ring, copper and chromium plated / 2.005.018 | pc | 4.000 | 54.50 | 218.00 |
| 46 | 8409 | Cylinder head, bare (reconditioned) / 2.010.001/R | pc | 1.000 | 3,537.60 | 3,537.60 |
| 47 | 8409 | Stud for holding zinc block / 2.010.006 | pc | 8.000 | 9.00 | 72.00 |
| 48 | 8409 | Nut for holding zinc block / 2.010.007 | pc | 8.000 | 5.60 | 44.80 |

|  |  |
|---|---|
| Summa KM-ta / Total goods exc.VAT  EUR | 46,350.40 |
| Pakkimine / Packing charges  EUR | 235.60 |
| Tarnekulud / Delivery freight  EUR | 3,960.25 |
| Käibemaks / V.A.T. 0% (KMS par. 15 lg 3 p. 3)  EUR | 0.00 |
| Kokku / Invoice value  EUR | 50,546.25 |

*4195.66*

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
       +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
HANSAPANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
EESTI ÜHISPANK
Account No: 10220043316013

BUDGET CODE: 7499

# VICAND LIISGREN AS

NCF 0411-425

ARVE / INVOICE No. 2008-0691A
Kuupäev / Date: 16.07.08

Deliver to:   m/v DUCK FORTUNE
Invoice to:   Duck Maritime Corp., St.Vincent and The Grenadines
              Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
              8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

RECEIVED

0 9 -10- 2008

Maksetingimus / Terms of payment: 30 päeva/days          Meie nr. / Our ref.: e-mail dd 09.07.2008

Viivis / Delayed payment interest: 0.5 % päeva/per day    Tarnetingimused / Terms of delivery: CIP SINGAPORE

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik / Ahit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|------|------------|--------------------------------------|-------------|------------------|-------------------|----------------|
|      |            | *Vessel's Requisition N/A (your ref. 160708-KV2503)* |      |                  |                   |                |
|      |            | *Spares for M/Engine PIELSTICK type 16 PC2.2 V-400:* |      |                  |                   |                |
| 1    | 8409       | Water cooled exhaust valve cage, R/H, K3 / 2.015.00E | pc | 8.000            | 2,402.40          | 19,219.20      |
| 2    | 8409       | Water cooled exhaust valve cage, LH, K3 / 2.015.00F  | pc | 8.000            | 2,402.40          | 19,219.20      |

| | |
|---|---|
| Summa KM-ta / Total goods exc.VAT  EUR | 38,438.40 |
| Pakkimine / Packing charges  EUR | 160.00 |
| Transekulud / Delivery freight  EUR | 1,019.35 |
| Käibemaks / V.A.T. 0% (KMS par. 15 lg 3 p. 3)  EUR | 0.00 |
| Kokku / Invoice value  EUR | 39,617.75 |

$ 57228,75

Vicand Liisgren AS          Tel: +372 6 318 635        Bankers:
Kalevipoja põik 1 - 5            +372 6 318 636         HANSAPANK Account No: 221001169664
13614 Tallinn, ESTONIA       Fax: +372 6 318 638        IBAN EE60 2200 2210 0116 9664
Reg. No: 10055083            E-mail: vicand@anet.ee     EESTI ÜHISPANK
VAT No: EE100117673                                     Account No: 10220043316013


BUDGET CODE: 7499

# VICAND LIISGREN AS

*NDFO811~ 574*

**ARVE / INVOICE No. 2008-0779**
**Kuupäev / Date: 12.09.08**

Deliver to:    m/v DUCK FORTUNE
Invoice to:    **Duck Maritime Corp., St.Vincent and The Grenadines**
**Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited**
**8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia**

Maksetingimus / Terms of payment: 30 päeva/days
Viivis / Delayed payment interest: 0.5 % päevas/per day

Meie nr. / Our ref.:    e-mail dd 13.08.2008
Tarnetinginused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik /Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|---|---|---|---|---|---|---|
| | | **Vessel's Requisition E01/08 (your ref. 300108 KV 0552)** | | | | |
| | | **Spares for M/Engine PIELSTICK type PC 16 2.2 V400:** | | | | |
| 1 | 8409 | Rocker arm assemble / 020-2/3 | pc | -2.000 | 3,234.00 | -6,468.00 |
| 2 | 8409 | Rocking gear assemble / 52020901200 | pc | 2.000 | 5,398.20 | 10,796.40 |

| | |
|---|---|
| Summa KM-ta / Total goods exc.VAT  EUR | 4,328.40 |
| Pakkimine ja käsitlus / Packing & Handling charges  EUR | 40.00 |
| Tarnekulud / Delivery freight  EUR | 788.50 |
| Käibemaks / V.A.T. 0% (KMS par. 15 lg 3 p. 3)  EUR | 0.00 |
| **Kokku / Invoice value  EUR** | 5,156.90 |

Vicand Liisgren AS
Kalevipoja põik 1 – 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
     +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
SWEDBANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
SEB Pank
Account No: 10220043316013

BUDGET CODE: 7499

*NCF0811 ~ 512*

RECEIVED

17 -11- 2008

# VICAND LIISGREN AS

ARVE / INVOICE No. 2008-1016A
Kuupäev / Date: 01.10.08

Deliver to:    m/v DUCK FORTUNE
Invoice to:    Duck Maritime Corp., St.Vincent and The Grenadines
               Care of "AQUASHIF Ltd."/ Shipmanagement Company Limited
               8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Makseslinglmus / Terms of payment: 30 päeva/days              Meie nr. / Our ref.:   IMQE79, IMQE98
Viivis / Delayed payment interest: 0.5 %  päevas/per day       Tarneliginused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik / Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|------|-----------|-------------------------------------|-------------|------------------|-------------------|----------------|
|   |      | Spares for M/Engine IHI PIELSTICK type 16 PC2.2 V400 : | | | | |
|   |      | Vessel's Requisition E79/08 (your ref. 020708 KV 2304) | | | | |
| 1 | 8409 | Special stud bolt / 2.010.028 | pc | 2.000 | 13.50 | 27.00 |
|   |      | Vessel's Requisition E98/08 (your ref. 150808 KV 2926) | | | | |
| 2 | 8409 | Small end bearing bush for conn. rod / 2.003.010 | pc | 1.000 | 253.60 | 253.60 |
| 3 | 8409 | Piston with double ring carrier and cooling coil / 2.005.401 | pc | 3.000 | 5,450.00 | 16,350.00 |

BUDGET CODE: *9499*

|  | |
|---|---|
| Summa KM-ta / Total goods exc.VAT   EUR | 16,630.60 |
| Pakkimine ja käsitlus / Packing & Handling charges   EUR | 80.00 |
| Tarnekulud / Delivery freight   EUR | 931.20 |
| Käibemaks / V.A.T. 0% (KMS par. 15 lg 3 p. 3)   EUR | 0.00 |
| Kokku / Invoice value   EUR | 17,641.80 |

Vicand Liisgren AS              Tel: +372 6 318 635          Bankers:
Katevipoja põik 1 - 5                +372 6 318 636          SWEDBANK Account No: 221001169664
13614 Tallinn, ESTONIA         Fax: +372 6 318 638          IBAN EE60 2200 2210 0116 9664
Reg. No: 10055083              E-mail: vicand@anet.ee        SEB Pank
VAT No: EE100117673                                         Account No: 10220043316013

# VICAND LIISGREN AS

*NCF6811~571*

RECEIVED
17 -11- 2008

ARVE / INVOICE No. 2008-1022A
Kuupäev / Date: 02.10.08

Deliver to:    m/v DUCK FORTUNE
Invoice to:    Duck Maritime Corp., St.Vincent and The Grenadines
Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Maksetingimus / Terms of payment: 30 päeva/days
Viivis / Delayed payment interest: 0.5 % päevas/per day

Meie nr. / Our ref.:    *Quotation dd 01.10.2008*
Tarnetingimused / Terms of delivery: CIP LAGOS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik Ähit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|---|---|---|---|---|---|---|
| | | *Vessel's Requisition E115/08 (your ref. 011008 KV 3571)* | | | | |
| | | *Spores for M/Engine IHI PIELSTICK type 12 PC2.2 V400:* | | | | |
| 1 | 8409 | Water cooled exhaust valve cage, L/H, K3 / 2,015.00F | pc | 2.000 | 2,402.40 | 4,804.80 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | BUDGET CODE: *9499* | | | | |
| | | | | | | |

| | Summa KM-ta / Total goods exc.VAT  EUR | 4,804.80 |
|---|---|---|
| | Pakkimine ja käsitlus / Packing & Handling charges  EUR | 80.00 |
| | Tarnekulud / Delivery freight  EUR | 391.90 |
| | Käibemaks / V.A.T. 0%  (KMS par. 15 lg 3 p. 3)  EUR | 0.00 |
| | Kokku Invoice value  EUR | 5,276.70 |

*(stamp: EESTI TALLINN — AS VICAND LIISGREN — REPUBLIC OF ESTONIA)*

---

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
      +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
SWEDBANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
SEB Pank
Account No: 10220043316013

# VICAND LIISGREN AS

*(handwritten)* MXODM-150

ARVE / INVOICE No. 2008-1340
Kuupäev / Date: 19.12.08

Deliver to: m/v DUCK FORTUNE
Invoice to: Duck Maritime Corp., St.Vincent and The Grenadines
Care of "AQUASHIP Ltd."/ Shipmanagement Company Limited
8b, Gunara Astras Str., 7th Floor, Riga LV-1082, Latvia

Maksetingimus / Terms of payment: PREPAYMENT
Viivis / Delayed payment interest: % päeva/per day

Meie nr. / Our ref.:   *Quotation dd.22.07.2008, 14.08.2008*
Tarnetingimused / Terms of delivery: EX WORKS

| Pos. | Kauba kood | Kauba nimetus / Description of goods | Ühik /Unit | Kogus / Quantity | Hind / Unit price | Summa / Amount |
|------|-----------|-------------------------------------|------------|------------------|-------------------|----------------|
| | | *Spares for M/Engine IHI PIELSTICK 16 PC2.2 V400:* | | | | |
| | | *Vessel's Requisition E98/08 (your ref. 150808 KV 2926)* | | | | |
| 1 | 8409 | Cylinder liner incl. Lloyd's certificate / 2.008.001 | pc | 2.000 | 2,550.00 | 5,100.00 |
| 2 | 8409 | Cylinder head, bare / 2.010.001 | pc | 3.000 | 3,537.60 | 10,612.80 |
| | | *Vessel's Requisition E115/08 (your ref. 150808 KV 2918)* | | | | |
| 3 | 8409 | Cylinder head, bare / 2.010.001 | pc | 2.000 | 3,537.60 | 7,075.20 |

|  |  |
|---|---|
| Summa KM-ta / Total goods exc.VAT   EUR | 22,788.00 |
| Pakkimine ja käsitlus / Packing & Handling charges   EUR | |
| Tarnekulud / Delivery freight   EUR | |
| Käibemaks / V.A.T. 0%  (KMS par. 15 lg 3 p. 3)   EUR | 0.00 |
| Kokku / Invoice value   EUR | 22,788.00 |

*(stamp: EESTI · TALLINN VICAND LIISGREN Ltd. REPUBLIC OF ESTONIA)*

BUDGET CODE: 7410

*(handwritten)* ME spares

Vicand Liisgren AS
Kalevipoja põik 1 - 5
13614 Tallinn, ESTONIA
Reg. No: 10055083
VAT No: EE100117673

Tel: +372 6 318 635
      +372 6 318 636
Fax: +372 6 318 638
E-mail: vicand@anet.ee

Bankers:
SWEDBANK Account No: 221001169664
IBAN EE60 2200 2210 0116 9664
SEB Pank
Account No: 10220043316013

EXHIBIT 8

# VICAND LIISGREN AS

To: LUXFORD INTERNATIONAL Inc.
 IBC Tower, 9th Floor
 Manuel Espinosa Batista Avenue
 P.O. Box: 55-2484, Paitilia Panama
 Panama, Rep. Panama

## AUTHORIZATION LETTER

is made on the 17th day of September Two Thousand and Ninth  (2009).

We, the undersigned VICAND LIISGREN AS (VAT number: EE100117673), a company
registered in Estonia and having its office at Kalevipoja põik 1-5, Tallinn, Estonia
(hereinafter – the "Company"), hereby authorizes LUXFORD INTERNATIONAL Inc.
acting as the Financial Managers (thereafter-the "Managers") of motor vessel "Duck
Fortune", IMO number 7929334, flag St.Vincent and the Grenadines for the Owners
DUCK MARITIME CORP. of Panama (thereafter - the "Owners") to represent our
interests in the case of all existent outstanding payments for the supply and/or services
have effected for the said motor vessel pursuant to the terms of Shipmanagement
Agreement dated 28 December 2007, demand, collect and receive any amount of money
or other proceeds owed to the Company, and issue corresponding receipts, to represent
the Company at court, arbitration, state, municipal, private institutions as well as in
matters involving  third parties, having all the rights that the defendant, the plaintiff or
the third party has, including the rights to defend, to bring claims, counter-claims
against the Owners, to appeal court or arbitration judgments at all levels, awards and
decisions, to conclude agreements of amicable settlement, to submit enforcement
orders, on behalf of the Company to sign, submit and receive other documents, and to
give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and
on the date above written and is valid for indefinite period from the mentioned date or
until it is revoked.

Signed
Duly authorized for and on behalf of VICAND LIISGREN AS

Sergei Goncharenko
Chairmen of the Board

---

| Address: Vicand Liisgren AS | Phone: +372 6 318 635 | Bankers: |
|---|---|---|
| Kalevipoja põik 1 - 5 | +372 6 358 636 | SWEDBANK Account no.: 221001169664 |
| 13614 TALLINN, Estonia | Fax:  +372 6 318 638 | IBAN: EE60 2200 2210 0116 9664 |
| Co. Reg. No. 10055083 | e-mail: vicand@anel.ee | SEB Pank |
| V.A.T. Registration No. EE100117673 | | Account no.: 10320043316013 |

EXHIBIT 9

18-SEP-2009  15:08    VON -BALTIC SUPPLY                +49 40 322161         T-311  P 002/002  F-193

# N.W. Baltic Supply    Import — Export GmbH

N. W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 10457 Hamburg

To:        AQUASHIP Ltd., Riga

Attn.:     Mr. N. Dubrovskiy / Technical Director

Hamburg, 18.09.2009

Veddeler Damm 42
D-20457 Hamburg
Phone:  004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat No.: DE 118583669
Steuer No.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto Nr.: 6100598 •
BLZ: 200 400 00
IBAN: DE 40 20040000
0610059800
SWIFT: COBADEFF

## STATEMENT OF ACCOUNT

| Invoice No. | Date | SUM, EUR | Ship |
|---|---|---|---|
| 3699 | 30.09.2008 | 3.786,06 | Duck Fortune |
| 3740 | 15.10.2008 | 6.325,00 | Duck Fortune |
| 4042 | 17.02.2009 | 138,41 | Duck Fortune |
| 4116 | 17.03.2009 | 1.576,65 | Duck Fortune |
| 4120 | 18.03.2009 | 306,93 | Duck Fortune |
| Total EUR: | | 12.133,05 | |

Thanking you in advance for your attention to this matter.
With best regards,
Irene Nowak / General Manager of N.W. Baltic Supply

Amtsgericht Hamburg HR 37891                    General Director: Irene Nowak

AQUASHIP SIA

## Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.

Company Cash Flow

Period: 01/01/08 - 30/09/09

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Local Currency | Balance In USD |
|---|---|---|---|---|---|---|
| Control Account | :5311 | SUPPLIERS | | | | |
| Subsidiary Account | :N002 | N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH | | | | |
| 11    4042 | | INV 4042 AE SPARES | | | | |
| 200911000102 | 17/02/09 | INV 4042 AE SPARES | 17/03/09 | EUR | (138.41) | (176.78) |
| | | Cash Flow Balance | | | (138.41) | (176.78) |
| 11    4116 | | INV 4116 ME SPARES | | | | |
| 200911000103 | 17/03/09 | INV 4116 ME SPARES | 17/04/09 | EUR | (1 576.65) | (2 041.90) |
| | | Cash Flow Balance | | | (1 576.65) | (2 041.90) |
| 11    4120 | | INV 4120 MACHINERY SPARES | | | | |
| 200911000104 | 18/03/09 | INV 4120 MACHINERY SPARES | 18/04/09 | EUR | (306.93) | (398.56) |
| | | Cash Flow Balance | | | (306.93) | (398.56) |
| | | Subsidiary Balance | | EUR | (2 021.99) | (2 617.24) |
| | | Control Account Balance | | EUR | (2 021.99) | (2 617.24) |
| Control Account | :5340 | REPAIR AND MAINTENANCE | | | | |
| Subsidiary Account | :N002 | N.W. BALTIC SUPPLY IMPORT-EXPORT GMBH | | | | |
| 11    3699 | | INV 3699 SPARES FOR ME | | | | |
| 200811000430 | 01/10/08 | INV 3699 SPARE FOR ME | 30/10/08 | EUR | (3 786.06) | (5 469.05) |
| | | Cash Flow Balance | | | (3 786.06) | (5 469.05) |
| 11    3740 | | INV 3740 OVER BUDGET | | | | |
| 200811000510 | 01/11/08 | INV 3740 OVER BUDGET | 15/11/08 | EUR | (6 325.00) | (8 255.89) |
| | | Cash Flow Balance | | | (6 325.00) | (8 255.89) |
| | | Subsidiary Balance | | EUR | (10 111.06) | (13 724.94) |
| | | Control Account Balance | | EUR | (10 111.06) | (13 724.94) |

Issued : 18/09/2009   11:25:11

# N.W.Baltic Supply   Import – Export GmbH

NCF 0811-430

**RECEIVED**
22.0ᵗ·10·2008

N. W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 20457 Hamburg

Veddeler Damm 42
D-20457 Hamburg
Phone:  004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat №.: DE 118583669
Steuer №.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto №.: 6100598 • BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

MASTER + OWNERS
M/V "DUCK FORTUNE"

Duck Maritime Corp., St.Vincent and the Grenadines
Care of "AQUASHIP LTD" /
Shipmanagement Company Limited
8B, Gunara Astras str., 7ᵗʰ Floor,
Riga, LV-1082, Latvia

| Invoice No. 3699 | | | M/V "Duck Fortune" | | | Hamburg, 30.09.2008 | |
|---|---|---|---|---|---|---|---|
| Item | | | Description | Qty. / unit | | Price, EUR | Amount |
| | | | Vessel`s req: E140/08 | | | | |
| | | | Spare parts for: ME, Manuf.: IHI, Serial No. ID 2147 | | | | |
| | | | Type: Pielstick 16 pc-2v | | | | |
| | | | Plate No. 20 Valve gear | | | | |
| 4 | 45 | 2.020.045 | Cylindrical key f/admission valve lever | 32 | pc | 0,56 | 17,92 |
| 5 | 46 | 2.020.046 | Nuts for rocker lever fulcrum pin | 6 | pc | 22,24 | 133,44 |
| 7 | 51 | 2.020.051 | Axle for exhaust rocker | 16 | pc | 125,10 | 2.001,60 |
| 9 | 136 | 2.20.136 | Short stud for rocker lever bracket | 6 | pc | 23,63 | 141,78 |
| 10 | 52 | 2.20.052 | Taper pin | 32 | pc | 0,97 | 31,04 |
| | | | Plate No. 15 Exhaust and admission valve | | | | |
| 11 | 27 | 2.15.027 | Tappet seat | 30 | pc | 18,07 | 542,10 |
| 12 | 26 | 2.15.026 | Split colar complete | 12 | unit | 29,19 | 350,28 |
| | | | | | | Subtotal EUR: | 3.218,16 |
| | | | Packing + delivery costs ex works maker Germany to Lagos: | | | | 567,90 |
| | | | | | | **TOTAL EUR:** | **3.786,06** |

**VAT-free export supply §§ 4 Nr. 1 a und § 6 Abs. 1 UStG**

BUDGET CODE: 7496

20.10.08

Amtsgericht Hamburg HR 37891                              General Manager:  Irene Nowak
Payment: net 30 days, by overdue + 1 % interest per month. Terms according ISSA conditions. The goods supplied remain our property until full settlement.

# N.W. Baltic Supply   Import – Export GmbH

*NCF0811-520*

RECEIVED
14 -11- 2008

N. W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 20457 Hamburg

MASTER + OWNERS
M/V "DUCK FORTUNE"

Duck Maritime Corp., St.Vincent and the Grenadines
Care of "AQUASHIP LTD" /
Shipmanagement Company Limited
8B, Gunara Astras str., 7th Floor,
Riga, LV-1082, Latvia

Veddeler Damm 42
D-20457 Hamburg
Phone:   004940/337784; 530246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat Ne.: DE 118583669
Steuer Ne.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto Ne.: 6100598 • BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

| Invoice No. 3740 | M/V "Duck Fortune" | | | Hamburg, 15.10.2008 |
|---|---|---|---|---|
| Item | Description | Qty. / unit | Price, EUR | Amount |
| | Vessel's Req.: E 124/08 | | | |
| | Spare parts for: Main Engine | | | |
| | Serial No. ID 2147, Type: Pielstick 16 PC2 - 2V 400 | | | |
| | PLATE #30 DWG NOS 04087, 104616 | | | |
| 1 | Fuel injection pump, assembly | 1   pc | 5.586,00 | 5.586,00 |
| | | | Subtotal EUR: | 5.586,00 |
| | Packing + delivery costs ex works maker N. Europa to Lagos: | | | 739,00 |
| | | | TOTAL EUR: | 6.325,00 |

## VAT-free export supply §§ 4 Nr. 1 a und § 6 Abs. 1 UStG

BUDGET CODE: *4499*

# N.W. Baltic Supply   Import – Export GmbH

RECEIVED
14 -04- 2009

N.W. Baltic Supply Import-Export GmbH ▪ Veddeler Damm 42 - 20457 Hamburg

MASTER + OWNERS
M/V "DUCK FORTUNE"

Duck Maritime Corp., St. Vincent and the Grenadines
Care of "AQUASHIP LTD" /
Shipmanagement Company Limited
8B, Gunara Astras str., 7th Floor,
Riga, LV-1082, Latvia

Veddeler Damm 42
D-20457 Hamburg
Phone: 004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat №.: DE 118583669
Steuer №.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto №.: 6100598 ▪ BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

| Invoice No. 4120 | M/V "Duck Fortune" | | | Hamburg, 18.03.2009 |
|---|---|---|---|---|
| № | Description | Qty. / unit | Price, EUR | Amount |
| | Vessel's Req.: E02/09 | | | |
| | Spare parts for. Boiler, Manuf.: Shinsuma Koto-Ku Japan, Serial no. 2744 | | | |
| 1 | Diam 14 AB100  B70 340400 Electrodes | 2   set | 39,70 | 79,40 |
| | | | Subtotal EUR: | 79,40 |
| | Packing + delivery costs ex works maker Germany to Tema: | | | 227,53 |
| | | | TOTAL EUR: | 306,93 |

**VAT-free export supply §§ 4 Nr. 1 a und § 6 Abs. 1 UStG**

79,40

BUDGET CODE: 7430

227,53

BUDGET CODE: 7495

Amtsgericht Hamburg HR 37891          General Manager: Irene Nowak
Payment: net 30 days, by overdue + 1 % interest per month. Terms according ISSA conditions. The goods supplied remain our property until full settlement.

# N.W.Baltic Supply   Import — Export GmbH

WKO911-103

RECEIVED
14 -04- 2009

N.W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 20457 Hamburg

MASTER + OWNERS
M/V "DUCK FORTUNE"

Duck Maritime Corp., St.Vincent and the Grenadines
Care of "AQUASHIP LTD" /
Shipmanagement Company Limited
8B, Gunara Astras str., 7th Floor,
Riga, LV-1082, Latvia

Veddeler Damm 42
D-20457 Hamburg
Phone:  004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat №.: DE 118583669
Steuer №.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto №.: 6100598  •  BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

| № | Invoice No. 4116 | M/V "Duck Fortune" | | | Hamburg, 17.03.2009 |
|---|---|---|---|---|---|
| № | Description | | Qty. / unit | Price, EUR | Amount |
| | Vessel's Req.: E26/09 | | | | |
| | Spare parts for: Main Engine, Manuf.: IHI | | | | |
| | Type: IHI Pielstick 16 PC 2.2 V400 | | | | |
| | Serial no. ID 2147, Build in Japan | | | | |
| 1 | 2,020,064   Rocker arm, exhaust | | 2   pc | 653,49 | 1.306,98 |
| | | | Subtotal EUR: | | 1.306,98 |
| | Packing + delivery costs ex works maker Germany to Tema: | | | | 269,67 |
| | | | TOTAL EUR: | | 1.576,65 |

## VAT-free export supply §§ 4 Nr. 1 a und § 6 Abs. 1 UStG

1306.98

BUDGET CODE: 7410

269.67

BUDGET CODE: 7498

Amtsgericht Hamburg HR 37891          •          General Manager: Irene Nowak
Payment: net 30 days, by overdue + 1 % interest per month. Terms according ISSA conditions. The goods supplied remain our property until full settlement.

# N.W.Baltic Supply   Import – Export GmbH

VKKOSII – IOL

09 -03- 6 0 2009

RECEIVED

N. W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 20457 Hamburg

MASTER + OWNERS
M/V "DUCK FORTUNE"

Duck Maritime Corp., St.Vincent and the Grenadines
Care of "AQUASHIP LTD" /
Shipmanagement Company Limited
8B, Gunara Astras str., 7ʰ Floor,
Riga, LV-1082, Latvia

Veddeler Damm 42
D-20457 Hamburg
Phone:   004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat №.: DE 118583669
Steuer №.: 24/528/01038
Bank:
Commerzbank AG Hamburg
Konto №.: 6100598  •  BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

| Invoice No. 4042 | | M/V "Duck Fortune" | | | Hamburg, 17.02.2009 |
|------|-------------|------------|-----------|-----------|-----------|
| Item | Description | | Qty. / unit | Price, EUR | Amount |
| | Vessel's req: E24/09 | | | | |
| | Spare parts for: Auxiliary Engine #2 | | | | |
| | Type 6MAL-THF | | | | |
| | Manuf.: Yanmar diesel engine, Serial No.5594 PM | | | | |
| 1 | 137603-52623    Shaft L=216.5 | | 1    pc | 22,05 | 22,05 |
| 3 | 137600-53410    Supporter | | 12    pc | 3,38 | 40,56 |
| | | | | Subtotal EUR: | 62,61 |
| | Packing + delivery costs ex works maker S.Korea to Tema-Ghana: | | | | 75,80 |
| | | | | TOTAL EUR: | 138,41 |

## VAT-free export supply §§ 4 Nr. 1 a und § 6 Abs. 1 UStG

62.61
BUDGET CODE: 7420

75.80
BUDGET CODE: 7490

Amtsgericht Hamburg HR 37891    •    General Manager:  Irene Nowak
Payment: net 30 days, by overdue + 1 % interest per month. Terms according ISSA conditions. The goods supplied remain our property until full settlement.

EXHIBIT 10

# N.W.Baltic Supply   Import – Export GmbH

N. W. Baltic Supply Import-Export GmbH • Veddeler Damm 42 • 20457 Hamburg

To:     LUXFORD INTERNATIONAL INC.
        IBC Tower, 9th Floor,
        Manuel Espinosa Batista Avenue,
        P.O.Box: 55-2484, Paitilla Panama
        Panama, Rep. Panama

Veddeler Damm 42
D-20457 Hamburg
Phone: 004940/337784; +330246
Telefax: 004940/322161
E-mail: baltic.supply@t-online.de
Vat Nr.: DE 118583669
Steuer Nr.: 24/528/01038
Customs No.: 3621391
Bank:
Commerzbank AG Hamburg
Konto Nr.: 6100598 • BLZ: 200 400 00
IBAN: DE 40 20040000 0610059800
SWIFT: COBADEFF

## AUTHORIZATION LETTER

is made on the 17th day of September Two Thousand and Ninth (2009).

We, the undersigned N.W. Baltic Supply Import-Export GmbH (VAT Number: DE 118583669),
a company registered in 01.06.1987 and having its office at Veddeler Damm 42, Hamburg,
Germany (hereinafter – the „Company"), authorizes LUXFORD INTERNATIONAL INC. acting
as the Financial Managers (thereafter – the „Managers") of motor vessel „Duck Fortune",
IMO number 7929334, flag St.Vincent and the Grenadines for the Owners DUCK MARITIME
CORP. of Panama (thereafter – the „Owners") to represent our interests in the case of all existent
outstanding payments for the supply and/or services have effected for the said motor vessel
pursuant to the terms of Shipmanagement Agreement dated 28 December 2007, demand, collect
and receive any amount of money or other proceeds owed to the Company, and issue corresponding
receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well
as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third
party has, including the rights to defend, to bring claims, counter-claims against the Owners, to
appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of
amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and
receive other documents, and to give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the date
above written and is valid for indefinite period from the mentioned date or until it is revoked.

Signed
Duly authorized for and on behalf of N.W. Baltic Supply Import-Export GmbH

Irene Nowak
General Director

Amtsgericht Hamburg HR 37891                    General Director: Irene Nowak

EXHIBIT 11

# Baltross Marine Supply LLC

109,Minna Str., #204
San Francisco
CA 94105,USA

E-mail: baltross@msn.com

17/09/09

**AkvaSips Sia**
18, Balozhu Str.,
LV-1007 Riga/Latvia

Dear Sirs,

As of September 04, 2008 we have not received payment from you for the following charges:

| Date | Type | Invoice # | Description | Amount | Payment | Balance | |
|------|------|-----------|-------------|--------|---------|---------|---|
| 04/09/08 | | 8438-1277 | Duck Fortune | 13 734.00 | | € | 13 734.00 |
| 26/09/08 | | 8503-1656 | Duck Fortune | 3 244.72 | | | 3 244.72 |
| | | | | | | | . |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Total Due Eur | € | 16 978.72 |

Our credit policy requires payment in full within 30 days.Please check your records;if you have already sent payment,disregard this notice and accept our thanks,If you have overlooked your payment,please sent the amount due promptly to:
**AIZKRAUKLES BANKA**
**Riga/Latvia**
**SWIFT: AIZK LV 22**
**IBAN: LV87 AIZK 0001 1400 67925**
**Baltross Marine Supply LLC**

# Baltross Marine Supply LLC

109,Minna Str., #204
San Francisco
CA 94105,USA                          E-mail: baltross@msn.com

17/09/08

**AkvaSips Sia**
16, Balozhu Str.,
LV-1007 Riga/Latvia

Dear Sirs,

As of June 06,2008 we have not received payment from you for the following charges:

| Date | Type | Invoice # | Description | Amount | Payment | Balance |
|------|------|-----------|-------------|--------|---------|---------|
| 18/09/08 | | 8430-1430 | Duck Fortune | 3 618 015.00 | | ¥3 618 015.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total Due JPY | | ¥3 618 015.00 |

Our credit policy requires payment in full within 30 days.Please check your records;if you have already sent
payment,disregard this notice and accept our thanks,if you have overlooked your payment,please sent the
amount due promptly to:
**AIZKRAUKLES BANKA**
**Riga/Latvia**
**SWIFT: AIZK LV 22**
**IBAN: LV87 AIZK 0001 1400 67925**
**Baltross Marine Supply LLC**

# Baltross Marine Supply LLC

109,Minna Str., #204
San Francisco
CA 94105,USA

E-mail: baltross@msn.com

17/09/09

**AkvaSips Sia**
18, Balozhu Str.,
LV-1007 Riga/Latvia

Dear Sirs,

As of September 30, 2009 we have not received payment from you for the following charges:

| Date | Type | Invoice # | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| 30/09/08 | | 8498-1638 | Duck Fortune | 2 243.00 | | $2 243.00 |
| 29/10/08 | | 8503A-1656 | Duck Fortune | 2 303.68 | | 2 303.68 |
| 30/01/09 | | 9069-175 | Duck Fortune | 903.00 | | 903.00 |
| 30/01/09 | | 9072-175 | Duck Fortune | 970.36 | | 970.36 |
| 30/01/09 | | 9072A-175 | Duck Fortune | 1 174.60 | | 1 174.60 |
| 26/02/09 | | 8377-1113 | Duck Fortune | 1 800.00 | | 1 800.00 |
| 03/02/09 | | 9083-174 | Duck Fortune | 393.20 | | 393.20 |
| 16/03/09 | | 9138-451 | Duck Fortune | 1 067.53 | | 1 067.53 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **Total Due USD** | $10 855.37 |

Our credit policy requires payment in full within 30 days.Please check your records,if you have already sent payment,disregard this notice and accept our thanks,if you have overlooked your payment,please sent the amount due promptly to:
COWLITZ BANK
SWIFT: COWLUS66;
Account: 10070-24027

Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.
Company: Cash Flow

Period: 01/03/08 - 30/09/09

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance in Local Currency | Balance in USD |
|---|---|---|---|---|---|---|
| Control Account | :5311 | | | | | |
| Subsidiary Account | :B002 | BALFROSS MARINE SUPPLY | | | | SUPPLIERS |
| 11  069175 | 30/01/09 | INV 9069-175 AE SPARES | 28/02/09 | USD | (903.00) | (903.00) |
| 11  2009110000029 | 30/01/09 | INV 9069-175 AE SPARES | Cash Flow Balance | USD | (903.00) | (903.00) |
| 11  072175 | 30/01/09 | INV 9072-175 AE SPARES | 28/02/09 | USD | (970.36) | (970.36) |
| 11  2009110000034 | 30/01/09 | INV 9072-175 AE SPARES | Cash Flow Balance | USD | (970.36) | (970.36) |
| 11  72A175 | 30/01/09 | INV 9072A-175 AE SPARES | 28/02/09 | USD | (1 174.60) | (1 174.60) |
| 11  2009110000033 | 30/01/09 | INV 9072A-175 AE SPARES | Cash Flow Balance | USD | (1 174.60) | (1 174.60) |
| 11  083174 | 03/02/09 | INV 9083-174 AE SPARES | 03/03/09 | USD | (393.20) | (393.20) |
| 11  2009110000035 | 03/02/09 | INV 9083-174 AE SPARES | Cash Flow Balance | USD | (393.20) | (393.20) |
| 11  771113 | 26/02/09 | INV 8377-1113 ME SPARES | 26/03/09 | USD | (1 800.00) | (1 800.00) |
| 11  2009110000036 | 26/02/09 | INV 8377-1113 ME SPARES | Cash Flow Balance | USD | (1 800.00) | (1 800.00) |
| 11  138451 | 16/03/09 | INV 9138-451 OVER BUDGET | 16/04/09 | USD | (1 067.53) | (1 067.53) |
| 11  2009110000101 | 16/03/09 | INV 9138-451 OVER BUDGET | Cash Flow Balance | USD | (1 067.53) | (1 067.53) |
| | | | Subsidiary Balance | USD | (6 308.69) | (6 308.69) |
| | | | Control Account Balance | USD | (6 308.69) | (6 308.69) |
| Control Account | :5340 | | | | | |
| Subsidiary Account | :B002 | BALFROSS MARINE SUPPLY | | | | REPAIR AND MAINTENANCE |
| 11  1277 | 01/10/08 | INV 9438-1277 ME | 04/10/08 | EUR | (13 734.00) | (19 839.08) |
| 11  2008110000428 | 01/10/08 | INV 8438-1277 ME | Cash Flow Balance | EUR | (13 734.00) | (19 839.08) |

Issued : 18/09/2009  11:00:27

Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.
Company: Cash Flow

Period: 01/01/08 - 30/09/09

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| 11 301430 | 2008100036 | INV 8430-1430 OVER BUDGET | 18/10/08 | JPY | (3 618 015) | (34 345.74) √ |
| | 18/09/08 | INV 8430-1430 OVER BUDGET | | JPY | (3 618 015) | (34 345.74) |
| | | Cash Flow Balance | | | | |
| 11 1656 | 2008100062 | INV 8503-1656 MAIN ENGINE | 26/10/08 | EUR | (3 244.72) | (4 687.07) √ |
| | 01/10/08 | INV 8503-1656 MAIN ENGINE | | EUR | (3 244.72) | (4 687.07) |
| | | Cash Flow Balance | | | | |
| 11 1638 | 2008100042 | INV 8498-1638 TURBOCHARGER | 30/10/08 | USD | (2 243.00) | (2 243.00) √ |
| | 01/10/08 | INV 8498-1638 TURBOCHARGER | | USD | (2 243.00) | (2 243.00) |
| | | Cash Flow Balance | | | | |
| 11 3A1656 | 2008100045 | INV 8503A-1656 OVER BUDGET | 29/11/08 | USD | (2 303.68) | (2 303.68) √ |
| | 01/31/08 | INV 8503A-1656 OVER BUDGET | | USD | (2 303.68) | (2 303.68) |
| | | Cash Flow Balance | | | | |
| | | Subsidiary Balance | | | | (63 419.57) |
| | | Control Account Balance | | | | (63 419.57) |

Page    2 of 2



**BALTROSS MARINE SUPPLY**

# INVOICE 8430-1430

RECEIVED
2 5 -09- 2008

750, La Playa str., #540
San Francisco, CA 94121
baltross@mish.com

| | |
|---|---|
| YOUR REF | KV 2937 |
| DATE | September 18, 2008 |
| OUR REF | ZB-1430/28 |

TO    DUCK MARITIME Corp.
c/o Aqueships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
17, Abraham Adesanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| AF0291/24 | 24.08.2008 | 057-3271 7171 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | **HYDRAULIC MOTOR** | | | |
| 1 | 1 | Hydraulic motor type HV-LG | L-13318 T | 3005000,00 | 3005000,00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

BUDGET CODE: 

| | | |
|---|---|---|
| | SUBTOTAL | 3005000,00 |
| | FREIGHT | 596200,00 |
| | PACKING & HANDLING | 16815,00 |
| | TOTAL JPY | 3618015,00 |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

INTEREST WILL BE ADDED UP 6,2% PER MONTH ON OVERDUE ACCOUNTS

NCFO811 – 454

RECEIVED
3 1 -10- 2008



**BALTROSS MARINE SUPPLY**

**INVOICE 8503A-1656**

750, La Playa str. #540
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 3506 |
| DATE | October 29, 2008 |
| OUR REF | ZB-1656/26 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
12, Abraham Adesanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| KL872/77 | 27.09.2008 | 074-7947 9186 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY. | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | MAIN ENGINE 16PC 2V | | | |
| 1 | 6 | PISTON RING    2. 005, 315 CHROME | | 66,00 | 396,00 |
| 2 | 6 | PISTON RING 2. 005. 17 COPPER PLATED | | 63,00 | 378,00 |
| 3 | 14 | PISTON RING    2. 005. 24  WITH SPRING | | 60,00 | 840,00 |
| 4 | 32 | CAP                2, 022, 228 | | 9,20 | 294,40 |

BUDGET CODE: 1490
31.10.08

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 1908,40 |
| FREIGHT | 365,28 |
| PACKING & HANDLING | 30,00 |
| TOTAL USD | 2303,68 |

INTEREST WILL BE ADDED AT 2% PER MONTH ON OVERDUE ACCOUNTS

N

**BALTROSS**
**BALTROSS MARINE SUPPLY**

RECEIVED
06 -10- 2008

# INVOICE 8498-1638

NCR 08 11-426

750, La Playa str., #540
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 3458 |
| DATE | September 30, 2008 |
| OUR REF | ZB-1638/28 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
12, Abraham Adosanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL. DATE | AWP NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| DHL | 26.09.2008 | 2 686 827 695 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | **TURBOCHARGER VTR 400** | | | |
| 1 | 2 | NOZZLE RING | HA 251cm | 639,00 | 1278,00 |
| 2 | 1 | Seating bush, SET TS+CS | | 159,00 | 159,00 |
| | | | | | |
| | | | | SUBTOTAL | 1437,00 |
| | | | | FREIGHT | 766,00 |
| | | | | PACKING & HANDLING | 40,00 |
| | | | | TOTAL USD | 2243,00 |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

INTEREST WILL BE ADDED OF 1,5% PER MONTH ON OVERDUE ACCOUNTS

BUDGET CODE: 7499

20. 10. 08

# BALTROSS
## BALTROSS MARINE SUPPLY

**RECEIVED**
06-10-2008

# INVOICE 8503-1656
NCF 0811-429

750, La Playa str., #540
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 3507 |
| DATE | September 26, 2008 |
| OUR REF | 2B-1656/28 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
12, Abraham Adesanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL. DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| TNT Express | 26.09.2008 | 809 839 346 | St Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | **MAIN ENGINE 16PC 2V** | | | |
| 1 | 10 | BIG END BOTTOM AND TOP HALF BEARING | PAIR | 285,00 | 2850,00 |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV57 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 2850,00 |
| FREIGHT | 346,72 |
| PACKING & HANDLING | 48,00 |
| TOTAL EUR | 3244,72 |

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS

BUDGET CODE: 7499
20.10.08



**BALTROSS MARINE SUPPLY**

# INVOICE 8438-1277

**RECEIVED**

15 -09- 2008

NCF0811-428

750, La Playa st., #540
San Francisco, CA 94121
baltross@msn.com

YOUR REF    AR4735
DATE    September 4, 2008
OUR REF    ZB-1277/28

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
12, Abraham Adesanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL. DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| SNJ506/30 | 27.08.2008 | 757-5202 1712 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | MAIN ENGINE 16PC2-2V400 | | | |
| 1 | 2 | Cylinder head "new" bare | 2.010.001 | 4950,00 | 9900,00 |
| | | | | | |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 9900,00 |
| FREIGHT | 3714,00 |
| PACKING & HANDLING | 120,00 |
| TOTAL EUR | 13734,00 |

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS

BUDGET CODE: 7499

20.10.00

# BALTROSS
## BALTROSS MARINE SUPPLY

# INVOICE 9138-451

*WXX0811 - 101*

750, La Playa str., #540
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 5846 / E26/09 |
| DATE | March 16, 2009 |
| OUR REF | 28-451/29 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph. 371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources
c/o Euro Metal Works OPP. Chocolate Factory
P.O. Box CE26
Tema, Ghana
Ph.  234 1 7927421
Fax. 234 1 5803578

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| TNT | 16.03.2009 | 311 495 464 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | MAIN ENGINE type: 16PC 2V | | | |
| 1 | 16 | Joint for Cylinder  2, 128, 022 | | 8,60 | 137,60 |
| 2 | 8 | Joint for Expansion Joint  2, 128, 104 | | 4,40 | 35,20 |
| 3 | 4 | Joint for Expansion Joint  2, 128, 023 | | 6,30 | 25,20 |
| 4 | 4 | Joint for Bend and Turbocharger 2, 128, 110 | | 12,60 | 50,40 |
| 5 | 1 | Rocker Lever for Exh. Valve   2, 020, 064. | | 544,00 | 544,00 |

BUDGET CODE: *7689*

| | | |
|---|---|---|
| SUBTOTAL | | 792,40 |
| FREIGHT | | 255,13 |
| PACKING & HANDLING | | 20,00 |
| TOTAL USD | | 1067,53 |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS
ITEMS REMAIN BALTROSS MARINE SUPPLY PROPERTY UNTIL INVOICE IS FULLY PAID

# BALT ROSS
## BALTROSS MARINE SUPPLY

# INVOICE 9069-175

l9l0911-19

**RECEIVED**

1 1 -02- 2009

750, La Playa str., #640
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 5437 (e33/09) |
| DATE | January 30, 2009 |
| OUR REF | 28-175/29 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
12, Abraham Adesanya Road
Apapa Lagos
Nigeria
ph.234-1-7927421

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| DHL | 03.02.2009 | 8 547 235 583 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | Engine Yanmar 6AL-HFT | | | |
| 1 | 16 | Nidle valve ( cooling type) | 137603-53010 | 48,00 | 768,00 |

768.00            135.00

BUDGET CODE: 7420        BUDGET CODE: 7496

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 768,00 |
| FREIGHT | 120,00 |
| PACKING & HANDLING | 15,00 |
| TOTAL USD | 903,00 |

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS



**BALTROSS MARINE SUPPLY**

# INVOICE 8377-1113

W8409 11 - 36

**RECEIVED**

0 3 -03- 2009

750, La Playa str., #540
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 2516 |
| DATE | February 26, 2009 |
| OUR REF | ZB-1113/28 |

TO   DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph. 371-67035000
Fax. 371-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritimo Resources Ltd
c/o Euro Metal Works
OPP. Chocolate Factory
PO BOX CE76
TEMA, Ghana
ph. 233-244-388475

| SHIPPED VIA | DEL. DATE | AWB NR. | FLAG | VESSEL NAME |
|---|---|---|---|---|
| INT | 02.02.2009 | 933 270 742 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | Main Engine 16PC2-2V-400 | | | |
| | | LUBOIL COOLER | | | |
| 1 | 1 | COMPENSATOR LO SIDE | | 1110,00 | 1110,00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | 1110 | 690,00 | |
| | | BUDGET CODE 7110 | BUDGET CODE 7490 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| SUBTOTAL | 1110,00 |
| FREIGHT | 650,00 |
| PACKING & HANDLING | 40,00 |
| TOTAL USD | 1800,00 |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LVA7 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS



**BALTROSS MARINE SUPPLY**

**RECEIVED**
2 5 -02- 2009

**INVOICE 9072-175**

750, La Playa str., #540
San Francisco, CA 94121
baltross@msn.com

YOUR REF   KV 5437 (e33/07A)
DATE   January 30, 2009
OUR REF   2B-175/29

TO   DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astres str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master mv 'DUCK FORTUNE'
c/o Jossco Maritime Resources Ltd
c/o Euro Metal Works
OPP. Chocolate Factory
PO BOX CE26
TEMA, Ghana
ph.233-244-388473

| SHIPPED VIA | DEL. DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| LH713/08 | 08.02.2009 | 020-9645 4024 | St.Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | Engine Yanmar 6AL-HFT | | | |
| 1 | 16 | Nidle valve ( cooling type) | 137603-53010 | 53,65 | 858,40 |
| 3 | 26 | Circlip valve lever shaft | 22242-000340 | 0,46 | 11,96 |

870,36

90,00 (100%)

BUDGET CODE: 7420      BUDGET CODE: 7495

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 870,36 |
| FREIGHT | 85,00 |
| PACKING & HANDLING | 15,00 |
| TOTAL USD | 970,36 |

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS

# BALTROSS MARINE SUPPLY

**RECEIVED**
2 5 -02- 2009

**INVOICE 9072A-175**

LWK0911-8/3

750, La Plaza str., #540
San Francisco, CA 94121
baltross@msn.com

YOUR REF   KV 5427 (o33/09A)
DATE   January 30, 2009
OUR REF   Z8-175/29

TO   DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 371-67035001

SHIP TO Master m/v "DUCK FORTUNE"
c/o Jessco Maritime Resources Ltd
c/o Euro Metal Works
OPP. Chocolate Factory
PO BOX CE26
TEMA, Ghana
ph.233-244-368475

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| LH717/11 | 11.02.2009 | 020-9645 6916 | St.Vincet & the Grenadives | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | Engine Yanmar 6AL-HFT | | | |
| 2 | 12 | Valve lever shaft | 137600-11252 | 79,55 | 954,60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 954.60 | | 220,00 | |
| | | BUDGET CODE 7420 | | BUDGET CODE: 7475 | |

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 954,60 |
| FREIGHT | 200,00 |
| PACKING & HANDLING | 20,00 |
| TOTAL USD | 1174,60 |

INTEREST WILL BE ADDED OF ... PER MONTH ON OVERDUE ACCOUNTS

# BALTROSS

## BALTROSS MARINE SUPPLY

**INVOICE 9083-174**

L080911-36

**RECEIVED**
03 -03- 2009

750, La Playa st . #543
San Francisco, CA 94121
baltross@msn.com

| | |
|---|---|
| YOUR REF | KV 5465 / E24/09 |
| DATE | February 3, 2009 |
| OUR REF | ZB-174/29 |

TO    DUCK MARITIME Corp.
c/o Aquaships SIA
8b, Gunara Astras str.,
Riga, LV-1082/Latvia
Ph.371-67035000
Fax. 271-67035001

SHIP TO Master mv "DUCK FORTUNE"
c/o Jessco Maritime Resources
c/o Euro Metal Works OPP. Chocolate Factory
P.O. Box CE26
Tema, Ghana
Ph. 234 1 7927421
Fax. 234 1 5803578

| SHIPPED VIA | DEL DATE | AWB NR | FLAG | VESSEL NAME |
|---|---|---|---|---|
| DHL | 06.02.2009 | 2 434 767 355 | St Vincent & the Grenadines | "DUCK FORTUNE" |

| ITEM # | QTY | DESCRIPTION | CODE | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| | | Engine Yanmar 6AL-HFT | | | |
| 1 | 5 | V. BELTS B1678 | | 15,00 | 75,00 |
| 2 | 5 | V.BELTS B1676 | | 15,00 | 75,00 |

150 00          228.20 /15. 00

BUDGET CODE: 7420          BUDGET CODE: 7425

Please make payment to:
AIZKRAUKLES BANKA
23, Elizabetes str., LV-1010 Riga/Latvia
SWIFT: AIZK LV 22
IBAN: LV87 AIZK 0001 1400 67925
BALTROSS MARINE SUPPLY LLC

| | |
|---|---|
| SUBTOTAL | 150,00 |
| FREIGHT | 228,20 |
| PACKING & HANDLING | 15,00 |
| TOTAL USD | 393,20 |

INTEREST WILL BE ADDED UP AT 2% PER MONTH ON OVERDUE ACCOUNTS
ITEMS REMAIN BALTROSS MARINE SUPPLY PROPERTY UNTIL INVOICE IS FULLY PAID

EXHIBIT 12



# MARINE SUPPLY

750, La Playa str., #540          Phone: +371-29204278          Maza Nometnu str., 1-17
San Francisco                     Fax : +371-67860224           LV-1002, Riga
CA 94121, USA                     E-MAIL: baltross@msn.com       Latvia
INVOICING ADDRESS:                                              Representative in LATVIA

To: LUXFORD INTERNATIONAL INC. IBC Tower, 9th
    Floor, Manuel Espinosa Batista Avenue, P.O. Box:
    55-2484, Paitilla Panama Panama, Rep. Panama

## AUTHORIZATION LETTER

is made on the 17th day of September Two Thousand and Ninth (2009).

We, the undersigned Baltross Marine Supply LLC ( EIN number:94-3326818), a company registered in
30.09.1998 and having its office at 750 La Playa str., #540, San Francisco, CA 94121, USA (hereinafter - the
"Company"), hereby authorizes LUXFORD INTERNATIONAL INC acting as the Financial Managers (thereafter-
the "Managers") of motor vessel "Duck Fortune", IMO number 7929334, flag St.Vincent and the Grenadines
for the Owners DUCK MARITIME CORP. of Panama (thereafter - the "Owners") to represent our interests in
the case of all existent outstanding payments for the supply and/or services have effected for the said motor
vessel pursuant to the terms of Shipmanagement Agreement dated 28 December 2007, demand, collect and
receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to
represent the Company at court, arbitration, state, municipal, private institutions as well as in matters
involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including
the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration
judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit
enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give
explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the date above
written and is valid for indefinite period from the mentioned date or until it is revoked.

Signed
Duly authorized for and on behalf of Baltross Marine Supply LLC



V.Zakharov
Director

EXHIBIT 13

AQUASHIP SIA

## Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.

Company Cash Flow

Period: 01/01/08 - 30/09/09

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| Control Account | :5311 | SUPPLIERS | | | | |
| Subsidiary Account | :H002 | HANZA ELEKTRONIKA | | | | |
| 11    81583 | INV 81583 SURVEY GNDSS | | 14/11/08 | | | |
| 20081100493 | 14/10/08 | INV 81583 SURVEY GNDSS | | EUR | (750.00) | (1 018.23) |
| | | Cash Flow Balance | | EUR | (750.00) | (1 018.23) |
| | | Subsidiary Balance | | EUR | (750.00) | (1 018.23) |
| | | Control Account Balance | | EUR | (750.00) | (1 018.23) |
| Control Account | :5340 | REPAIR AND MAINTENANCE | | | | |
| Subsidiary Account | :H002 | HANZA ELEKTRONIKA | | | | |
| 11    81371 | INV 81371 OVER BUDGET | | 05/10/08 | | | |
| 20081100C353 | 05/09/08 | INV 81371 OVER BUDGET | | EUR | (17 023.00) | (24 626.35) |
| | | Cash Flow Balance | | EUR | (17 023.00) | (34 626.35) |
| 11    81585 | INV 81585 OVER BUDGET MOD. | | 14/11/08 | | | |
| 20081100457 | 01/11/08 | INV 81585 OVER BUDGET MOD. | | EUR | (2 160.00) | (2 819.40) |
| | | Cash Flow Balance | | EUR | (2 160.00) | (2 819.40) |
| | | Subsidiary Balance | | EUR | (19 183.00) | (27 439.75) |
| | | Control Account Balance | | EUR | (19 183.00) | (27 439.75) |

Page    1 of 1

Issued : 18/09/2009   23:19:17

 **Hansa Electronics**  

| Invoice No: | 81371 | | Date: | 05.09.2008 | |

| Invoice to: | "Duck Maritime Corp." | | | |
|---|---|---|---|---|
| | c/o "Aquaship Ltd" | | | |
| | 6b, Gunara Astras Str., 7 fl., Riga, LV-1082, Latvia. | | | |
| | VAT No: | | | |
| Your Order No: | 040908 AI 5440 | | Order date: | 04.09.2008 |
| Special information: | m/v Duck Fortune, flag St. Vincent & the Grenadines | | Order complete date: | 05.09.2008 |

| Item | Description | Qty | Unit Price ( EUR ) | Amount ( EUR ) |
|---|---|---|---|---|
| 1 | Gyrocompass Standard 22, kit , adopted for replacement of old gyrocompass Standard 4 for possible use of Anscuetz syncro repeater system, comprising : New Gyrocompass Raytheon Anschuetz Standard 22 Gyrocompass converter GA-04M for conversion of digital NMEA signal to syncro signal, 50V 50Hz repeater system for driving of up to 10 repeaters Power supply unit 100VAC 60 Hz / 24VDC, 10 Amp Power cable 2 x 2.5 , 10 meters Power cable 2 x 1.5 , 10 meters Syncro signal cable 5 x 1.5, 10 meters Automatic switch 16 A with box | 1 set | € 16,055.00 | € 16,055.00 |
| 2 | Equipment shipment expenses to Lagos | 1 set | € 968.00 | € 968.00 |

BUDGET CODE: 7799

| | | | Total: | € 17,023.00 |
|---|---|---|---|---|
| | | | * VAT : 0% | € 0.00 |
| | | | Pay this amount: | € 17,023.00 |

Terms of payment:     Payment within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER

Overdue payment is charged additionally 2 % per month

* This transaction is exempted from VAT according to the VAT Law ( 7th paragraph, 1st Part of 4th item, "a" and "b" Subpoints )

Hansa Electronics SIA
6, Andrejostas Street
Riga, LV 1045, Latvia

Tel: 371 67325352
Fax: 371 67332873
VAT No: LV40003710285

Hansabanka
SWIFT: HABA LV 22
IBAN: LV46HABA0551008555268

NCF 0811-457

 **Hansa Electronics**



Invoice No:      81585            Date:    14.10.2008

| Invoice to: | Duck Maritime Corp. | | |
|---|---|---|---|
| | c/o "Aquaship Ltd" | | |
| | 8b, Gunara Astras Str., 7 fl., Riga, LV-1082, Latvia. | | |
| | **VAT No:** | | |
| Your Order No: | 131008 AI 5772 | Order date: | 13.10.2008 |
| Special Information: | M/v Duck Fortune, flag SVG, at Lagos | Order complete date: | 14.10.2008 |

| Item | Description | Qty | Unit Price ( EUR ) | Amount ( EUR ) |
|---|---|---|---|---|
| 1 | Disassembling of gyrocompass Standard 4, assembling of new gyrocompass Standard 22 with power supply unit and serial to syncro converter for 50V 50 Hz repeater system. Connection to GPS and old repeaters. Testing. Including technician travelling and living expenses | 1 set | € 2,160.00 | € 2,160.00 |
| | | Total: | | € 2,160.00 |
| | | * VAT : | 0% | € 0.00 |
| | | Pay this amount: | | € 2,160.00 |

BUDGET CODE 7229

Terms of payment:      within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER

Overdue payment is charged additionally 2 % per month

* This transaction is exempted from VAT according to the VAT Law ( 7th paragraph, 1st Part of 4th Item, "a" and "b" Subpoints )

SIA "HANSA ELECTRONICS" **Hansa Electronics** LATVIJAS REPUBLIKA

Hansa Electronics SIA              Tel: 371 67325352                Hansabanka
6, Andrejostas Street              Fax: 371 67332873              SWIFT: HABA LV 22
Riga, LV 1045, Latvia              VAT No: LV40003710295      IBAN: LV46HABA0551008955268

# Hansa Electronics



| Invoice No: | 81583 | Date: | 14.10.2008 | N CF 08 M - 493 |
|---|---|---|---|---|

| Invoice to: | Duck Maritime Corp. | | |
|---|---|---|---|
| | c/o "Aquaship Ltd" | | |
| | 8b, Gunara Astras Str., 7 fl., Riga, LV-1082, Latvia. | | |
| | VAT No: | | |
| Your Order No: | 131008 AI 5768 | Order date: | 13.10.2008 |
| Special Information: | M/v Duck Fortune, flag SVG, at Lagos | Order complete date: | 14.10.2008 |

| Item | Description | Qty | Unit Price (EUR) | Amount (EUR) |
|---|---|---|---|---|
| 1 | Annual survey of GMDSS equipment, AIS, SSAS batteries, EPIRB for BV | 1 set | € 750.00 | € 750.00 |
| | BUDGET CODE: 7690 | | | |

| | | |
|---|---|---|
| Total: | | € 750.00 |
| * VAT : | 0% | € 0.00 |
| Pay this amount: | | € 750.00 |

Terms of payment:     within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER

Overdue payment is charged additionally 2 % per month

* This transaction is exempted from VAT according to the VAT Law ( 7th paragraph, 1st Part of 4th Item, "a" and "b" Subpoints )

Hansa Electronics SIA          Tel: 371 67325352          Hansabanka
6, Andrejostas Street          Fax: 371 67332873          SWIFT: HABA LV 22
Riga, LV 1045, Latvia          VAT No: LV40003710295          IBAN: LV46HABA0551008555266

EXHIBIT 14

V2001

 **Hansa Electronics**



to: LUXFORD INTERNATIONAL INC.
IBC Tower, 9th floor,
Manuel Espinosa Batista Avenue,
P.O. Box: 55-2484, Paitilla Panama
Panama, Republic of Panama.

## AUTHORIZATION LETTER

is made on the 17th day of September Two Thousand and Ninth (2009).

We, the undersigned Hansa Electronics SIA (VAT number: 40003710295), a company registered in 11.11.2004 and having its office at Andrejostas street 6, Riga, LV-1045, Latvia (hereinafter – the "Company"), hereby authorizes LUXFORD INTERNATIONAL INC. acting as the Financial Managers (thereafter – the "Managers") of motor vessel "Duck Fortune", IMO number 7929334, flag St.Vincent and the Grenadines for the Owners DUCK MARITIME CORP. of Panama (thereafter – the "Owners") to represent our interests in the case of all existent outstanding payments for the supply and/or services have effected for the said motor vessel pursuant to the terms of Shipmanagement Agreement dated 28 December 2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the date above written and is valid for indefinite period from the mentioned date or until it is revoked.

Signed
Duly authorized for and on behalf of Hansa Electronics SIA

Evgeniy Orlov
Hansa Electronics SIA
President



Hansa Electronics SIA
6, Andrejostas Street, Riga,
LV-1045, Latvia

e-mail: hansael@hansaol.lv
http:// www.hansael.lv

Tel:   +371 67325352
Fax:   +371 67332873

EXHIBIT 15

AQUASHIP SIA

## Outstanding (Open) Accounts Analysis

Period: 01/01/08 - 30/09/09

**Company: 11 DUCK MARITIME CORP.**
**Company Cash Flow**

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| Control Account | :5311 | SUPPLIERS | | | | |
| Subsidiary Account | :J014 | JESCO RESOURCES | | | | |
| 11      012/09 | | Inv df/aqs/012/gh/04/09 NICHKASOV EXP | 30/05/09 | | | |
| 200911000116 | 30/04/09 | Inv df/aqs/012/gh/04/09 NICHKASOV EXP | | USD | (17 700.00) | (17 700.00) |
| 200911000159 | 10/08/09 | PARTLY PYMT inv df/aqs/012/gh/04/09 NICHKASOV EXP | | USD | 11 000.00 | 11 000.00 |
| | | Cash Flow Balance | | USD | (6 700.00) | (6 700.00) |
| 11      017 | | INV DF/AQS/017/GH/06/09 FRESH WATER | 09/06/09 | | | |
| 200911000128 | 09/06/09 | INV DF/AQS/017/GH/06/09 FRESH WATER | | USD | (1 500.00) | (1 500.00) |
| | | Cash Flow Balance | | USD | (1 500.00) | (1 500.00) |
| 11      020/09 | | INV DF/AQS/020/GH/06/09 AGENT SUNDRIES | 12/06/09 | | | |
| 200911000135 | 12/06/09 | INV DF/AQS/020/GH/06/09 AGENT SUNDRIES | | USD | (2 115.00) | (2 115.00) |
| | | Cash Flow Balance | | USD | (2 115.00) | (2 115.00) |
| 11      021/09 | | INV DF/AQS/021/GH/04/09 FRESH WATER | 12/06/09 | | | |
| 200911000144 | 12/06/09 | INV DF/AQS/021/GH/04/09 FRESH WATER | | USD | (180.00) | (180.00) |
| | | Cash Flow Balance | | USD | (180.00) | (180.00) |
| 11      022/03 | | INV DF/AQS/022/GH/04/09 COURIER | 12/06/09 | | | |
| 200911000143 | 12/06/09 | INV DF/AQS/022/GH/04/09 COURIER | | USD | (726.50) | (726.50) |
| | | Cash Flow Balance | | USD | (726.50) | (726.50) |
| | | Subsidiary Balance | | USD | (11 221.50) | (11 221.50) |
| | | Control Account Balance | | USD | (11 221.50) | (11 221.50) |

Issued : 18/09/2009   14:27:23



 **JESSCO MARITIME RESOURCES LTD**
Marine Services, Protective Agency, Port Agency, Ship Chandelling, General Marine Suppliers.

OFFICE:
No 12. Pa Abraham Adesanya Road,
Ajegunle Lagos.

Tel 234-1-7927421, 5803695
Fax: 234-1-5800578, 01-5870025
E-mail: jesscresources@yahoo.com
jesscos@ojo-otobol.com
Mobile: 234-8033884292,
234-0255245773
Date: 30 / 4 / 2009.

M/V DUCK FURTONE
DUCK MARITIME CO.
ST.VINCENT AND THE GRENADINES
CARE OF AQUASHIP LTABSIU MANAGEMENT
COMPANY LIMITED
8B, GUNARA ASIRAS STR., 7TH FLOOR
RIGA LV-1082, LATVIA.

## INVOICE NO: – DF / AQS / 012/ GH / 04 / 09

### SUPRINTENDENT MR. MIKHAIL NICHKASOV GHANA STAY EXPENSES

| ITEM | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 1 | HOTEL ACCORMODATION AND FEEDING | 6,500.00 |
| 2 | TRANSPORTATION | 1,200.00 |
| 3 | BOAT CHARGE | 3,000.00 |
| 4 | PORT PASS | 600.00 |
| 5 | CUSTOMS EMBARKATION PAPPER | 350.00 |
| 6 | CUSTOMS DISEMBARKATION PAPPER | 350.00 |
| 7 | LOGISTIC | 1,800.00 |
| | TOTAL USD ($) | 14,700.00 |
| | AGENCY FEE | 3,000.00 |
| | GRAND TOTAL USD | 17,700.00 |

*3000.00*

BUDGET CODE: *8500*

*14 700.00*

BUDGET CODE: *7510*

BUDGET CODE: _____

*part
usp 11000*

*paid 10/08/09*

\QF09\\-\22

 **JESSCO MARITIME RESOURCES LTD**
Marine Services, Protective Agency, Port Agency, Ship Chandlering, General Marine Suppliers

OFFICE:
No 12 Pa Abraham Adesanya Road,
Apapa Lagos.

Tel: 234-1-7627421, 8133585
Fax: 234-1-5803578, 01-5570025
E-mail: jescoresources@yahoo.com
jescoresources@yahoo.com
Mobile: 234-8033306592,
234-8053245773

Date: 09 – 06 – 2009.

**M/V DUCK FORTUNE**
DUCK MARITIME CO.
ST. VINCENT AND THE GRENADINES
CARE OF AQUASHIP LTD/SHIPMANAGEMENT
COMPANY LIMITED
4R, GUNARA ASTRAS STR, 7TH FLOOR
RIGA LV-1003, LATVIA.

## INVOICE NO: - DF / AQS / 017/ GH / 06 / 09

| ITEM | DESCRIPTION | QTY | UNIT | U/P | AMOUNT |
|------|-------------|-----|------|-----|--------|
| 1 | FRESH WATER | 50 | TONS | 30 | 1,500.00 |
| | TOTAL USD ($) | | | | 1,500.00 |

**SIGN JESSCO**

BUDGET CODE: 7113

VRF0911-136

 **JESSCO MARITIME RESOURCES LTD**
Marine Services, Protective Agency, Port Agency, Ship Chandelling, General Marine Suppliers

**OFFICE:**
No 12 Pa Abraham Adosanya Road,
Apapa Lagos.

Tel: 234-1-7927421, 5803585
Fax: 234-1-5803578, 01-5870026
E-mail: jesscoresources@yahoo.com
jessco@jes-global.com
Mobile: 234-8033304092,
234-8055245773

Date: 13 – 06 – 2009.

**M/V DUCK FURTUNE**
DUCK MARITIME CO.
ST.VINCENT AND THE GRENADINES
CARE OF AQUASHIP LTD/SHIPMANAGEMENT
COMPANY LIMITED
8B, GUNARA ASTRAS STR., 7TH FLOOR
RIGA LV-1082, LATVIA.

## INVOICE NO: - DF / AQS / 020 / GH / 06 / 09.

| ITEM | DESCRIPTION | AMOUNT ($) |
|---|---|---|
| | CREW EXCHANGE | |
| | DISEMBERKATION OF SEVEN CREW MEMBERS | |
| 1 | DISEMBERKATION DOCUMENT  $100.00 X 7Crew member | 700.00 |
| 2 | BOAT CHARGE | 800.00 |
| 3 | TRANSPORTATION FROM PORT TO AIRPORT $25.00 X 7 Crew member | 175.00 |
| 4 | AIRPORT ASSISTANT LUMPSUM | 140.00 |
| 5 | AGENCY FEE | 300.00 |
| | TOTAL USD ($) | 2,115.00 |

SIGN JESSCO

BUDGET CODE: 7180    15. 06. 2009



 **JESSCO MARITIME RESOURCES LTD**

Marine Services, Protective Agency, Port Agency, Ship Chandelling, General Marine Supplies.

OFFICE:
No 12 Pa Abraham Adesanya Road,
Apapa Lagos.

Tel: 234-1-7027421, 5803585
Fax: 234-1-5803576, 01-5870025
E-mail: jesscoresources@yahoo.com
         jessco@cc-global.com
Mobile: 234-8033304092,
         234-8055245773

Date: 17 - 06 – 2009.

M/V DUCK FURTUNE
DUCK MARITIME CO.
ST.VINCENT AND THE GRENADINES
CARE OF AQUASHIP LTD/SHIPMANAGEMENT
COMPANY LIMITED
8B, GUNARA ASTRAS STR., 7ᵀᴴ FLOOR
RIGA LV-1082, LATVIA.

## INVOICE NO: - DF / AQS / 021 / GH / 04 / 09.

| ITEM | DESCRIPTION | QTY | UNIT | U/PRICE($) | AMOUNT($) |
|------|-------------|-----|------|-----------|-----------|
| 1 | FRESH WATER | 6 | TONS | 30 | 180.00 |
| | **TOTAL USD ($)** | | | | **180.00** |

SIGN JESSCO

BUDGET CODE: 7.113

Fresh water

VVKO911 - 143

 **JESSCO MARITIME RESOURCES LTD**

Marine Services, Protective Agency, Port Agency, Ship Chandelling, General Marine Suppliers

OFFICE:
No 12 Pa Abraham Adesanya Road,
Apapa Lagos.

Tel: 234-1-7927421, 5803585
Fax: 234-1-5803578, 01-5870025
E-mail: jescoresources@yahoo.com
        jessco@cc-global.com
Mobile: 234-8033304092,
        234-8055245773

Date: 17 - 06 ~ 2009.

**M/V DUCK FURTUNE**
DUCK MARITIME CO.
ST. VINCENT AND THE GRENADINES
CARE OF AQUASHIP LTD/SHIPMANAGEMENT
COMPANY LIMITED
8B, GUNARA ASTRAS STR., 7TH FLOOR
RICA LV-1082, LATVIA.

## INVOICE NO: - DF / AQS / 022 / GH / 04 / 09,

| ITEM | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 1 | PARCEL TO LATVIA D H L | 726.50 |
| | **TOTAL USD ($)** | **726.50** |

BUDGET CODE: 7530

Poftage

SIGN JESSCO

AQUASHIP SIA

Outstanding (Open) Accounts Analysis

**Company: 11 DUCK MARITIME CORP.**

Company Cash Flow     Description     Due Date     Period: 01/01/08 - 30/09/09

| Document No. | Doc. Date | Description | Local Cur. | Local Currency | Balance In USD |
|---|---|---|---|---|---|
| Control Account | :5311 | SUPPLIERS | | | |
| Subsidiary Account | :J017 | JESCO LOGISTICS LTD. | | | |
| 11  APR 09 | | INV 30/APRIL/09 CREW AGENT FEE | | | |
| 2009110G0088 | 30/04/09 | INV 30/APRIL/09 CREW AGENT FEE  30/04/09 | USD | (870.00) | (870.00) |
| | | Cash Flow Balance | USD | (870.00) | (870.00) |
| 11  JUN 09 | | CREW AGENT FEE JUN 09 | | | |
| 20091100135 | 12/06/09 | CREW AGENT FEE JUN 09  12/06/09 | USD | (252.00) | (252.00) |
| | | Cash Flow Balance | USD | (252.00) | (252.00) |
| | | Subsidiary Balance | USD | (1 122.00) | (1 122.00) |
| | | Control Account Balance | USD | (1 122.00) | (1 122.00) |

Page    1 of 1                                Issued : 18/09/2009  14:26:57

W8X0911-88

# Jesco Logistics Ltd.

Ship Chandling/Supply, Shipping/Manning Agents

P.O. Box CO 419, Tema –Ghana
Tele/Fax: (233) 22 302576
Mob:        244 287470; 264 287470
Email   : jesco.logistics@yahoo.co.uk

| TO: | | MV DUCK FORTUNE c/o "AQUASHIP LTD. SHIP MANAGEMENT CO. LTD. 1, BALASTA DAMBIS STR. 1ST FLOOR RIGA, LATVIA LV-104 |
|---|---|---|
| RE: | MV "DUCK FORTUNE" | |
| YOUR REF: | | DATE: 30/04/09 |
| OUR REF: | | PAGES: 1/1 |

INVOICE    30/APRIL/09

| CREW MANNING RETENTION / AGENCY FEE (APRIL) | | | | |
|---|---|---|---|---|
| NO | CREW NAME | RANK | RETENTION FEE (US$) | AGENCY FEE (US$) | TOTAL AMOUNT (US$) |
| 1. | OCLOO LAWRENCE | AB | 25.00 | 120.00 | 145.00 |
| 2. | ANSONG PROSPER DAVID | AB | 25.00 | 120.00 | 145.00 |
| 3. | MENSAH INNOCENT | MTM | 25.00 | 120.00 | 145.00 |
| 4. | MATANAWUI ELIKEM DODZI | MTM | 25.00 | 120.00 | 145.00 |
| 5. | AGBOTUI EFUE RICHMOND | OS/STWD | 25.00 | 120.00 | 145.00 |
| 6. | KUDZI JOHN | MTM | 25.00 | 120.00 | 145.00 |
| | TOTAL | | | | 870.00 |

We direct that payment / transfer should be effected with these Bank particulars below:

ACCOUNT NAME:     ALEX AYAN AGUDOGO
BANKERS NAME:     ECOBANK GHANA LTD
ACCOUNT NUMBER:     00211384032955501
BANKERS SWIFT CODE:     ECOC GHAC

BEST REGARDS,

Alex Agudogo
Managing Director

BUDGET CODE: 7181
VM   30. 04 2009



# Jesco Logistics Ltd.

**Ship Chandling/Supply, Shipping/Manning Agents**

P.O. Box CO 419, Tema - Ghana
Tele/Fax: (233) 22 302576
Mob:        244 287470; 264 287470
Email : jesco.logistics@yahoo.co.uk

| TO: | MV DUCK FORTUNE c/o "AQUASHIP LTD. SHIP MANAGEMENT CO. LTD. 1, BALASTA DAMBIS STR. 1ST FLOOR RIGA, LATVIA LV-104 | |
|---|---|---|
| RE: | MV "DUCK FORTUNE" | |
| YOUR REF: | | DATE: 12/06/09 |
| OUR REF: | | PAGES: 1/1 |

### INVOICE    MAY & JUNE 09

| | CREW MANNING RETENTION / AGENCY FEE (MAY) | | | | |
|---|---|---|---|---|---|
| NO | CREW NAME: | RANK | RETENTION FEE(US$) | AGENCY FEE(US$) | TOTAL AMOUNT (US$) |
| 1. | OCLOO LAWRENCE | AB | 42.00 | - | 42.00 |
| 2. | ANSONG PROSPER DAVID | AB | 42.00 | - | 42.00 |
| 3. | MENSAH INNOCENT | MTM | 42.00 | - | 42.00 |
| 4. | MATANAWUI ELIKEM DODZI | MTM | 42.00 | - | 42.00 |
| 5. | AGBOTUI EFUE RICHMOND | OS/STWD | 42.00 | - | 42.00 |
| 6. | KUDZI JOHN | MTM | 42.00 | - | 42.00 |
| | TOTAL | | | | 252.00 |

We direct that payment / transfer should be effected with these Bank particulars below:

ACCOUNT NAME:         ALEX KWASI AGUDOGO
BANKERS NAME:         ECOBANK GHANA LTD
ACCOUNT NUMBER:      0021134403295501
BANKERS SWIFT CODE:  ECOC GHAC

BEST REGARDS,

Alex Agudogo
Managing Director

BUDGET CODE: 7781
15. 06. 2009



OMC Chambers
P.O. Box 3152
Wickams Cay 1
Road Town
Tortola
British Virgin Island

FLORENCIA MANAGEMENT
BVI

TELEPHONES
(507) 340 4077

FAX:
(507) 340 3071

E-MAIL
florenciamgmt@gerfico.com

Part of Company Gerfico Corporate Ventures

MESSRS
**Duck Maritime**
c/o Aquaship

| REF. DUCK MARITIME S.A. | | | | |
|---|---|---|---|---|
| DATE | COMPANY | CLIENT | OUR REFERENCE | JURISDICTION |
| 02-Jul-09 | | 10668 | T-5267 | |

**DUCK MARTIME S.A.**

FOR SERVICES PROVIDED, LEGAL COUNSELING, DOCUMENT DRAFTING, LEGAL
EXPENDITURES, ISSUANCE OF FOUR LEGAL OPINIONS IN RESPECT TO
SALE OF M/V DUCK FORTUNE FROM JANUARY 2009 UNTIL CURRENT DATE
INCLUDED ADVISORY AND LEGAL OPINIONS TO GERMAN LAWYERS FOR
OWNERS                                                                      7,500.00 €
                                                                     ---------------

**TOTAL**                                                                    7,500.00 €

**BANK INSTRUCTION.**

BUDGET CODE: 7960

**INVOICE**
**T- 5267**

EXHIBIT 16



**JESSCO MARITIME RESOURCES LTD**

Marine Services, Protective Agency, Port Agency, Ship Chandelling, General Marine Suppliers

OFFICE:
No 12 Pa Abraham Adesanya Road,
Apapa Lagos.

Tel: 234-1-7827421, 5803585
Fax: 234-1-5803578, 01-5870025
E-mail: jesscoresources@yahoo.com
          jesscooffice-global.com
Mobile: 234-8033304092,
          234-8055245773

To: LUXFORD INTERNATIONAL INC
    IBC TOWER, 9TH FLOOR,
    Manuel Espinosa Batista Avenue,
    P. O. Box 55-2484, Paitilla Panama
    Panama, Rep. Panama.

## AUTHORIZATION LETTER

This is made on the 20th day of April Two Thousand and Nine (2009).

We, the undersigned JESSCO MARITIME RESOURCES LTD, a company registered in Nigeria and having its office at 12 Abraham Adesanya Road, Apapa, Lagos (hereinafter - the "Company"), hereby authorizes LUXFORD INTERNATIONAL INC acting as the Financial Managers (thereafter the "Managers") of motor vessel "Duck Fortune", IMO number 7929334, flag St.Vincent and the Grenadines for the Owners DUCK MARITIME CORP. of Panama (thereafter - the "Owners") to represent our interests in the case of all existent outstanding payments for the supply and/or services have effected for the said motor vessel pursuant to the terms of Ship management Agreement dated 28 December 2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the date above written and is valid for indefinite period from the mentioned date or until it is revoked.

Signed
Duly authorized for and on behalf of JESSCO MARITIME RESOURCES LTD.

Mr. Paul Obuch
GM

EXHIBIT 17

AQUASHIP SIA

## Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.

Company Cash Flow    Description                          Due Date           Period: 01/01/08 - 30/09/09

| Document No. | Doc. Date | Description | | Local Cur. | Balance In Local Currency | USD |
|---|---|---|---|---|---|---|
| Control Account | :5311 | SUPPLIERS | | | | |
| Subsidiary Account | :W034 | WILHELMSEN SHIPS SERVICE | | | | |
| 11   670210 | | INV 01CD670210 DECK STORES | 03/10/08 | | | |
| 2008110004GB | 01/10/08 | INV 01CD670210 DECK STORES | | USD | (295.44) | (295.44) |
| | | Cash Flow Balance | | USD | (295.44) | (295.44) |
| 11   213920 | | INV 15CD213920 CERTIFICATION | 15/12/08 | | | |
| 2008110000492 | 31/10/08 | INV 15CD213920 CERTIFICATION | | USD | (2 768.44) | (2 768.44) |
| | | Cash Flow Balance | | USD | (2 768.44) | (2 768.44) |
| 11   196135 | | INV 15CD196135 CHEMICALS | 01/01/09 | | | |
| 2009110000038 | 01/01/09 | INV 15CD196135 CHEMICALS | | USD | (3 510.75) | (3 510.75) |
| | | Cash Flow Balance | | USD | (3 510.75) | (3 510.75) |
| | | Subsidiary Balance | | USD | (6 574.63) | (6 574.63) |
| | | Control Account Balance | | USD | (6 574.63) | (6 574.63) |

Page    1 of 1

Issued : 18/09/2009   15:33:24

# Wilhelmsen Ships Service

Wilhelmsen Ships Service(S) Pte Ltd
185, Pandan Loop
Singapore 128379

Phone: +65 63954545
Fax: +65 67783611

## INVOICE

| | |
|---|---|
| Page | : 1(1) |
| Invoice no. | : 15CD2213920 |
| Invoice date | : 31-10-2008 |
| Customer no. | : 72868 |
| Terms of payment | : 45 Days Net |
| Due date | : 15-12-2008 |

Port of delivery : BANGKOK
Order no. : 5491102043
Date of delivery : 31-10-2008
Delivery note no. : 23CD2093232C210

Delivered to : 7929334 DUCK FORTUNE
Conveyance : ROAD
Order reference : 300608 KV 2248
Shipping marks : D41/08
Place of delivery :

DUCK MARITIME CORP. C/O
AQUASHIP LTD
GUNARA ASTRAS STR 8 B

LV-1082
RIGA LATVIA

RECEIVED    14-11-2008

NOF 0844 -492

BUDGET CODE: 7632

14.11.08

| PROD.GROUP ARTICLE NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE AT PLACE OF DELIVERY | CURR. | AMOUNT | AMOUNT INVOICED | CURR. |
|---|---|---|---|---|---|---|---|---|
| | As per attached invoice specification | | | | | | | |
| | | | | 2 768,44 | USD | | 2 768,44 | USD |
| | 0% GST | | 0 % OF | 2 768,44 | USD | 1,466900 = SGD | 0,00 | USD |
| | | | | | | | 2 768,44 | USD |

Our VAT No: 1975019485

When remitting please make reference to our INVOICE and CUSTOMER NOS.

This invoice has been factored to Wilhelmsen Ships Service AS
Please remit to:
Bankers:
Wilhelmsen Ships Service AS      Fokus Bank
Strandv. 20, PO Box 33, NO-1324 Lysaker      P.O. Box 500, Sentrum, 0105 Oslo
NORWAY      NORWAY

Account no:
9760 05 10340
IBAN:
NO4497605010340

BIC/SWIFT:
DABANO22



# Wilhelmsen Ships Service

Wilhelmsen Ships Service AS
Strandveien 20
P.O. Box 33
NO-1324 LYSAKER
NORWAY

Phone: +47 67584000
Fax: +47 67584730

## INVOICE

| | |
|---|---|
| Page | : 1(1) |
| Invoice no. | : 01CO670210 |
| Invoice date | : 19-08-2008 |
| Customer no. | : 72868 |
| Terms of payment | : 45 Days Net |
| Due date | : 03-10-2008 |

**RECEIVED 15 -08- 2008**

DUCK MARITIME CORP. C/O
AQUASHIP LTD
GUNARA ASTRAS STR 8 B

LV-1082
RIGA LATVIA

Port of delivery : ROTTERDAM
Order no. : 549210254
Date of delivery : 19-08-2008
Delivery note no. : 22284460

Delivered to : 7929334 DUCK FORTUNE
Conveyance : COURIER
Order reference : 130808 KV 2873
Shipping marks : D63078 ADD
Place of delivery

When remitting please make reference to our INVOICE and CUSTOMER NOS.

| PROD. GROUP ARTICLE NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE AT PLACE OF DELIVERY | | CURR. | AMOUNT | CURR. | AMOUNT AMOUNT INVOICED | CURR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 436-546036 | COUPLING KIT ERGO 3000 MALE/FEMALE | 4 | PCS | 71.10 | 13 % | USD | | | 247.44 | USD |
| 990-066555 | DHL COSTS NIGERIA | 1 | PCS | 48.00 | | USD | | | 48.00 | USD |
| | | | | | | | | | 295.44 | USD |
| | No Tax, Outgoing 0% NL | | 0 % OF | 295.44 | | USD | | | 0.00 | USD |
| | 0 % VAT according to EU VAT Dir article 146 | | | | | | 5.415400 = NOK | | 295.44 | USD |

Our VAT No:

NL801154558B01

Please remit to:
Wilhelmsen Ships Service AS
Strandveien 20, PO Box 33, NO-1324 Lysaker
NORWAY

Bankers:
Fokus Bank
P.O. Box 59C, Sentrum, 0105 Oslo
NORWAY

Account no:
9760.05.10340
IBAN:
NO3497600510340

RECEIVED
27 -02- 2009

# Wilhelmsen
# Ships Service

Wilhelmsen Ships Service (S) Pte Ltd Phone: +65 63954545
19, Pandan Lane  Fax: +65 67763511
Singapore 12875

**INVOICE COPY**

| | |
|---|---|
| Port of delivery | : SINGAPORE |
| Order no. | : 549101373 |
| Date of delivery | : 20-02-2008 |
| Delivery note no. | : 2022382 |

| | |
|---|---|
| Page | : 1 (2) |
| Invoice no. | : 15C01965-35 |
| Invoice date | : 01-04-2008 |
| Customer no. | : 72868 |
| Terms of payment | : 45 Days Net |
| Due date | : 16-05-2008 |

DUCK MARITIME CORP. CO
AQUASHIP LTD
GUNARA ASTRAS STR. 8 B

LV-1082
RIGA LATVIA

| | |
|---|---|
| Delivered to | : 1225321 DUCK FORTUNE |
| Conveyance | : ROAD |
| Order reference | : 080208 KV 0619 |
| Shipping marks | : |
| Place of delivery | : |

WA03JI-98

When remitting please make reference to our INVOICE and CUSTOMER NOS.

| PRODGROUP ARTICLE NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE AT PLACE OF DELIVERY | CURR. | AMOUNT | AMOUNT INVOICED | CURR. |
|---|---|---|---|---|---|---|---|---|
| 651-571646 | DESCALEX 25 KG | 75 | KG | 6.69 29 % | USD | | 462.75 | USD |
| 651-571687 | DISCLEAN 25 LTR | 75 | LTR | 8.59 29 % | USD | | 467.50 | USD |
| 651-604389 | ELECTROSOLV - E 25 LTR | 75 | LTR | 11.70 29 % | USD | | 523.25 | USD |
| 651-571558 | AIR COOLER CLEANER 25 LTR F/NORW/CANADA/JAP..698704 | 75 | LTR | 11.62 29 % | USD | | 618.75 | USD |
| 651-578793 | CARBON REMOVER SP 25 LTR | 75 | LTR | 10.38 29 % | USD | | 552.75 | USD |
| 655-571265 | COMBITREAT 25 KG | 75 | KG | 10.04 29 % | USD | | 534.75 | USD |
| 990-607753 | DELIVERY CHARGE - CAT. 11 | 1 | PCS | 261.00 | USD | | 261.00 | USD |
| | | | | | | | 3,510.75 | USD |
| | 5 % GST | | | 0 % OF   3,510.75 | USD | | 0.00 | USD |
| | | | | | 3,510.75   = SGD   1,376400   = SGD | | | |

This invoice has been factored to Wilhelmsen Ships Service AS
Please remit to:
Wilhelmsen Ships Service AS
Factoring
Trade & Bank
P.O. Box 500, Sentrum, 0105 Oslo
NORWAY

Account no.
5760 05 10340
IBAN:
NO4457605010340

BOOKKP:
DABAKO22

# Wilhelmsen Ships Service

Wilhelmsen Ships Service (S) Pte Ltd
184, Pandan Loop
Singapore 128378
Phone:
Fax:

+65 68564646
+65 67783811

## INVOICE COPY

| | |
|---|---|
| Page | : 2(2) |
| Invoice no. | : 15CO195125 |
| Invoice date | : 01-04-2008 |
| Customer no. | : 72868 |
| Terms of payment | : 45 Days Net |
| Due date | : 16-05-2008 |

| | |
|---|---|
| Port of delivery | : SINGAPORE |
| Order no. | : 549101373 |
| Date of delivery | : 20-02-2008 |
| Delivery note no. | : 2022382 |

| | |
|---|---|
| Delivered to | : 1235321 DUCK FORTUNE |
| Conveyance | : ROAD |
| Order reference | : 080208 XV 0615 |
| Shipping marks | : |
| Place of delivery | : |

DUCK MARITIME CORP. C/O
AQUASHIP LTD
GUNARA ASTRAS STR 8 B

LV-1082
RIGA LATVIA

When remitting
please make
reference to our
INVOICE and
CUSTOMER NOS.

| PRODLGROUP ARTICLE NO. | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE AT PLACE OF DELIVERY | CURR. | AMOUNT |
|---|---|---|---|---|---|---|

BUDGET CODE: 7380    32.49.75

BUDGET CODE: 7380    261.00

| | CURR. | AMOUNT INVOICED |
|---|---|---|
| | USD | 3 510,75 |

Our  Our Tax Invoice GST No      M2-0022087-3

Our RCB registration number 197501948R

This invoice has been factored to Wilhelmsen Ships Service A/S

EXHIBIT 18



**Wilhelmsen Ships Service**

| Office | | | |
|---|---|---|---|
| | Ausekla Str. 11-221 | Telephone: | +371 67321115 |
| | LV-1010, Riga | Fax: | +371 67321125 |
| | Latvia | Mobile: | +371 29206474 |
| | | E-mail: | wss.latvia.cac@wilhelmsen.com |
| | | Internet: | www.wilhelmsen.com |

To: LUXFORD INTERNATIONAL Inc.
    IBC Tower, 9th Floor
    Manuel Espinosa Batista Avenue
    P.O.Box: 55-2484, Paitilla Panama
    Panama, Rep. Panama

## AUTHORIZATION LETTER

Is made on the 18th day of September 2009

We, the undersigned *Wilhelmsen Ships Service AS*, with enterprise no *917019215* a corporation incorporated under the laws of *Norway* with its principal place of business at *Strandveien 20, N-1324 Lysaker* (hereinafter – the "Company"), hereby authorizes LUXFORD INTERNATIONAL Inc. acting as the Financial Managers (hereafter "Managers") of motor vessel DUCK FORTUNE, IMO number 7929334, flag St. Vincent & the Grenadines for the Owners DUCK MARITIME CORP. of Panama (hereafter "Owners") to represent our interests in case of all existent outstanding payments for the supply and/or services have effected for the a/m motor vessel pursuant to the terms of Shipmanagement Agreement dated 28 of December 2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the date above written and is valid for indefinite period from the mentioned date or until it is revoked.

Duly authorized for and on behalf of *Wilhelmsen Ships Service AS*

Vladimir Grishkov
Sales Manager Baltic States
Wilhelmsen Ships Service

18.09.2009

EXHIBIT 19



OMC Chambers
P.O. Box 3152
Wickams Cay 1
Road Town
Tortola
British Virgin Island

TELEPHONES
(507) 340 4077

FAX
(507) 340 3671

E-MAIL
florenciamgmt@gestco.com

Part of Company Gestico Corporate Ventures

**MESSRS**
**Duck Maritime**
**c/o Aqueship**

| REF. DUCK MARITIME S.A. | | | | |
|---|---|---|---|---|
| DATE | COMPANY | CLIENT | OUR REFERENCE | JURISDICTION |
| 02-Jul-09 | | 10668 | T-5267 | |

**DUCK MARTIME S.A.**

FOR SERVICES PROVIDED, LEGAL COUNSELING, DOCUMENT DRAFTING, LEGAL
EXPENDITURES, ISSUANCE OF FOUR LEGAL OPINIONS IN RESPECT TO
SALE OF M/V DUCK FORTUNE FROM JANUARY 2009 UNTIL CURRENT DATE
INCLUDED ADVISORY AND LEGAL OPINIONS TO GERMAN LAWYERS FOR
OWNERS                                                                7,500.00 €

**TOTAL**                                                             7,500.00 €

**BANK INSTRUCTION**

CORRESPONDING BANK:
Bank Name:   Comerica Bank AG, Frankfurt, Germany
             SWIFT CODE: DCUTDEFF
             Account No.: 936-8945009 8600

BENEFICIARY BANK:
Bank Name:   Public Bank Ltd Nicosia, Cyprus
             SWIFT CODE: PBNCCYNI

BENEFICIARY DETAILS:
Beneficiary Name:   FLORENCIA MANAGEMENT CORP.
Account No:         306873
IBAN EUR:           CY 7301 0049 009

BUDGET CODE: 7960

**INVOICE**
**T- 5267**

EXHIBIT 20



**FLORENCIA MANAGEMENT**
BVI

Telephones
(507) 3404077
Fax: (507) 3403671
E-mail:
florenciamgmt@gertico.com

OMC Chambers P.O. Box 3152, Wickams Cay 1Road Town
Tortola, British Virgin Island

September 18th 2009.

Messrs.
LUXFORD INTERNATIONAL INC.

Dear Sirs:

We, the undersigned FLORENCIA MANAGEMENR CORP , a company registered in the BVI,
under the provisions of its International Business Act., and having its office at OMC Chambers,
P.O. Box 3152, Wickham 1, Road Tortola, Tortola British Virgin Islands, (hereinafter – the
"Company"), hereby authorizes LUXFORD INTERNATIONAL INC., acting as the Financial
Managers (thereafter– the "Managers") of motor vessel "Duck Fortune", IMO number 7929334,
flag St. Vincent and the Grenadines for the Owners DUCK MARITIME CORP. of Panama (
thereafter – the "Owners") to present our interests in the case of all existent outstanding payments
(INVOICE T. 5267 dated July 2, 2009) for the supply and/or services have effected for the said
motor vessel pursuant to the terms of Ship management Agreement dated 28 December 2007,
demand, collect and receive any amount of money or other proceeds owed to the Company, and
issue corresponding receipts, to represent the Company at court, arbitration, state, municipal,
private institutions as well as in matters involving third parties, having all the rights that the
defendant, the plaintiff or the third party has, including the rights to defend, to bring claims,
counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards
and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on
behalf of the Company to sign, submit and receive other documents, and to give explanations and
to revoke claims if needed.

Ismael Gerli – DIRECTOR of
FLORENCIA MANAGEMENT CORP.

EXHIBIT 21

Outstanding (Open) Accounts Analysis

Company: 11 DUCK MARITIME CORP.                                        Period: 01/01/08 - 30/09/09
Company Cash Flow

Control Account :5311
Subsidiary Account :M064    MEGA MARINE

| Document No. | Doc. Date | Description | Due Date | Local Cur. | Balance In Local Currency | Balance In USD |
|---|---|---|---|---|---|---|
| 11 200911000115 MM9061 | 28/04/09 | INV MM9061 COMM MAR 09 | 28/04/09 | USD | (2,577.50) | (2,577.50) |
| | | Cash Flow Balance | | USD | (2,577.50) | (2,577.50) |
| 11 200911000141 MM9071 | 30/04/09 | INV MM9071 COMM APR 09 | 30/05/09 | USD | (2,180.36) | (2,180.36) |
| | | Cash Flow Balance | | USD | (2,180.36) | (2,180.36) |
| 11 200911000148 MM9086 | 12/06/09 | INV MM9086 COMM MAY 09 | 12/06/09 | USD | (613.79) | (613.79) |
| | | Cash Flow Balance | | USD | (613.79) | (613.79) |
| 11 200911000139 MM9087 | 12/05/09 | INV MM9087 COMM JUN 09 | 12/06/09 | USD | (6,129.10) | (6,129.10) |
| | | Cash Flow Balance | | USD | (6,129.10) | (6,129.10) |
| 11 200911000160 MM9116 | 12/06/09 | INV MM9116 COMM JUN 09 | 12/06/09 | USD | (3,432.00) | (3,432.00) |
| | | Cash Flow Balance | | USD | (3,432.00) | (3,432.00) |
| 11 200611000158 MM9105 | 07/07/09 | INV MM9105 COMMUNICATION APR-MAY | 07/08/09 | USD | (7,096.50) | (7,096.50) |
| | | Cash Flow Balance | | USD | (7,096.50) | (7,096.50) |
| | | Subsidiary Balance | | USD | (22,029.25) | (22,029.25) |
| | | Control Account Balance | | USD | (22,029.25) | (22,029.25) |

# Mega Marine

RECEIVED

| Invoice No: | MM9071 | Date: | 29.05.2009 |
|---|---|---|---|

| Invoice to: | "DUCK MARITIME CORP." |
|---|---|
| | Care of "AQUASHIP LTD." |
| | 8b, Gunara Astras, 7th floor, Riga. |

| Special information: | m/v Duck Fortune, communications |
|---|---|

| Item | Description | Qty | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| | Ship-to-Shore traffic in April | | | |
| 1 | Invoice 242215/1, 10% commission fee | | | $ 633.79 |
| 2 | Invoice 242215/2, 10% commission fee | | | $ 549.20 |
| 3 | Invoice 242211/3, 10% commission fee | | | $ 106.62 |
| 4 | Invoice 242211/4, 10% commission fee | | | $ 9.92 |
| 5 | Invoice 241157/5, 10% commission fee | | | $ 50.18 |
| 6 | Invoice 241157/4, 10% commission fee | | | $ 35.86 |
| 7 | ID:437553813 | 97 | | $17.46 |
| 8 | Polling and data reporting | | | $60.00 |
| 9 | Telaurus Compressed Data Services, 10% commission fee | | | $280.84 |
| 10 | Invoice 241163/1, 10% commission fee | | | $117.81 |
| 11 | Invoices 241163/2, 10% commission fee | | | $54.98 |
| 12 | mm.lv | | | $34.56 |
| 13 | mm.lv | | | $217.62 |
| 14 | Invoices 239617/1, 241154/8, 10% commission fee | | | $11.54 |

| | | |
|---|---|---|
| Total: | | $2,180.36 |
| VAT : | 0% | $0.00 |
| Pay this amount: | | $2,180.36 |

BUDGET CODE: 7520

Terms of payment:    Payment within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER

Overdue payment is charged additionally 2 % per month

Mega Marine LLP
PSS Suite 27 Old Gloucester Street,
London, WC1N 3XX
UK

Latvijas Krajbanka
SWIFT:UBALLV2X
IBAN:LV09UBAL1500112678002

 **Mega Marine**

*LCF0311-149.*

| Invoice No: | MM9087 | Date: | 17.06.2009 |
|---|---|---|---|

**Invoice to:** "DUCK MARITIME CORP."
Care of "AQUASHIP LTD."
6b, Gunara Astras, 7th floor, Riga.

**Special information:** m/v Duck Fortune, communications

| Item | Description | Qty | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| 1 | Communication services:<br>Voice, data and fax calls via Fleet-33 and Inm-C in June until 12.06.2009 14:00 UTC | | | $ 6,129.10 |

BUDGET CODE: *7580*

*Оригинал*

| | |
|---|---|
| Total: | $6,129.10 |
| VAT : 0% | $0.00 |
| Pay this amount: | $6,129.10 |

Terms of payment:    Payment within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER
Overdue payment is charged additionally 2 % per month

Mega Marine LLP
PSS Suite 27 Old Gloucester Street,
London, WC1N 3XX
UK

Latvijas Krajbanka
SWIFT:UBALLV2X
IBAN:LV09UBAL1500112676002



Mega Marine

٧٥٤٥٩١١-١٤٨ .

| Invoice No: | MM9086 | Date: | 17.06.2009 |
|---|---|---|---|

| Invoice to: | "DUCK MARITIME CORP." |
|---|---|
| | Care of "AQUASHIP LTD." |
| | 8b, Gunara Astras, 7th floor, Riga. |

| Special Information: | m/v Duck Fortune, communications |
|---|---|

| Item | Description | Qty | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| | Ship-to-Shore traffic in May | | | |
| 1 | Telaurus Compressed Data Services, 10% commission fee | | | $ 251.03 |
| 2 | ID:437553813 | 29 | | $ 5.22 |
| 3 | mm.lv | | | $ 45.72 |
| 4 | mm.lv | | | $ 251.82 |
| 5 | Polling and data reporting | | | $ 30.00 |
| 6 | SeaArchive Services | | | $ 30.00 |

BUDGET CODE: 7580

Baberel !

| Total: | | $613.79 |
|---|---|---|
| VAT : | 0% | $0.00 |
| Pay this amount: | | $613.79 |

Terms of payment:     Payment within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER
Overdue payment is charged additionally 2 % per month

Mega Marine LLP
PSS Suite 27 Old Gloucester Street,
London, WC1N 3XX
UK

Latvijas Krajbanka
SWIFT:UBALLV2X
IBAN:LV09UBAL1500112576002



**Mega Marine**

RECEIVED

| | | | |
|---|---|---|---|
| Invoice No: | MM9105 | Date: | 7.07.2009 |

| Invoice to: | "DUCK MARITIME CORP." |
|---|---|
| | Care of "AQUASHIP LTD." |
| | 8b, Gunara Astras, 7th floor, Riga. |

| Special information: | m/v Duck Fortune, communications |
|---|---|

| Item | Description | Qty | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| | Communications Services in April-May through Stratos: | | | |
| 1 | Invoice SU04-SP/MVSCOM-243989/1, 10% commission fee | | | $ 1,503.89 |
| 2 | Invoice SU04-SP/MVSCOM-243989/2, 10% commission fee | | | $ 3,498.10 |
| 3 | Invoice SU04-SP/MVSCOM-244001/1, 10% commission fee | | | $ 970.27 |
| 4 | Invoice SU04-SP/MVSCOM-244001/2, 10% commission fee | | | $ 1,124.24 |

BUDGET CODE: 7520

| | | |
|---|---|---|
| Total: | | $7,096.50 |
| VAT : | 0% | $0.00 |
| Pay this amount: | | $7,096.50 |

Payment terms:     30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER

Overdue payment is charged additionally 2 % per month

Mega Marine LLP
PSS Suite 27 Old Gloucester Street,
London, WC1N 3XX
UK

Latvijas Krajbanka
SWIFT:UBALLV2X
IBAN:LV09UBAL.1500112576002



**Mega Marine**

WOR0911- 116

| Invoice No: | MM9081 | | Date: | 28.04.2009 |
|---|---|---|---|---|

| Invoice to: | "DUCK MARITIME CORP." |
|---|---|
| | Care of "AQUASHIP LTD." |
| | 8b, Gunara Astras, 7th floor, Riga. |

| Special Information: | m/v Duck Fortune, communications |
|---|---|

| Item | Description | Qty | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|
| | Ship-to-Shore traffic in March | | | |
| 1 | Invoice 239818/1, 10% commission fee | | | $719.53 |
| 2 | Invoice 239818/2, 10% commission fee | | | $125.82 |
| 3 | Invoice 241159/2, 10% commission fee | | | $37.25 |
| 4 | Invoice 241161/1, 10% commission fee | | | $409.66 |
| 5 | Invoice 241161/2, 10% commission fee | | | $66.55 |
| 6 | Invoice 239289/3, 10% commission fee | | | $83.81 |
| 7 | ID:437553813 | 181 | | $32.58 |
| 8 | Polling and data reporting | | | $60.00 |
| 9 | Telaurus Compressed Data Services, 10% commission fee | | | $589.73 |
| 10 | Invoice 239289/2, 10% commission fee | | | $53.03 |
| 11 | Invoices 238240/1, 238240/2, 10% commission fee | | | $177.57 |
| 12 | mm.lv | | | $6.66 |
| 13 | mm.lv | | | $99.90 |
| 14 | Invoice 239289/1, 10% commission fee | | | $115.40 |

| | | |
|---|---|---|
| Total: | | $2,577.50 |
| VAT : | 0% | $0.00 |
| Pay this amount: | | $2,577.50 |

BUDGET CODE:

Terms of payment:    Payment within 30 days after invoice date

All expenses connected with the bank payment shall be borne by CUSTOMER
Overdue payment is charged additionally 2 % per month

Mega Marine LLP
PSS Suite 27 Old Gloucester Street,
London, WC1N 3XX
UK

Latvijas Krajbanka
SWIFT:UBALLV2X
IBAN:LV09UBAL1500112578002

EXHIBIT 22



**Mega Marine**

to: LUXFORD INTERNATIONAL, INC.
IBC Tower, 9th floor,
Manuel Espinosa Batista Avenue,
P.O. Box: 55-2484, Paitilla Panama
Panama, Republic of Panama.

## AUTHORIZATION LETTER

Is made on the 18th day of September Two Thousand and Ninth (2009).

We, the undersigned Mega Marine LLP (Reg. number: OC330753), a company registered in 2006 and having its office at Lenina Street 47-28, Sevastopol, Ukraine (hereinafter – the "Company"), hereby authorizes LUXFORD INTERNATIONAL INC acting as the Financial Managers (thereafter – the "Managers") of motor vessel "Duck Fortune", IMO number 7929334, flag St.Vincent and the Grenadines for the Owners DUCK MARITIME CORP. of Panama (thereafter – the "Owners") to represent our interests in the case of all existent outstanding payments for the supply and/or services have effected for the said motor vessel pursuant to the terms of Shipmanagement Agreement dated 28 December 2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter-claims against the Owners, to appeal court or arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.

This Authorization Letter is issued with the rights of further authorization in place and on the data above written and is valid for indefinite period from the mentioned date or until it is revoked.

Signed
Duly authorized for and on behalf of Mega Marine LLP

Evgen Krysko
Director

Mega Marine LLP.                                        Latvijas Krajbanka
PSS Suite 27 Old Gloucester Street,                     SWIFT: UBALL2X
London, WC1N 3XX                                        IBAN:LV09UBAL1590112576002
UK

EXHIBIT 23

**TOTAL LUBRIFIANTS**
LIMITED COMPANY with the capital of 27 065 705 EUR
SIREN 552 006 454 RCS NANTERRE
VAT NR : FR96552006454
HEAD OFFICE : 562, Avenue du Parc de l'Ile , 92020 NANTERRE CEDEX
PHONE : + 33, (0)1 41 35 40 00

Master and owner of
VESSEL: DUCK FORTUNE
IMO Code : 7928334
PORT: TEMA
COUNTRY: GHANA
Customer VAT NR :

DUE DATE : May, 31 2008
Payment term : Extra Transfer    30 Day Net

| | | | | |
|---|---|---|---|---|
| INVOICE NR | | 3000033081 | | |
| DATE : 30.04.2009 | | | | |
| CUSTOMER NR : 409322 / PAYER NR : 316606 | | | | |
| For any information about this invoice please contact | | | | |
| PHONE : 70859072704 FAX : 70858273760 | | | | |

AQUASHIP
18 Baloshu Str.
1007 Riga. LV-
LATVIA

PAGE: 1  / 1

| PURCHASE ORDER NR | | DELIVERY DATE & NR | | ORDER DATE & NR | | | |
|---|---|---|---|---|---|---|---|
| | MATERIAL | NET WEIGHT | QUANTITY / UOM | UNIT PRICE Excl. VAT | | NET PRICE Excl. VAT | VAT |
| 9487/05 | | 17.04.2009/ 8004149345 | | 09.04.2009 / 185071007 | | | |
| | ATLANTA MARINE D 3005 2 DRUM | 16.327,17  KG  18.604,20  L | | 331,47  USD/100L | | 63.860,65 | CV |
| | | 16.327,17  KG | | 325,76  USD/100KG | | | |
| | OIL | | | 349,16  USD/100KG | | | |
| | Discount on Oil | | | 15,00- % | | | |
| | Additional Discount | | | 20,00  USD/100L | | | |
| | Packaging Charges | | | 26,00  USD/100KG | | | |
| | Fuel Surcharge | | | 94,00  USD/100KG | | | |
| | Kargng cost | | | | | 1.645,00 | CV |
| CV = | | | | | | | |
| SUBTOTAL : Net weight  =  16.327,17  KG | | | | | | | |

INDICTMENT : TAX NR Applicable

| Excl. VAT AMOUNT | 65.505,65 | VAT | CV | | | 65.505,65 |
|---|---|---|---|---|---|---|
| VAT AMOUNT | 0,00 | 0,00 | % | | | 0,00 |

No Cash Discount offered for early payment.

NET AMOUNT FOR PAYMENT    65.505,65  USD

PAYMENT BY TELEX TRANSFER OR SWIFT TO
Pay to : JPMorgan Chase Bank, New York (CHASUS33)
Swift Account number 3878110)

PAYMENT TO : TOTAL LUBRIFIANTS SA

**TOTAL LUBRIFIANTS** SA (CHASUS33)
562 avenue du Parc de l'Ile (92010)
92029 NANTERRE CEDEX
652 006 454 R.C.S. Nanterre
SA au capital de 27 065 705 Euros

EXHIBIT 24

**Lubmarine**

To : LUXFORD INTERNATIONAL INC.
IBC Tower, 9th Floor,
Manuel Espinosa Batista Avenue,
P.O. Box 55-2484, Paitilla Panama
Panama, Rep. Panama

On 18th of September 2009

AUTHORIZATION LETTER

We, the undersigned Total Lubricants (VAT number : FR66552 006 454), a company registered in 14.01.1955 in Nanterre, and having its office at 562 avenue du Parc de l'île at Nanterre (hereinafter – the "Company"), hereby authorizes LUXFORD INTERNATIONAL INC acting as the financial Managers (thereafter – "the Managers") of the motor vessel "Duck Fortune", IMO number 7929334, flag Saint Vincent and the Grenadines for the Owners Duck Maritime Corp. of Panama (thereafter – "the Owners") to represent our interests in the case of all existent outstanding payments for the supply and/or services have effected for the said motor vessel pursuant to the terms of Shipmanagement agreement dated 26/12/2007, demand, collect and receive any amount of money or other proceeds owed to the Company, and issue corresponding receipts, to represent the Company at court, arbitration, state, municipal, private institutions as well as in matters involving third parties, having all the rights that the defendant, the plaintiff or the third party has, including the rights to defend, to bring claims, counter claims against the Owners, to appeal court of arbitration judgments at all levels, awards and decisions, to conclude agreements of amicable settlement, to submit enforcement orders, on behalf of the Company to sign, submit and receive other documents, and to give explanations and to revoke claims if needed.

This authorization Letter is issued with the rights of further authorization in place and on the date above written and is valid for indefinite period from the mentioned date or until it is revoked.

One Attachement : overdue Invoice

Duly authorized for and on behalf of Total Lubricants SA

**TOTAL LUBRIFIANTS**
562 avenue du Parc de l'île
92029 NANTERRE CEDEX
552 006 454 R.C.S. Nanterre
S.A. au capital de 27 085 708 Euros

Olivier PHILIPPON
Secretary General

One attachment : copy of overdue invoice

Adresse postale : Le Spazio - 562 avenue du Parc de l'île – 92029 Nanterre Cedex - France
Tél. 33 (0) 1 41 35 46 46

TOTAL LUBRIFIANTS
Société Anonyme au capital de 27 085 708 €
Siège social : 562 avenue du Parc de l'île – 92029 Nanterre Cedex - France -552 006 454 RCS Nanterre

**TOTAL**

EXHIBIT 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LUXFORD INTERNATIONAL INC, Individually
and on behalf of GRIFFIN MARINE TRAVEL, SIA,
VICAND LIISGREN AS, N.W. BALTIC SUPPLY
IMPORT-EXPORT GMBH, BALTROSS MARINE
SUPPLY LLC, HANSA ELECTRONICS SIA,
JESSCO MARITIME RESOURCES LTD,
WILHELMSEN SHIP SERVICES AS, FLORENCIA
MANAGEMENT BVI, MEGA MARINE LLP,
and TOTAL LUBRIFIANTS,

                         Plaintiff,          09 CV

-v-

DUCK MARITIME CORP a/k/a DUCK        **ATTORNEY'S DECLARATION**
MARITIME S.A. and INTERAGROEXPORT    **THAT DEFENDANTS CANNOT BE**
LTD.,                              **FOUND IN THE DISTRICT**

                         Defendants.
-------------------------------------------------------------------x

      This declaration is executed by **George M. Chalos, Esq.**, counsel for the Plaintiff,

LUXFORD INTERNATIONAL INC, Individually, and on behalf of GRIFFIN MARINE

TRAVEL, SIA, VICAND LIISGREN AS, N.W. BALTIC SUPPLY IMPORT-EXPORT

GMBH, BALTROSS MARINE SUPPLY LLC, HANSA ELECTRONICS SIA, JESSCO

MARITIME RESOURCES LTD, WILHELMSEN SHIP SERVICES AS, FLORENCIA

MANAGEMENT BVI, MEGA MARINE LLP, and TOTAL LUBRIFIANTS, in order to secure

the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-

entitled, in personam, Admiralty cause.

      Pursuant to 28 U.S.C. §1746, **George M. Chalos, Esq.**, declares under the penalty of

perjury:

      I am a Member of the firm of CHALOS & CO, P.C., attorneys for Plaintiff in the above

referenced matter.

      I am familiar with the circumstances of the Verified Complaint, and I submit this

declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the defendants, DUCK MARITIME CORP a/k/a DUCK MARITIME S.A. and INTERAGROEXPORT LTD., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the defendant in this District.

I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of September 21, 2009, the defendants are not incorporated pursuant to the laws of New York, and have not nominated any agent for the service of process within the Southern District of New York.

I have inquired of Verizon Telephone Company whether the defendants can be located within this District. The Verizon Telephone Company has advised me that the defendants do not have any telephone number listings within this District.

I have further consulted with several other telephone directories on the internet, and I have found no separate telephone listings or addresses for the defendants within this District.

I have engaged in a Google search as to whether the defendants can be located within this District. The Google search results did not provide any information that defendants are found in this District.

I am unaware of any general or managing agent(s) within this District for the defendants.

In that I have been able to determine that the defendant has not appointed an agent for service of process within the Southern District of New York and that I have found no indication that the defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief that the defendants do not have sufficient contacts or business activities within

this District and does not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon my own investigation that the defendants, DUCK MARITIME CORP a/k/a DUCK MARITIME S.A. and INTERAGROEXPORT LTD., cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Oyster Bay, New York
      September 21, 2009

                    CHALOS & CO, P.C.
                    Attorneys for Plaintiff
                    LUXFORD INTERNATIONAL INC.

By:
                    George M. Chalos (GC-8693)
                    123 South Street
                    Oyster Bay, New York 11771
                    Tel: (516) 714-4300
                    Fax: (866) 702-4577
                    Email: gmc@chaloslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LUXFORD INTERNATIONAL INC, Individually
and on behalf of GRIFFIN MARINE TRAVEL, SIA,
VICAND LIISGREN AS, N.W. BALTIC SUPPLY
IMPORT-EXPORT GMBH, BALTROSS MARINE
SUPPLY LLC, HANSA ELECTRONICS SIA,
JESSCO MARITIME RESOURCES LTD,
WILHELMSEN SHIP SERVICES AS, FLORENCIA
MANAGEMENT BVI, MEGA MARINE LLP,
and TOTAL LUBRIFIANTS,

                              Plaintiff,         09 CV

-v-

                                                 **VERIFICATION OF**
DUCK MARITIME CORP a/k/a DUCK                    **COMPLAINT**
MARITIME S.A. and INTERAGROEXPORT
LTD.,

                              Defendants.
------------------------------------------------------------------x

      Pursuant to 28 U.S.C. §1746, GEORGE M. CHALOS, Esq., declares under the penalty of
perjury:

      1.      I am a Member of the law firm of CHALOS & CO, P.C., counsel for the Plaintiff,

LUXFORD INTERNATIONAL INC, herein;

      2.      I have read the foregoing Verified Complaint and know the contents thereof; and

      3.      I believe the matters to be true based on documents and information obtained

from employees and representatives of the Plaintiff through its agents, underwriters and

attorneys.

      4.      The reason that this verification was made by deponent and not by the Plaintiff is

because Plaintiff is a foreign corporation, whose officers are not in this district, and whose

verification cannot be obtained within the time constraints presented by the circumstances of this

case.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oyster Bay, New York
       September 21, 2009

CHALOS & CO, P.C.
Attorneys for Plaintiff
LUXFORD INTERNATIONAL INC.

By: _____
George M. Chalos (GC-8693)
123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (516) 750-9051
Email: gmc@chaloslaw.com